# Deposition Transcript

Case Number: 5:22-cv-00431-JSM-PRL
Date: January 25, 2023

In the matter of:

# VOLTZ v TA OPERATING, LLC, et al.

# Anthony S. Voltz

**CERTIFIED COPY**



**Reported by:**

Vanese Killingbeck
RPR, CRR

Steno
Official Reporters

315 W 9th St.
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: FIRM #108F

EXHIBIT B

1            IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
2                     OCALA DIVISION

3         CASE NO.:  5:22-cv-00431-JSM-PRL

4

   ANTHONY S. VOLTZ,
5
          Plaintiff,
6
   vs.
7
   TA OPERATING LLC, a Foreign
8  Limited Liability Company, d/b/a
   TRAVEL CENTERS OF AMERICA;
9  HPT TA PROPERTIES TRUST, a
   Declaration of Trust; and JAMES R.
10 SIMMONS, JR., Individually,

11        Defendants.
   _____/

12

13   REMOTE VIDEOTAPED DEPOSITION OF ANTHONY S. VOLTZ
                PAGES 1 through 222

14

              Wednesday, January 25, 2023
15                9:08 a.m. to 2:45 p.m.

16

17

18

19

20

21

22

23
              Stenographically Reported By:
24             Vanese Killingbeck, RPR, CRR
              Registered Professional Reporter
25             Certified Realtime Reporter

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

---

Page 2

```
 1            A P P E A R A N C E S:
 2  On Behalf of Plaintiff:
        LAW OFFICES OF CRAIG GOLDENFARB, P.A.,
 3      1800 South Australian Avenue, Suite 400
        West Palm Beach, Florida 33409
 4      (561) 444-4440
        pmcbride@800goldlaw.com
 5      BY:  PAUL W. McBRIDE, ESQUIRE,
             VIA VIDEO CONFERENCE
 6
 7
    On Behalf of Defendant James R. Simmons, Jr.:
 8      WEEKLEY SCHULTE VALDES MURMAN TONELLI
        1635 North Tampa Street
 9      Tampa, Florida 33602
        (813) 221-1154
10      burby@wsvlegal.com
        tantar@wsvlegal.com
11      BY:  JENNIFER BURBY, ESQUIRE
             VIA VIDEO CONFERENCE
12
             TYLER ANTAR, ESQUIRE
13           VIA VIDEO CONFERENCE
14
    On Behalf of Defendant TA Operating LLC and HPT TA
15  Properties Trust:
        McDONALD TOOLE WIGGINS, P.A.
16      111 North Magnolia Avenue, Suite 1200
        Orlando, Florida 32801
17      (407) 246-1800
        mcorrenti@mtwlegal.com
18      BY:  MICHAEL CORRENTI, ESQUIRE,
             VIA VIDEO CONFERENCE
19
20  Also Present:
        Maryum Haston, Videographer
21
        Paul Jenkins, Videographer
22
        Don Mick, Videographer
23
24
25
```

---

Page 3

```
 1                INDEX OF PROCEEDINGS
 2
    Deposition of ANTHONY S. VOLTZ          Page
 3
 4  Direct Examination by MS. BURBY            5
    Cross-Examination by MR. CORRENTI        116
 5  Redirect Examination by MS. BURBY        209
    Recross-Examination by MR. CORRENTI      216
 6  Recross-Examination by MR. McBRIDE       217
    Certificate of Oath                      220
 7  Certificate of Reporter                  221
    Errata Sheet                             222
 8
                DEFENDANTS' EXHIBITS
 9
10  Number         Description              Page
    Exhibit 1      Audio Clip               160
11
    Exhibit 2      Photograph Taken by
12                 Police Department        165
13  Exhibit 3      Photograph               167
14  Exhibit 4      Overview of Property     168
15  Exhibit 5      5:38 a.m. Audio Clip     171
16  Exhibit 6      Photograph of Flashlight 185
17  Exhibit 7      Plaintiff's Interrogatories 204
18
19
20
21
22
23
24
25
```

---

Page 4

```
 1      Deposition taken before Vanese Killingbeck, RPR,
 2  CRR, Registered Professional Reporter, Certified
 3  Realtime Reporter, and Notary Public in and for the
 4  State of Florida at Large in the above cause.
 5                      - - - - -
 6          VIDEOGRAPHER:  Good morning.  We are on
 7  the record at 9:08 a.m. Eastern on
 8  January 25th, 2023, to begin the deposition of
 9  Anthony S. Voltz in the matter of Voltz versus
10  TA Operating, LLC, et al.
11          This case is venued in the United States
12  District Court, Middle District of Florida,
13  Ocala Division.  The case number is
14  5:22-CV-00431-JSM.
15          This deposition is taking place via Zoom
16  videoconference.  The legal videographer is
17  Maryum Haston here on behalf of Steno and the
18  court reporter is Vanese Killingbeck also here
19  on behalf of Steno.
20          Will counsel please identify yourselves
21  and state whom you represent.
22          MR. McBRIDE:  This is Paul McBride on
23  behalf of Plaintiff.
24          Good morning, everyone.
25          MS. BURBY:  Good morning.  This is
```

---

Page 5

```
 1  Jennifer Burby on behalf of Defendant Simmons.
 2          MR. CORRENTI:  Michael Correnti on behalf
 3  of TA, Defendants.
 4          VIDEOGRAPHER:  Thank you, Counsel.
 5          And the reporter please swear in the
 6  witness.
 7          COURT REPORTER:  Raise your right hand
 8  please, Mr. Voltz.
 9          Do you swear or affirm the testimony you
10  are about to give will be the truth, the whole
11  truth, and nothing but the truth.
12          THE WITNESS:  Yes, ma'am.
13          COURT REPORTER:  Thank you.
14  THEREUPON,
15              ANTHONY S. VOLTZ,
16  having been first duly sworn, was examined and
17  testified as follows:
18              DIRECT EXAMINATION
19  BY MS. BURBY:
20      Q.   Good morning, sir.  Will you please state
21  your full name for the record?
22      A.   It's Anthony Steven Voltz.
23      Q.   Mr. Voltz, have you ever taken a -- given
24  a deposition before?
25      A.   Once before.
```

---

Page 6

1    Q.   How long ago was that?
2    A.   A few weeks ago.
3    Q.   And what was the circumstance that you
4    gave that deposition?
5    A.   For disability.
6    Q.   Why did you have to give a deposition for
7    disability?
8    A.   My attorney set up a hearing for backpay,
9    because I got declined for disability.
10    Q.   What is the name of that attorney that's
11    representing you?
12    A.   It is Louis Turco of Turco Lloyd -- or
13    Hoskins, Turco, Lloyd & Lloyd in Port St. Lucie,
14    Florida.
15    Q.   All right.  To refresh your memory about
16    the deposition process, everything that we're saying
17    is being taken down by the court reporter, so we
18    have to make sure we don't talk over each other.
19         There's gonna be times where you
20    anticipate what my question is, but I still need for
21    you to wait for me to completely finish asking
22    before you answer so that we get a clear court
23    record.
24         I never want you to guess or speculate on
25    anything, so if I ask you a question and you don't

Page 7

1    know the answer or you don't know -- you don't
2    remember the answer, it's perfectly fine for you to
3    tell me that.
4         Make sure you give me verbal responses to
5    my questions.  If I ask you something and you nod
6    your head up or down or left or right or say uh-huh
7    or uh-uh, everybody watching you on camera will know
8    what you mean, but then when we go read the
9    transcript later, it becomes less clear.  So if I
10    say is that a yes, or is that a no, I'm not picking
11    on you.  I just want to be clear we have a clear
12    court record.
13         If I ask you a question and you -- and you
14    answer it, I'm going to assume that you understood
15    it.  So if I ask you something in a way that's
16    confusing and you need me to ask it a different way,
17    just give me the heads up, and I'll be happy to do
18    that for you.
19         From time to time you might hear your
20    lawyer make legal objections which sounds like this,
21    object to the form.  If he does that, you still need
22    to answer the question unless he tells you not to.
23    And if you forgot what my question was because you
24    were distracted by the objection, let me know, and
25    either myself or the court reporter can read it back

Page 8

1    to you.
2         Do you have any cognitive problems that
3    would preclude you from being able to testify
4    truthfully today?
5    A.   As far as -- I'm sorry.  What would be
6    cognitive problems?
7    Q.   Like any brain injuries, memory loss, you
8    could be under medication that would hinder you from
9    being able to give testimony.  Anything like that?
10    A.   I am under several medications.  I do have
11    some memory loss, yes.
12    Q.   Okay.  Well, will you -- will you agree to
13    tell me if you can't remember an answer -- an answer
14    to one of my questions?
15    A.   Yes, ma'am.
16    Q.   All righty.  Where are you giving your
17    testimony from right now?
18    A.   I am in Lake City right now.
19    Q.   But where are you physically?  It looks
20    like you might be in your truck.
21    A.   Yes, ma'am.
22    Q.   Is anybody with you?
23    A.   No, ma'am.
24    Q.   What are -- it appears to me from your
25    answers to interrogatories -- do you remember going

Page 9

1    through or getting -- I'm looking at the
2    interrogatories directed by
3    Travel Centers of America.  Do you remember going
4    through those with your lawyer and answering the
5    questions and then signing them that they were
6    truthful?
7    A.   I do not recall anything like that.  I may
8    have.
9    Q.   Okay.  I'm going to go through your
10    answers to interrogatories just to speed things
11    along a little bit quicker.  But if I -- if
12    anything's incorrect, will you agree to let me know?
13    A.   Yes, ma'am.
14    Q.   All right.  It appears that you live at
15    2167 NW Settle Avenue in Port St. Lucie; is that
16    correct?
17    A.   Yes, ma'am.
18    Q.   Do you live with anybody?
19    A.   My girlfriend kind of lives there most of
20    the time, but other than that, no.
21    Q.   What is your girlfriend's name?
22    A.   Mary McIntosh.
23    Q.   M-a-r-y?
24    A.   M-a-r-y -- yeah, M-c capital I-n-t-o-s-h.
25    Q.   Is it safe for me to assume that you're

Page 10

1  not married; is that correct?
2      A.   That's correct.
3      Q.   Do you have any children?
4      A.   No, ma'am.
5      Q.   And I'm not just talking about with Mary.
6  I'm saying you don't have any children at all,
7  correct?
8      A.   None at all; no, ma'am.
9      Q.   Other than Mary staying at your house with
10  you occasionally, does anybody else live there?
11      A.   No, ma'am.
12      Q.   Okay.  Is the 2167 Settle Avenue address a
13  house, apartment, town home, mobile home?
14      A.   It's a -- I've got a five-bay warehouse
15  and one of the bays was an office that I turned
16  into, like, a studio apartment.
17      Q.   Do you use any other portion of the
18  residence for business?
19      A.   Yes.  It's all -- yeah, it's all for
20  business.
21      Q.   So pretty much you're living in a section
22  of your office that you've converted to an
23  apartment?
24      A.   Correct.
25      Q.   How long have you lived here?

Page 11

1      A.   Four years now -- three and a half,
2  somewhere around there.
3      Q.   Do you -- do you rent or own?
4      A.   It's rent.
5      Q.   Do you own any real property?
6      A.   No, ma'am.
7      Q.   Are you employed?
8      A.   I'm self-employed.
9      Q.   What do you do for work?
10      A.   Transportation.
11      Q.   Can you be specific with me?
12      A.   I transport motorcycles, cars, heavy
13  equipment, boats, anything I can find and get.
14      Q.   Does your business have a name?
15      A.   I go under my -- the name of
16  Voltz Transportation.
17      Q.   Are you incorporated in the
18  State of Florida?
19      A.   No, ma'am.  Sole proprietor.
20      Q.   So you're not registered on Sunbiz or
21  anything like that?
22      A.   No, ma'am.
23      Q.   Do you advertise?
24      A.   No, ma'am.
25      Q.   How do people find out about you so that

Page 12

1  they can hire you?
2      A.   I have a website called uShip is where I
3  started, and just I've been doing it for so long,
4  everything's been by referrals.
5      Q.   And we're here today about a shooting
6  incident that happened back in May of 2020.  At that
7  time frame, were you also working for yourself doing
8  business as Voltz Transportation?
9      A.   Yes, ma'am.
10      Q.   Okay.  And between when the shooting
11  happened and today, have you done any side work for
12  any other businesses?
13      A.   No, ma'am.
14      Q.   Okay.  How long have you had
15  Voltz Transportation?
16      A.   I've been doing it for 11, 12 years,
17  somewhere around there.
18      Q.   Does Voltz Transportation -- do you have
19  any employees, or is it just a one-man show?
20      A.   It's basically a one-man show.  My
21  girlfriend will help me find loads, when I need it,
22  on uShip.
23      Q.   Is she employed at all, like 1099 --
24      A.   No.
25      Q.   -- or anything like that?

Page 13

1      A.   No.
2      Q.   Okay.  So she just does that to help you
3  out?
4      A.   Yes.
5      Q.   Have you ever been married?
6      A.   I -- yes.
7      Q.   How many times?
8      A.   Once.
9      Q.   What's your former spouse's name?
10      A.   Carrie, C-a-r-r-i-e, Morgan Voltz.
11      Q.   How long were you and Carrie married?
12      A.   From 2007 till November of last year.
13      Q.   When you say November of last year, you
14  mean November of '22, like three months ago?
15      A.   Oh, wait.  I'm sorry.  '21.
16      Q.   Okay.  Because I do that, too.  That's why
17  I recognize that.  Okay.  So --
18      A.   Yes, ma'am.
19      Q.   -- you and Carrie were still married on
20  the date of the shooting, correct?
21      A.   Yes, ma'am.  We were --
22      Q.   What was -- go ahead.
23      A.   We were separated for -- since 2010 or
24  '11.
25      Q.   And when you say that you were separated,

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 14

1  does that mean that you were no long -- even though
2  you were legally married, you were no longer living
3  together as husband and wife or anything like that?
4      A.   That's correct, ma'am.
5      Q.   Were you living at the Settle Avenue
6  address when the shooting happened?
7      A.   Yes, ma'am.
8      Q.   Where was Carrie living?
9      A.   In Jupiter.
10     Q.   What was the catalyst for the decision to
11 divorce, since you had been separated for so long?
12     A.   She was being evicted from her residence
13 and needed to buy a house, so instead of doing the
14 paperwork of having -- being legally married -- me
15 not having any access or control of the new
16 property, she just wanted to make it easy and do the
17 divorce.
18     Q.   Did she have --
19     A.   She didn't want her house to be a marital
20 asset basically.
21     Q.   Did you hire lawyers for the divorce?
22     A.   Yes, she did.
23     Q.   How long have you and Mary been together?
24     A.   We're coming up on ten years.
25     Q.   Have you ever had any property foreclosed

Page 15

1  or repossessed?
2      A.   Yes, ma'am.
3      Q.   How many times?
4      A.   Just once.
5      Q.   And was that a foreclosure or a
6  repossession?
7      A.   Honestly, I could not tell you.  In 2009
8  when the market crashed, we tried to refinance the
9  house, and wouldn't -- or get the government
10 financial aid or whatever, and they wouldn't approve
11 us, so basically we just stopped making the payment
12 until they finally paid 'cause Carrie had already
13 moved out.  And they paid me to move out in either
14 2017 or 2018.
15     Q.   The foreclosure happened in 2017 or 2018?
16     A.   That's when they finally made me move,
17 yes.
18     Q.   What county was this property located?
19     A.   St. Lucie County.
20     Q.   How --
21     A.   I don't know because I never saw a
22 foreclosure under my credit report or under public
23 record, so I don't know what the difference between
24 foreclosure and repossession is.
25     Q.   Have you ever filed for bankruptcy?

Page 16

1      A.   No, ma'am.
2      Q.   How tall are you?
3      A.   6 foot.
4      Q.   6 foot even?
5      A.   Yes, ma'am.
6      Q.   What do you weigh?
7      A.   My last weight was at 250.
8      Q.   And was that your approximate weight back
9  in May of 2020 when the shooting happened?
10     A.   No, ma'am.
11     Q.   What did you weigh then?
12     A.   Right around 225, 230, I believe.
13          MS. BURBY:  Let's go off the record for
14     the plaintiff's Social Security number.
15          VIDEOGRAPHER:  We are now off the record.
16     The time is 9:22 a.m., Eastern.
17          (An off-the-record discussion was held.)
18          VIDEOGRAPHER:  We're now back on the
19     record.  The time is 9:23 a.m. Eastern.
20 BY MS. BURBY:
21     Q.   What is your birth date, sir?
22     A.   December 3rd of 1977.
23     Q.   That makes you 45; is that correct?
24     A.   Yes, ma'am.
25     Q.   How old were you when the shooting

Page 17

1  happened?
2      A.   2020 I would have been -- 43, so 42, to my
3  knowledge.
4      Q.   Tell me a little bit about your
5  upbringing.
6          Where were you born?
7      A.   I was born in West Palm Beach.  At
8  St. Mary's hospital.
9      Q.   Are your parents still alive?
10     A.   My mom is deceased.
11     Q.   Were you raised by both your mom and your
12 dad?
13     A.   No, ma'am.
14     Q.   Who were you raised by?
15     A.   My mom and my stepfather.
16     Q.   What is your mom's name?
17     A.   Vickie Lynn Eldridge, V-i-c-k-i-e,
18 L-y-n-n, E-l-d-r-i-d-g-e.
19     Q.   How old was she when she passed away?
20     A.   53.
21     Q.   What was her cause of death?
22     A.   Cancer.  She had me at 15, and my
23 biological dad left, so -- I met him a couple times,
24 but have not had any connection really with him.
25     Q.   Do you know if he's still alive?

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 18

1    A.   Last I know, yes.
2    Q.   What is your biological father's name?
3    A.   Donald Longeknecker,
4  L-o-n-g-e-k-n-e-c-k-e-r.
5    Q.   Do you have any types of medical
6  conditions that run in your family?
7    A.   The only thing I know of is on my mom's
8  side, which would be cancer and diabetes.
9    Q.   What type of cancer did your mom die from?
10    A.   Stage 4 lung cancer that spread through
11  her bones and kidneys and basically all over.
12    Q.   How long ago was it that she passed?
13    A.   August 31st.  This year will be seven
14  years, I believe, so that would be -- 2023, I
15  guess -- I'm guessing 2016 to the -- as far as I can
16  remember.
17    Q.   I'm sorry for your loss.
18        Do you have any brothers and sisters?
19    A.   Yes, ma'am.
20    Q.   How many?
21    A.   I have two half brothers, and a half
22  sister with my mom and my stepdad, and then I have
23  two more half brothers and a half sister with my
24  biological dad and their mother.
25    Q.   Do you keep in touch with any of your

Page 19

1  siblings?
2    A.   For the most part.  Me and my one brother
3  and my stepfather just had a falling out recently
4  here in the past few months.  I still talk to my
5  other brother, and then my sister, she kind of just
6  does her own thing.
7    Q.   Who would you say is the sibling that you
8  see the most often or that you're the closest with?
9    A.   Well, up to about a month ago, it was my
10  oldest -- I'm the oldest out of everyone, but
11  Jeffrey Eldridge, he was staying with me up until
12  just before Thanksgiving, and then my other brother
13  Nathan Eldridge.
14    Q.   Okay.  So we're gonna go through your
15  siblings in a second.
16        But just to make sure I have my facts
17  straight, did your -- where did the last name Voltz
18  come from?
19    A.   Voltz is my mom's maiden name.
20    Q.   Okay.  Will you tell me the names and ages
21  of your siblings, starting with the oldest?
22    A.   You've got Jeffrey Nathan Eldridge.  We're
23  all six years apart.  Those are Eldridges.
24        Jeffrey is September 27th, 1983.
25        Nathaniel Eldridge is August 22nd of I

Page 20

1  believe '89.
2        And then Ashley Eldridge is February 8th,
3  I believe, of '91, maybe '92.
4        MS. BURBY:  I think he might have froze up
5  on us.
6        MR. McBRIDE:  Yeah.  It looks like --
7  that's weird.  He was coming through just fine,
8  too.
9        MS. BURBY:  I know.  I don't know what
10  happened.
11        MR. McBRIDE:  All right.  Let's just go
12  off the record.  We'll give it a minute here.
13        MS. BURBY:  Okay.
14        MR. McBRIDE:  You know, it's -- if we're
15  having issues, I'm -- I mean, I'm happy to give
16  him a call, but that was strange because he was
17  coming through perfect.
18        MS. BURBY:  Yeah, I don't know what
19  happened.
20        VIDEOGRAPHER:  So we're now off the
21  record.  The time is 9:29 a.m. Eastern.
22            (Recess taken.)
23        VIDEOGRAPHER:  We are now back on the
24  record.  The time is 9:35 a.m. Eastern.
25

Page 21

1  BY MS. BURBY:
2    Q.   Mr. Voltz, before we got disconnected, you
3  were telling me about your siblings.  And you told
4  me about Jeffrey, Nathan, and Ashley.  So who --
5  tell me the names and ages of your other siblings.
6    A.   I know one of them is Donald Longeknecker,
7  age unknown.
8        Toby Longeknecker, age unknown.
9        And then Amber Moore, but her maiden name
10  is Longeknecker as well.  And age unknown.
11        I've only met them maybe twice -- two --
12  yeah, twice in my life.  And actually Donald the --
13  my biological oldest besides me, I never even met
14  because he was in jail when I met them for the first
15  time when I was about 21 years old.
16    Q.   Have you discussed the shooting incident
17  with any of your siblings?
18    A.   Mainly with my brothers, Jeffrey and
19  Nathan, and I was still in contact with my
20  stepfather, too, since he raised me.
21    Q.   What was the reason for the falling out
22  with your brothers and your stepfather?
23    A.   Mainly, I was trying to get Jeffrey to --
24  he was helping me because I was having problems
25  doing the transporting.  So I was paying him, but

STENO.COM
(310) 573-8380

Pages  18..21

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 22

1  then he thought he wasn't getting paid enough, and
2  then -- because he -- prior to the shooting, he was
3  doing plumbing and right before or after the
4  shooting, he had a workers' comp case where he tore
5  his ACL, so he was out of work for a while, and then
6  when I went back to work, he was working with me to
7  help me work, because I couldn't do it on my own.
8  And basically he used to be a -- he's a recovering
9  alcoholic and drug addict, and I noticed that my
10  pills were coming up missing, and I tried to let my
11  stepfather know, since he's also a recovering
12  alcoholic and drug addict, but he's also now a drug
13  counselor and a minister and everything else.
14        And I was trying to get advice from my
15  stepdad on how to handle the situation, and he would
16  go back and tell my brother, since it's -- it's his
17  first-born son, what I was saying, and then he would
18  turn around and tell my stepdad that it wasn't him,
19  that I'm the pill addict and stuff like that.  And
20  then it just escalated.  And I finally said enough
21  is enough.  I said, you're stealing -- basically
22  stealing from me.  And I'm trying to help you out
23  with work, and you're supposed to be helping me out
24  with work and doing the family thing and everything
25  else, and you obviously only care about yourself.

Page 23

1        Q.    Have any of your siblings accompanied you
2  to any doctors' appointments related to the
3  shooting?
4        A.    No.
5        Q.    Did -- do you know if they have any
6  knowledge of the shooting beyond what you might have
7  told them?
8        A.    Well, they -- I called them right after I
9  got shot at 4:30 in the morning.  They were living
10  in Indiana at the time, and they were at the
11  hospital the very next morning.
12        Q.    Okay.  As we sit here today, when is the
13  last time you had any contact with Mr. Simmons?
14        A.    I never had any contact with Simmons
15  except for the shooting.
16        Q.    Okay.  Walk me through your educational
17  background.  What's your highest level of education?
18        A.    High school diploma.
19        Q.    Where do you have a diploma from?
20        A.    It's actually Stuart School of Institute
21  (sic).  I was an all honors all the way up until
22  10th grade.  I also played basketball 5th grade.  I
23  ran track from 2nd grade all the way up to 10th
24  grade.  Football, wrestling.
25        And then my parents moved, and I

Page 24

1  transferred from Southport High School to
2  Martin County High School, and I started with the
3  transfer and everything else.  I basically lost
4  track of where I was in school, and ended up
5  dropping out and then going to
6  Stuart School of Business to get my diploma.
7        Q.    So what year did you drop out of high
8  school?
9        A.    '94 or '95.  I was class of '96.
10        Q.    Well, so were you -- was it during your
11  10th grade year that you dropped out or 9th grade?
12        A.    No.  It would have been my 11th grade
13  year, but I transferred in the middle of my 10th
14  grade year, and then I didn't really receive any
15  credits or anything at the year I was at
16  Martin County High School.
17        Q.    What is the name of the place that you did
18  graduate from?  You said Stuart what?
19        A.    School of Business.  I do not believe they
20  are around anymore.  I'm not sure.
21        Q.    But you received a high school diploma
22  from them, or was it a GED?
23        A.    It was supposed to be a high school
24  diploma.  I have -- I don't know where it's at.  I
25  haven't seen it.  My mom had it, and at one point

Page 25

1  she had a storage unit with all the important papers
2  and stuff like that, and she lost the storage unit
3  due to lack of payment, so I don't even know where
4  it's at.
5        Q.    Have you ever been diagnosed with any
6  learning disabilities?
7        A.    I had a speech impediment when I was in
8  high school -- or not high school, elementary
9  school -- I'm sorry.  My apologies.  Elementary
10  school.
11        Q.    That's okay.
12        Have you ever been held back any grades?
13        A.    No, ma'am.  Except for the 10th grade or
14  whatever when I did transfer high schools.
15        Q.    Were you ever diagnosed with anything like
16  slow learning disability or placed in any
17  remedial-type classes?
18        A.    No, ma'am.  I was always above-level
19  classes and honors classes.  They wanted me to go to
20  in IB classes, but I don't care for writing essays
21  and book reports and stuff like that.  So I wouldn't
22  go into IB.
23        Q.    Do you have a CDL?
24        A.    No, ma'am.
25        Q.    Have you ever had one?

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 26

1    A.    No, ma'am.

2    Q.    And you don't need to have a CDL for the
3 type of transport work you do?

4    A.    No, ma'am.  I stay under 26,000 pounds.

5    Q.    All right.  And you have your own vehicle
6 that you use for transport?

7    A.    Yes, ma'am.

8    Q.    What is the year, make, and model?

9    A.    The current one I am in is a 2002 Ford
10 F250.

11    Q.    Do you tow a trailer also?

12    A.    Yes, ma'am.

13    Q.    Is it a dually, your Ford?

14    A.    No, ma'am.

15    Q.    Do you own -- do you own the Ford?

16    A.    Yes, ma'am.

17    Q.    What kind of trailer do you tow?

18    A.    A 2000 Kaufman 40-foot flatbed or a 2019
19 Vintage enclosed trailer 34-foot.

20    Q.    At the time of the shooting, were you
21 driving the 2002 Ford F250?

22    A.    No, ma'am.

23    Q.    What were you driving then?

24    A.    I was driving a 2000 Ford F350 Lariat LE.

25    Q.    Were you towing a trailer?

Page 27

1    A.    Yes, ma'am, a 16-foot -- (inaudible.)

2         COURT REPORTER:  I'm sorry.  16-foot?

3         THE WITNESS:  Trailer that was sold.

4         COURT REPORTER:  Thank you.

5 BY MS. BURBY:

6    Q.    Was the 16-foot trailer an open trailer or
7 a closed one?

8    A.    It was an open one with sides.

9    Q.    At the time of the shooting, did you have
10 anything in the trailer?

11    A.    No, ma'am.

12    Q.    Have you ever had any professional
13 licenses or certifications and, for instance, like
14 being a barber, cosmetology, mechanic, welding,
15 anything of that nature?

16    A.    I worked at FedEx, so I would -- I've
17 done, I think it's driving school with them.  I've
18 also worked for Walmart Distribution Center where I
19 was certified on several types of forklifts and
20 equipment.  Other than that, that's all I can
21 recall.

22         I do do welding on my own.  I do mechanic
23 work on my own.  I'm basically a jack-of-all-trades
24 and a professional of none.

25    Q.    Okay.  Do you ever derive income from the

Page 28

1 welding and mechanic work you just described?

2    A.    No, ma'am.  Mainly all my own equipment.

3    Q.    Okay.  You had testified earlier that you
4 take a bunch of medications.

5         Do you get all of those medications filled
6 at the same pharmacy?

7    A.    Yes, ma'am.

8    Q.    And what pharmacy is that?

9    A.    That is at the Publix in Verano,
10 Port St. Lucie, Florida.

11    Q.    You said the Publix in Verano?

12    A.    Yes, V-e-r-a-n-o.

13    Q.    Is Verano like a neighborhood, or is that
14 a street or a shopping center?

15    A.    I believe it's a shopping center.  I know
16 that the closest community to it is called
17 Tradition, so I would imagine it's -- I think it's
18 just a shopping center, it's what they just call it.
19 The Publix at Verona.

20    Q.    Have you had your medications filled at
21 any other pharmacies in the last ten years?

22    A.    Yes, ma'am.

23    Q.    Okay.  What other pharmacy?

24    A.    When I was on the road, I ran out of one
25 of my antidepressants, and I had to transfer it to

Page 29

1 one of the pharmacies in Texas.

2    Q.    Do you know the name of that pharmacy?

3    A.    No, ma'am, I do not.

4    Q.    Do you know the city where the pharmacy
5 was located?

6    A.    No, ma'am, I do not.  I'm sorry.

7    Q.    Do you have health insurance?

8    A.    I just recently applied or got health
9 insurance for this open enrollment that starts
10 February 1st.  I still have to actually make the
11 payment on it, but I've got other insurance
12 companies that keep calling me, and I'm wanting to
13 talk to a actual health specialist to see if I got a
14 good policy or not.  I don't know anything about it.
15 I got it just because I kind of need it at this
16 point.

17    Q.    Did you have health insurance at the time
18 of the shooting?

19    A.    No, ma'am.

20    Q.    Has health insurance paid any portion
21 whatsoever of your medical bills related to the
22 shooting?

23    A.    No, ma'am.

24    Q.    Have you ever received Medicaid?

25    A.    No, ma'am.  I was declined, because I was

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 30

1  married and the wife made too much money.
2      Q.   What year was it that you applied for it
3  and was denied?
4      A.   The hospital applied for it when I was in
5  there for the shooting.
6      Q.   Does the same doctor write all of your
7  prescriptions that you receive?
8      A.   Yes and no.
9      Q.   All right.  So we're gonna go through that
10  in a second.
11          How do you pay for your prescription
12  medication without insurance?
13     A.   Out of pocket with GoodRX.
14     Q.   And in an average month, what do you pay
15  out of pocket for your prescriptions related to this
16  shooting?
17     A.   I would guesstimate probably 2 to 300.  I
18  have -- Mary -- Mary picks them up most of the time
19  for me.  She's like my healthcare -- she's the one
20  that tells me what to take and how much.  And she
21  knows all that.  She puts them all in this for me.
22     Q.   Tell me the names of all the medications
23  that you've taken in the last 24 hours.
24     A.   I've got --
25     Q.   Wow.

Page 31

1      A.   -- all of this.
2      Q.   Okay.  Why don't we go through all of the
3  meds that you've taken in the last 24 hours?
4      A.   That's gonna be hard because she's the one
5  that kind of sets them up for me.  I know I've taken
6  oxycodone, Diazepam, propofol (sic), venlafaxine,
7  AMOXICOL, morphine, Gabapentin, ketorolac, mutable
8  Atomoxetine (sic), caffeine, benzonite (sic), and
9  that's all I can recall at the moment.
10     Q.   What is the name of the doctors who
11  prescribe those medications to you?
12     A.   Dr. Alexandria Berger, and that's why I
13  said yes and no because the antidepressants -- oh,
14  and Atomoxetine.  That's for my ADD.  I can't
15  remember who did the prescription for the ADD, but
16  for the propofol and the venlafaxine, I believe my
17  neurologist prescribed those to me at the beginning,
18  and then Dr. Berger picked up on them after that.
19     Q.   What's the name of your neurologist?
20     A.   I can't recall his name.  I know his
21  practice is called Premier Neurology.  It's Koman or
22  something like that.
23     Q.   What year were you diagnosed with
24  attention deficit disorder?
25     A.   I wasn't exactly diagnosed.  I was just

Page 32

1  talking to my primary, and I would say -- I was
2  telling her how I was having issues being motivated
3  to do something or I'll start something and stop and
4  go and do something else, and then stop and go do
5  something else and so she recommended me to try this
6  to see if this helps me focus more.
7      Q.   Is that Dr. Berger?
8      A.   Yes, ma'am.
9      Q.   What is -- who is the doctor that
10  prescribes your depression or anxiety medications?
11     A.   That's Dr. Berger now, but I believe at
12  the beginning it was Premier -- the -- the
13  neurologist, if I recall correctly.
14     Q.   Did you start taking all of these
15  medications that you just testified about after the
16  accident?
17     A.   Yes.
18     Q.   Did you ever take them for any reason
19  before the accident?
20     A.   No, ma'am.  I do not believe in taking
21  pills.  I haven't taken any -- I mean, I've never
22  even had a headache prior to the accident.
23     Q.   Okay.  So on the date of the accident, in
24  the 24 hours before the accident, did you have any
25  prescription medications that were being --

Page 33

1      A.   No, ma'am.
2      Q.   -- prescribed to you?
3      A.   No, ma'am.
4      Q.   Okay.  And sometimes I've seen where
5  people do have prescriptions that they just choose
6  not to either get filled or they get it filled and
7  they don't take it, did you have any circumstance
8  like that?
9      A.   No, ma'am --
10     Q.   Before this accident --
11     A.   -- not at all.
12     Q.   Before this accident, had you ever been
13  prescribed any painkillers?
14     A.   At my last car accident, maybe 12 or
15  15 years ago.
16     Q.   Okay.  But in that 15-year period between
17  when the car accident happened and the shooting, did
18  you have any pain -- pain pills prescribed to you?
19     A.   No, ma'am --
20     Q.   What about --
21     A.   -- not that I can recall.
22     Q.   What about medications for depression and
23  anxiety?
24     A.   No, ma'am.  As I can recall, no.  Back in,
25  I think 2007, I was on Wellbutrin for -- I requested

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 34

1  the doctor for -- to quit smoking.
2      Q.   Do you smoke cigarettes?
3      A.   Yes, ma'am.
4      Q.   How many cigarettes do you smoke in a
5  week?
6      A.   On a weekly basis, it all depends upon my
7  mood and my stress level or anxiety or depression or
8  whatever, I can go one day half a pack, I can go
9  another day almost three packs.
10     Q.   How long have you been smoking?
11     A.   2003 -- probably about 15 years.
12     Q.   Do you drink alcohol?
13     A.   Very, very rarely.
14     Q.   At the time of the shooting, did you drink
15  alcohol more frequently than rarely?
16     A.   I've always rarely drank alcohol.
17     Q.   Do you use marijuana?
18     A.   No, ma'am.  It makes me sick.
19     Q.   Do you have -- have you ever had or
20  applied for a medical marijuana license?
21     A.   No, ma'am.
22     Q.   What about vaping?
23     A.   No, ma'am.
24     Q.   Had you taken any medications in the
25  24 hours before the shooting?

Page 35

1      A.   No, ma'am.
2      Q.   Have you ever had any issues with
3  insomnia?
4      A.   Yes, ma'am.
5      Q.   How long is that -- has that happened?
6      A.   I know I've always been a night person,
7  but after the shooting, there would be nights that I
8  would not sleep at all or I wouldn't actually fall
9  asleep until about 8:00, 9:00, 10:00 in the morning
10  and still only sleep for a couple hours.
11         My girlfriend told me that I have -- I've
12  been screaming terribly and yelling in my sleep for
13  the past couple years.  But other than that, I've
14  always -- I always -- before this shooting, I had a
15  schedule usually between 1:00 and 2:00 in the
16  morning and wake up around 8:00, 9:00, 10:00 in the
17  morning was my normal schedule, but since the
18  shooting, it's been up and down all around sometimes
19  I wouldn't sleep for, like, a whole day.
20     Q.   Well, do you remember whether in the
21  24 hours before the shooting you did get sleep, or
22  were you going, you know, for a long time period
23  without sleeping?
24     A.   I have -- I was going a long -- long time
25  period before sleeping.  Maybe I'd go -- I pulled in

Page 36

1  there at 4:00 a.m.  I don't recall when I started
2  driving that day, but...
3      Q.   The Ford truck that you were driving at
4  the time of the shooting, does that have an extra
5  seat in the back, like, an extended cab?
6      A.   Yes.  It's a crew cab.
7      Q.   Okay.  So when you would fall asleep on
8  your trips or stop to go to sleep, would you sleep
9  in the back on the crew cab part?
10     A.   Yes, ma'am.
11     Q.   And is that like a bench seat there?
12     A.   I actually take the bench seat out, build
13  a platform, and I have a twin-sized memory foam
14  mattress back there.  I have one in this truck, too.
15     Q.   I don't want you to take offense to this
16  question, but it's a standard deposition question
17  that I ask all of my witnesses.
18         But have you ever been convicted of any
19  felonies?
20     A.   No, ma'am.
21     Q.   Have you ever been convicted of any crimes
22  involving dishonesty?  So it might not have rose to
23  the level of a felony but it did involve dishonesty
24  and it includes, but not limited to, things like
25  writing a bad check, lying under oath, stealing,

Page 37

1  anything like that?
2      A.   I have had evictions -- no, ma'am.
3      Q.   Have you ever been arrested?
4      A.   Yes, ma'am.
5      Q.   Have you ever been incarcerated, either in
6  jail or prison?
7      A.   Pending bond, other than that, no.  No
8  sentence to jail.
9      Q.   Say that again.
10     A.   No sentencing of jail.
11     Q.   How many times have you been arrested?
12     A.   Adult or juvenile?
13     Q.   Say that again.
14     A.   As an adult or as a juvenile?
15     Q.   Since you've been 18.
16     A.   So as my adult, four times I can recall.
17     Q.   And were you ever sent to juvenile
18  detention as a child?
19     A.   No, ma'am.
20     Q.   What is the most recent time you were
21  arrested?
22     A.   Oh, my God, just last year, July 1st of
23  2022.
24     Q.   What was the reason?
25     A.   I was in New York state, and I had pulled

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 38

1 off the highway to use the phone in Upstate
2 New York, and I was in the process of returning to
3 the highway to keep on going, and a state trooper
4 walked up on the side of me to ask me how everything
5 was going.  I said I'm getting ready to get on the
6 highway.  And he asked me for my ID, and I had my --
7 I had received my CCW after the shooting for my
8 protection, and I informed him that I had a CCW in
9 the vehicle or a CCW from the State of Florida, and
10 that I had two firearms in the vehicle, and he said
11 that's fine.  And then took my IDs and left me in
12 the vehicle with the firearms and went back to his
13 car for about 40, 30 minutes and then came back up
14 and asked me to step out and placed me under arrest
15 for possession of handguns in the state of New York.
16      Q.   So whatever -- for purposes of the record,
17 CCW means a concealed carry license, or what does
18 that stand for?
19      A.   Yeah.  It's -- concealed carry weapon, I
20 believe.
21      Q.   When did you first receive your concealed
22 carry license?
23      A.   It was -- I'm guessing maybe a year after
24 the shooting.
25      Q.   It's my understanding -- okay.  So your

Page 39

1 concealed carry license is in the state of Florida,
2 correct?
3      A.   Yes, ma'am.  Actually I lost it.
4      Q.   Okay.  But it's my understanding that
5 certain states don't recognize other states'
6 concealed carry license, and you're not allowed to
7 have a firearm on your person in that state,
8 regardless of a concealed carry license; is that
9 correct?
10      A.   That is correct --
11           (Simultaneous cross-talk.)
12           COURT REPORTER:  I'm sorry.  You're
13      talking at the same time and the record is
14      unclear.  Please repeat.
15           MS. BURBY:  Are you asking me to repeat,
16      ma'am, or the witness?
17           COURT REPORTER:  Both, please.  The last
18      thing I have on the record is:  Regardless of a
19      concealed carry license; is that correct?
20 BY MS. BURBY:
21      Q.   Okay.  Go ahead and answer.
22      A.   Yes, ma'am.  Oh, wait.  Say that again.
23 I'm sorry.
24      Q.   So it's your understanding that even
25 though you have a concealed carry license in the

Page 40

1 state of Florida, you aren't allowed to travel
2 through New York state with a weapon; is that
3 correct?
4      A.   Not allowed.  I just -- that's how -- I
5 found out the hard way.
6      Q.   Okay.  Were you incarcerated at all in
7 connection with that?
8      A.   They held me, just handcuffed to a bench
9 for about three or four hours until I saw the judge,
10 and they released me on my own recognance (sic).
11      Q.   Did you have to pay a fine?
12      A.   The handguns actually weren't on my
13 person.  They were in the vehicle.  So I was -- they
14 weren't on me physically, they were just in the
15 vehicle.
16           But they have a law that when you're
17 travelling through the state of New York, if you are
18 traveling with firearms, the ammo has to be
19 separated from the firearm, and I did not have that
20 that way, so that's what got me in trouble.  But,
21 yeah, they released me on my own recognizance after
22 about four hours.
23      Q.   Did you have to pay a fine?
24      A.   It wasn't necessarily a fine.  They
25 dropped one of the charges completely, dropped the

Page 41

1 other one down to a misdemeanor, surrendered my
2 guns, and then there was, like, a $200 fixed state
3 surcharge or something like that.  They imposed no
4 fines.
5      Q.   Before that event, when was the last time
6 you had been arrested?
7      A.   I would -- to my best of knowledge, 1999.
8      Q.   And what was that for?
9      A.   Possession of a controlled substance.
10      Q.   And then what about the two times prior to
11 that?
12      A.   One was a domestic violence charge against
13 my stepfather, because he was an alcoholic at the
14 time.  And those charges were dropped completely.
15 They dropped them after -- he moved back to
16 Indiana.  And then the other one was a grand
17 theft -- grand theft charge of over $350.
18      Q.   The last three arrests that you just told
19 me about, were those in Florida?
20      A.   Yes, ma'am.  Martin County.
21      Q.   What county of New York did the arrest
22 occur?
23      A.   I don't know the specific county.  I know
24 the town was Milton, M-i-l-t-o-n, is where I had to
25 go to court.  And I believe they wrote on the -- on

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 42

1   the arresting report near Saratoga Springs, the best
2   I can recall.  I can't -- I don't recall the county
3   actually.
4       Q.   Has your driver's license ever been
5   suspended?
6       A.   When I was younger, yes.
7       Q.   How many times?
8       A.   Honestly, I could not tell you, because I
9   had several -- several -- several suspensions due to
10  lack of fine payment.
11      Q.   When is the last time your driver's
12  license was ever suspended?
13      A.   I would say 1999, '98, somewhere around
14  there.
15      Q.   So more than 20 years ago?
16      A.   Yes, ma'am.
17      Q.   Do you have car insurance?
18      A.   Yes, ma'am.
19      Q.   What is the name of your car insurance
20  company?
21      A.   Progressive.
22      Q.   Have you had any other car insurance
23  carriers in the last ten years?
24      A.   No, ma'am.
25      Q.   Have you ever made any personal injury

Page 43

1   claims besides this one?
2       A.   My last -- about -- well, yeah,
3   three weeks after the shooting, I was rear-ended.
4   And then before that was maybe 15 years, 12 years,
5   somewhere around there.
6       Q.   What is the date of the accident that
7   happened three weeks after the shooting?
8       A.   I do not recall the exact date.  I'm
9   wanting to say maybe April -- like April 27th,
10  maybe, somewhere around there --
11      Q.   You mean June?
12      A.   -- maybe the 25th.
13           Oh, wait.  April, May -- yeah, June.  I'm
14  sorry.  June 25th, 27th, somewhere around there.
15      Q.   Were you injured in that accident?
16      A.   Yes, ma'am.
17      Q.   Where did that accident happen?
18      A.   At the 95 off-ramp onto St. Lucie West
19  Boulevard.
20      Q.   What body parts were injured?
21      A.   My shoulder, my back, knee.  But I just
22  received treatment for my back and my shoulder and
23  my knee wasn't really -- it just -- it banged the
24  bottom of the dash.
25      Q.   Which shoulder and which knee?

Page 44

1       A.   My right shoulder, torn rotator cuff.
2   Left knee.
3       Q.   Are you -- did you receive surgery for
4   that accident?
5       A.   Yes, ma'am.
6       Q.   Was that shoulder surgery?
7       A.   No, ma'am.  That was back surgery.
8       Q.   And when you say your back, do you mean,
9   like, your lower back, your mid back, your neck?
10      A.   Lower.  L1 to L5 decompression.
11      Q.   What's the name of the doctor that did
12  that surgery?
13      A.   The Spinal Institute of Stuart, I believe.
14  I can't recall his name at the moment, but he also
15  did cortisone shots in my right shoulder.
16  Dr. Sherban.  Sherban Spinal (sic).
17      Q.   Are you still treating with Dr. Sherban?
18      A.   No, ma'am.  I haven't seen him in close to
19  two years now.
20      Q.   Tell me what all of your injuries are that
21  you're relating to the shooting.
22           MR. McBRIDE:  Can we -- before we kind of
23  go down a different road, can we take a -- or
24  give him a little break?  We've been at it for
25  an hour and 15.

Page 45

1           MS. BURBY:  Yeah.  Absolutely.  Do you
2   guys want to take a 10-minute break and come
3   back at 10:20?
4           MR. McBRIDE:  That works for me.
5           MS. BURBY:  All right.  Mr. Voltz, is that
6   good to you?
7           THE WITNESS:  Yes, ma'am.
8           VIDEOGRAPHER:  We are off the record.  The
9   time is 10:11 a.m. Eastern.
10               (Recess taken.)
11          VIDEOGRAPHER:  We are now back on the
12  record.  The time is 10:22 a.m. Eastern.
13  BY MS. BURBY:
14      Q.   All right.  Give me one second.
15      A.   Can I ask a question real quick?
16      Q.   Sure.
17      A.   I just recalled all my medication.  Did I
18  say hydrocodone or oxycodone?  Is that --
19      Q.   I have oxycodone.
20      A.   Yes, that's correct.  Okay.
21      Q.   And I appreciate that you went back and
22  corrected that for me.
23           All right.  So before we took a break, I
24  had asked you to tell me all of the injuries that
25  you're claiming you sustained from the shooting.

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 46

1     A.   Obviously I got a hole in my head.  I had
2  a concussion for probably about -- and moderate
3  brain trauma.  The neurologist said that could last
4  up to two years or so.  I haven't been checked
5  recently to see if I still have that.
6          Got neck pain and I had somehow split my
7  chin open, I guess running into the store, and then
8  I believe that broke my tooth, the tooth broke after
9  about -- fell out about a month or two after the
10 incident, so I imagine when I got hit in the chin,
11 it -- it might have cracked it or just something,
12 but...
13    Q.   Any other injuries other than the ones you
14 just named?
15    A.   Well, indirectly would be the car
16 accident, because the car accident was for a
17 follow-up with my surgeon.  When it happened, I was
18 on my way to see my surgeon, so if I hadn't been
19 shot, I wouldn't have been going to my surgeon, and
20 I wouldn't have been involved in the car accident as
21 well.
22    Q.   Do you have a lawyer representing you for
23 the June 2020 accident?
24    A.   June -- oh, that was Eberst.
25    Q.   Will you spell the first and last name,

Page 47

1  please.
2     A.   Jon Eberst, E -- J-o-n, E-b-e-r-s-t.
3     Q.   Is that case still pending, or is that
4  matter still pending, I should say, or did you reach
5  a settlement with the other driver?
6     A.   It's been settled.
7     Q.   Are you still receiving medical treatment
8  for that accident?
9     A.   Yes.
10    Q.   And aside from Dr. Sherban, who are you
11 still treating with?
12    A.   Just mainly Dr. Berger -- yeah.  She gives
13 me -- it's that -- because the cortisone shot in my
14 right shoulder only lasted about a year, and I was
15 supposed to get -- Dr. Sherban said I should be
16 getting one at least once a year, something like
17 that, until I can have surgery or whatever to
18 correct it, and instead of getting me the cortisone
19 shot, she has giving me steroid packs that I take
20 about every two to three months to reduce the pain
21 in my shoulder.
22    Q.   Are you planning on having any right
23 shoulder surgery for that accident?
24    A.   Possibly if my health insurance will
25 either cover it or --

Page 48

1     Q.   Did any doctor --
2     A.   And about a year -- year and a half ago, I
3  actually torn my left knee, the meniscus, and I
4  think a partial ACL, so she's been treating me with
5  that.  That's mainly what the pain meds are for.
6     Q.   How did you tear --
7     A.   Because -- I -- I don't know how I tore
8  it.  I think it's -- was when I was loading
9  something on the trailer or whatever, and I fell
10 loading it.  It was a motorcycle.
11    Q.   Were you diagnosed ever with a traumatic
12 brain injury associated with the shooting?
13    A.   I do speak with the neurologist once a
14 year.  If I do recall, he does say I may suffer from
15 some memory issues, and obviously PTSD, anxiety,
16 depression.
17    Q.   Have you ever --
18    A.   I was -- also to a therapist.
19    Q.   What's the name of the therapist?
20    A.   I'm sorry.
21         Dr. Iglesias.
22    Q.   And you started seeing Dr. Iglesias after
23 the shooting?
24    A.   Yes.
25    Q.   What is Dr. Iglesias' first name?

Page 49

1     A.   I'm not aware -- I do not know.
2     Q.   When's the last time you saw him?
3     A.   I haven't seen him.  We've always talked
4  on the phone due to COVID and -- but the last time I
5  talked to him, I believe, was November of last year.
6  He had just had a baby, and I guess I fell off his
7  radar to call me or something like that.
8     Q.   Well, have you reached back out to him?
9     A.   Not yet, no.
10    Q.   When you say November of last year, do you
11 mean 2021 or 2022?
12    A.   I -- I would say 2021, I think.  I can go
13 back -- I can look at my text messages because we
14 had texts also too, so.  But I'm pretty sure I --
15 I -- to my best of knowledge, I believe 2021.
16    Q.   Have you ever tried to see any other
17 therapists since Dr. Iglesias sort of fell off the
18 map?
19    A.   Before even Dr. Iglesias, I did reach out
20 to some psychologists and therapists, but most of
21 them didn't want to be involved either in a civil or
22 criminal case or didn't want to take me on, because
23 I don't -- I didn't have health insurance or
24 whatever the reasoning was.  Same with my knee, with
25 the orthopedic, I can't -- I haven't been able to

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 50

1  get that fixed, because every time I get an
2  orthopedic referral, the first question is do I have
3  health insurance, and I say no and they say, I can't
4  help you.
5      Q.  Have you ever had a concussion before the
6  shooting?
7      A.  Not that I recall.
8      Q.  Have you ever had problems with memory
9  loss or anything like that before the shooting?
10     A.  Not really, no.
11     Q.  Okay.  Did you have any medical conditions
12 at the time of the shooting and, for instance,
13 things that I see -- and I know you told me earlier
14 that you were in good health.  You never had any
15 types of pain.  But did you have anything like high
16 blood pressure, diabetes, anything like that before
17 the accident?
18     A.  No, ma'am.  No, ma'am, not that I'm aware
19 of.  I haven't been to a doctor in years prior to
20 the shooting.
21     Q.  And I know that we're not face-to-face
22 right now, but it appears to me, I can see a small
23 indention on your forehead directly above your left
24 shoulder, and is -- does that reflect the bullet
25 hole?

Page 51

1      A.  You mean my left eye?
2      Q.  Yeah, your left eye.  Sorry.
3          Does that reflect the bullet hole?
4      A.  Yes, ma'am.
5      Q.  Okay.  Are you seeing any plastic surgeons
6  or any dermatologists or doctors like that to see if
7  the condition of the scar will improve?
8      A.  I -- well -- when they initially removed
9  the bullet, Dr. Jad Jaffal is -- was the surgeon
10 that did it.  He initially put in a mesh screen and
11 four screws and then about a month later I -- it
12 started getting infected, so he had to go back in
13 there, remove what -- remove the mesh and the
14 screws, cut it, actually opened bigger, scraped all
15 the sinus linings and everything in that cavity to
16 get the infection out and then just stitched me back
17 up.
18          I just went back to him in December to see
19 about filling in or getting another mesh on it, and
20 he sent me in for a CT scan.  Because he -- at the
21 time of the first and second surgery, he said I
22 needed a sinus surgery called a Lothrop procedure.
23 And, again, I couldn't find a ENT to help me out
24 with that due to either lack of insurance or the
25 civil and criminal case involved, because a lot of

Page 52

1  these doctors don't want to be subpoenaed in and
2  lose money out of their practice.
3          But he said if I can't find anyone, that
4  he would do the Lothrop from the top down instead of
5  the normal procedure up.  But in December he send me
6  in for the CT scan to see if there is any infection
7  still or that cavity is still retaining fluid or
8  anything else, and I'm waiting for him to contact me
9  back for a follow-up on the results of the CT scan.
10     Q.  So let's talk about the shooting.
11         So you had testified earlier about it
12 happening around 4:30 in the morning?
13     A.  I believe so, yes.
14     Q.  Where were you coming from, and where were
15 you going?
16     A.  I was coming from Statesville,
17 North Carolina.  And then in the morning, I was
18 supposed to pick up a golf cart in The Villages,
19 Florida, which was like 6 or 7 miles from the truck
20 stop.
21     Q.  What were you doing in Statesville?
22     A.  I was delivering six motorcycles.
23     Q.  Who -- who was your client, for lack of a
24 better description, in Statesville that you were
25 delivering the motorcycles to?  Or who had hired you

Page 53

1  for that?
2      A.  It was a company called RumbleON.
3      Q.  And where did you take the motorcycles to,
4  like they all went to the same --
5      A.  Manheim auction in Statesville.
6      Q.  Okay.  So they were auctioned off is your
7  understanding?
8      A.  Yes.
9      Q.  And you took them to a place called
10 Manheim auction?
11     A.  Yes, ma'am.
12     Q.  Who was the -- who was the person that
13 hired you for that specific job?
14     A.  At the time I was -- my logistics
15 coordinator was named Theresa Harmon.
16     Q.  Spell the last name.
17     A.  H-a-r-m-o-n.
18     Q.  Do you still do work for them?
19     A.  Yes, ma'am.  They're one of my biggest
20 customers.
21     Q.  Is Theresa your main contact?
22     A.  Not anymore, no.
23     Q.  Who is it now?
24     A.  It is Brendan McCormick.
25     Q.  Okay.  So where did you start with the

Page 54

1   motorcycles?  I know that you delivered them to an
2   auction house in Statesville, but where did they
3   originate from?
4       A.   I picked them up from residential houses
5   in Florida.  They --
6       Q.   And is that --
7       A.   RumbleON is a online dealership where they
8   buy motorcycles like CarMax or whatever where the
9   sellers submit pictures and description, and then
10  RumbleON sends them an offer.  And if the customer
11  accepts the offer, then they do the paperwork and
12  then title and they wire the money and then send me
13  to pick the bikes up.
14      Q.   So you would have dropped off all six
15  motorcycles at the auction house on May 31st; is
16  that correct, or was the drop-off on May 30th?
17      A.   I would imagine May 31st, if I recall.
18  And then I go straight through from Statesville to
19  the truck stop.
20      Q.   How much time had passed between when you
21  dropped off the motorcycles at the auction house and
22  when the shooting happened?
23      A.   Honestly, I couldn't recall.  I couldn't
24  recall.  I can't recall.  Maybe I got stuck in an
25  accident or anything else, but when I Googled it the

Page 55

1   other day, it looked like it was like a nine-hour
2   drive, just straight through, but I had to stop for
3   fuel and everything else, so I -- I couldn't give
4   you an exact time of travel between the two.
5       Q.   So if I was gonna subpoena your records
6   from RumbleON, would I be able to do that and it
7   would show me, you know, what time you picked up the
8   motorcycles in Florida -- or sorry -- anywhere that
9   you would have picked them up from and dropped them
10  off at the auction house?  Or how would I go about
11  finding those records?
12      A.   I -- what -- they e-mail me the specifics
13  of the bike and the customer and their address and
14  phone number; and I contact the seller 24 hours in
15  advance, and then schedule a time frame for the next
16  day to pick them up, but I don't relay that to
17  RumbleON as far as pickup time or anything like
18  that.
19           But when I deliver them, I take pictures
20  of the bikes on both sides, and then a picture of
21  the VIN and then e-mail it to them to let them know
22  they've been delivered.
23      Q.   Who would you have e-mailed those pictures
24  to?  Was it Theresa?
25      A.   Yes.

Page 56

1       Q.   And is Theresa employed with RumbleON?
2       A.   Yes.
3       Q.   Is there --
4       A.   But I did hear -- I did hear through the
5   grapevine at the moment she is -- no one's supposed
6   to know about it -- but battling cancer or something
7   like that, so she's been kind of not in, but in.  I
8   don't know.  That's why I haven't been -- she hasn't
9   been my logistics coordinator since I returned back.
10      Q.   Is there a specific person that you would
11  have met with at Manheim auction that would have
12  signed off on the delivery?
13      A.   Whoever is -- I don't have anybody to sign
14  off on anything.  They just open up the warehouse,
15  and I tell them the bikes are for RumbleON and they
16  label them RumbleON, and I take my pictures, and I
17  leave.
18      Q.   And then from the Manheim auction
19  warehouse, did you head straight toward your next
20  pickup location in The Villages?
21      A.   Yes, ma'am.
22      Q.   Okay.  And for the sake of argument, can
23  we agree that it would have taken roughly nine
24  hours, give or take?
25      A.   Give or take, yes.  Like I said, I could

Page 57

1   have -- I could have gotten stuck in traffic with an
2   accident, or I could have stopped in -- I don't
3   remember the specifics of that day.  I could have,
4   you know, stopped at a store and walked around for a
5   little bit.  I -- I really don't remember.  Like I
6   said, I'll do that every now and again, especially
7   if I see something interesting I'll stop and look.
8           That's why I started doing this because I
9   like to travel and see different things and this is
10  a way for me to do that and get paid for it in the
11  same time.  So I really couldn't tell you exact.  I
12  can't confirm the exact time frame of how long it
13  took me.
14      Q.   Did you stop anywhere for the night before
15  you dropped off the motorcycles at the auction
16  house?
17      A.   I want to say I left out probably
18  May 30th.  I know they're open until usually
19  10:00 p.m. to drop off.  I can't recall if I dropped
20  off that night or the next day.  I would have to --
21  I could go through my e-mails and my text messages
22  and find out when exactly I did drop them off, but
23  other than that, I can't recall a memory of
24  anything.  I probably do -- I would guesstimate
25  anywhere between 3 to 500 bikes for them a year so.

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 58

1    Q.   So it's your testimony, sir, that you
2  don't remember whether you stopped anywhere for the
3  night before you dropped off the load?
4    A.   No, ma'am.
5    Q.   Okay.  Did you stop anywhere to go to
6  sleep between when you dropped off the motorcycles
7  at the auction house and when you stopped off at the
8  TA travel gas station truck stop area?
9    A.   I do not recall.  I may have drove -- I
10  may have driven straight up and then straight back.
11  I just know I was very tired when I got to the truck
12  stop, and I was just ready to go to sleep.
13    Q.   For purposes of this deposition, so we're
14  on the same page, I'm just gonna refer to it as the
15  truck stop, and what I mean is the TA travel truck
16  stop.
17         Does that sound good to you?
18    A.   Yes, ma'am.
19    Q.   Okay.  Would you have stopped anywhere to
20  eat between when you got to the truck stop and when
21  you had left the auction house in South Carolina?
22    A.   That's a possibility, yes, especially
23  if -- when I stop for fuel, I usually will go into
24  wherever I'm at -- excuse me -- and grab a sandwich
25  or something like that.

Page 59

1    Q.   Did you stop anywhere --
2    A.   Go in to go and get food -- go ahead.
3    Q.   Did you stop anywhere along the way to
4  visit friends or to visit anybody that you would
5  have known, like a family member?
6    A.   No, ma'am.
7    Q.   Did you stop anywhere along the way to go
8  sightseeing or shopping?
9    A.   I could have.  That is a possibility, but
10  I do not recall.
11    Q.   Did you take any pills or medications to
12  keep you awake in that time frame?
13    A.   No, ma'am.  No, ma'am.
14    Q.   Do -- do you ever take any type of
15  caffeine pills or medications to help you stay awake
16  when you're driving?
17    A.   No, ma'am.  I just munch on my potato
18  chips or something crunchy like that, and the
19  crunchiness keeps the mind awake while you're
20  driving.  The only other thing is I will drink,
21  like, a Monster or a Red Bull, but caffeine actually
22  really has no effect on me.
23         My mom put Mountain Dew in my baby bottles
24  as a baby.  So I -- I grew up drinking Mountain Dew
25  my whole life, and caffeine just really doesn't

Page 60

1  affect me.  I can drink an energy drink and go right
2  to sleep.
3    Q.   Okay.  So your plan was to leave the
4  auction warehouse in South Carolina and just plow
5  through all the way to get to The Villages, correct?
6    A.   Yes.
7    Q.   Okay.  This --this truck stop at issue,
8  had you ever stopped there before?
9    A.   Not that I can recall, no.
10    Q.   Do you know anybody that works at that
11  truck stop?
12    A.   No, ma'am.
13    Q.   Have you ever worked in any capacity for
14  that truck stop?
15    A.   No, ma'am.
16    Q.   How was it that you came to decide to stop
17  at that particular truck stop instead of somewhere
18  else?
19    A.   To be honest, whenever I would stop at a
20  truck stop, I would always go to a -- find a Pilot
21  or a Flying J, because they're usually the cleanest
22  and the most safest looking ones.  Every now and
23  again I would use a Love's, but, again, they're a
24  cleaner and more safe truck stop.
25         The reason I had to go to the TA is

Page 61

1  because the two Pilot stations that were around that
2  TA were both full, at capacity, where I couldn't
3  park.  So I had to pull in there, and they had a
4  spot for me to park in.
5    Q.   Now --
6    A.   And it was close to the door, so I figured
7  it would be safer than where I was at.
8    Q.   How did you come to the conclusion that
9  the Pilots and the Flying J truck stops are safer
10  than the TA truck stop?
11    A.   They just seem -- they always have
12  lights -- lighting up the parking lot.  They -- I
13  don't know.  They -- they just seemed -- like the
14  employees are more friendlier and, like I said, the
15  parking lots are set up better.  And I just never
16  had any issues with Pilot and Flying J, and they
17  also had better rewards than Love's or TA, so I get
18  fuel rewards and discounted drinks and food and
19  stuff like that, so Pilot and Flying J just seems
20  like they actually care more about their customers
21  than the others, than TA.
22         I would actually compare, like, a Walmart
23  or a Flying J to being like a Macy's of truck stops
24  and the TA being like a Goodwill of truck stops.
25    Q.   Well, have you ever stayed at a TA at any

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 62

1   location before this?
2       A.   Not really, not unless I necessarily had
3   to.  And it's maybe a handful of times in the ten
4   or -- ten years that I was doing this.  Even for the
5   first three years I was doing this, my girlfriend
6   was driving with -- would ride with me, and help me
7   work and everything and stuff like that.  And she
8   wouldn't even let me stay at a TA.  She just said
9   they're dirty and gross looking.  And, like I said,
10  my best comparison would be like they're like the
11  Goodwill of truck stops --
12      Q.   Okay.  So --
13      A.   -- or a thrift store.
14      Q.   -- did you have a plan to stop at this
15  particular exit along the interstate, or was it just
16  something you're driving down the road, and you
17  decide you're tired.  You see an exit that's got
18  truck stops, and you decide off the cuff that that
19  would be a good time to get off?
20      A.   I did plan that exit for the two Pilots
21  that were there.  It was also the closest to my next
22  pickup location in The Villages.
23      Q.   So tell me how this works as a truck
24  driver.
25           So you had testified that your original

Page 63

1   plan was to go to Pilot, but when you got to the
2   Pilot at the intersection, they didn't have any
3   spots left for you to stay the night, so that's why
4   you went to the TA instead; is that correct?
5       A.   Yes, ma'am.
6       Q.   How did you conclude that there were no
7   spots left at the Pilot?  Like, did you actually go
8   in and ask if --
9       A.   I drove -- no.  I drove around the parking
10  lot.
11      Q.   And you didn't see any open spaces?
12      A.   No open spaces at all.
13      Q.   So then you saw a TA nearby, and that's
14  where you decided to go instead?
15      A.   Yeah.  The Pilot where I turn in, I went
16  around the back where all the parking is, I came
17  back out the exit and the exit is straight across
18  from the TA entrance, so I just drove straight
19  across, drove through their diesel lanes, and there
20  was a spot maybe four or five spots and -- that was
21  close to the building.
22      Q.   Did -- let's see.
23           How does it work when you -- when as a
24  trucker, you want to stay the night at a truck stop?
25  Like, do you have to go in first and, like, buy a

Page 64

1   ticket from the gas station --
2       A.   No, ma'am.
3       Q.   -- attendant?
4       A.   No, ma'am.
5       Q.   Okay.  So tell me how that works.
6       A.   It's just free public parking.  You park
7   and you get what you need to do or whatever, and you
8   don't have to go in.  You don't have to buy
9   anything.
10           Up north in like New Jersey and New York
11  area, yes, they do have a parking attendant that
12  charges about $20 a night for you to park, that you
13  have to go through.  But down here in the southern
14  states and western states, all of the truck stops
15  they're all free and open to the public.  You don't
16  have to --
17      Q.   Have you ever --
18      A.   I'm sorry.  Go ahead.
19      Q.   Sorry, sir.  I just -- I never know when
20  you're finished giving your testimony, so I'm just
21  trying to make sure we don't talk over each other.
22  And I'm not -- I just sort of remind you --
23      A.   Yes, ma'am.
24      Q.   -- I know that you probably don't want to
25  be here all day, just listen really carefully to my

Page 65

1   question.  And just answer the question.  So if it's
2   a yes-or-no answer --
3       A.   Yes, ma'am.
4       Q.   -- yes-or-no question, give me a yes-or-no
5   answer.
6           Does that sound good?
7       A.   Yes, ma'am.
8       Q.   Okay.  Are you aware of any truck stops in
9   Florida where there's, like, a security guard on
10  duty?
11      A.   Not that I'm aware of.  Maybe down south.
12      Q.   Okay.  But have you ever actually stayed
13  at a truck stop where there was a security attendant
14  on duty that was, like, manning the --
15      A.   Yes.
16      Q.   -- parking lot for safety stuff?
17      A.   Yes, ma'am.
18      Q.   Where was that?
19      A.   I cannot recall, but there's been several,
20  because there's actually a couple times where
21  they've kicked me out because of my truck and stuff
22  like that, and they claim that it's for semi parking
23  only.
24      Q.   Okay.  Well, that's -- that sounds to me
25  like it could be a person that's just manning the

ANTHONY S. VOLTZ                                          JOB NO. 441270
JANUARY 25, 2023

Page 66

1  parking lot to make sure that trucks that are
2  parking there should be parking there.
3         What I want to know is do you see any type
4  of security guard for the purpose of safety and
5  security, like a police officer or a rent-a-cop,
6  anything like that?
7      A.   Those people could be rental cops or
8  whatever.  I do not know what their position is that
9  have confronted me about me parking there or not.
10 I -- I don't know if they're store employees or
11 rent-a-cops.  I couldn't tell you.  I just --
12     Q.   When you were driving around the Pilot gas
13 station looking for a place to park overnight, did
14 you see any police officers or any security
15 guard-looking people?
16     A.   No, ma'am.  But there was a parking -- or
17 janitorial people walking around picking up trash.
18     Q.   Well, when you went to the TA, sir, and
19 you parked your vehicle there, did you see any
20 security guards or police officer-looking people on
21 the property?
22     A.   No, ma'am.
23     Q.   So you knew when you chose to park there
24 that there was not any security; is that correct?
25     A.   It didn't cross my mind, but I never had

Page 68

1  doing this, so...
2      Q.   When you were -- like sometimes when I
3  would go to a gas station, I'll see large signs
4  outside the gas station where it advertises the
5  price of the different grades of gas and sometimes
6  it'll say if there's like a food special going on.
7         Did you see any signage outside of the TA
8  where there were promises of safety for truckers?
9      A.   No, ma'am.
10     Q.   Okay.  When you had parked in your parking
11 space, what is the first thing that you did?
12     A.   I sat in the truck for a minute.  I
13 believe I smoked a cigarette, checked my stocks,
14 texted my girlfriend, good night.  She requires me
15 to always text her good night or good morning to
16 make sure she knows I'm parked somewhere or going to
17 sleep or whatever, and then I had to use the
18 restroom.
19         And with the COVID stuff, she has an
20 autoimmune disease called CVS.  So with the COVID,
21 I'd actually been refraining from going into places
22 or being in contact unless I necessarily had to.  So
23 instead of going in to use the restroom to wear a
24 mask and everything, I decided to walk to the front
25 of my truck, which was like the back of all the

Page 67

1  any issues with security, so...
2      Q.   Did you notice anything concerning about
3  the lighting at the TA when you --
4      A.   It was dark.
5      Q.   -- got there and parked your --
6      A.   It was dark.
7      Q.   Okay.  Now, I know that this -- this
8  shooting happened around 4:30 in the morning, give
9  or take.  Was it dark everywhere?  It was dark
10 outside in general, correct?
11     A.   Correct.
12     Q.   So --
13     A.   But the parking lot and everything is
14 just -- there's -- it was like zero lighting,
15 period.
16     Q.   Okay.  So it was in -- you chose to park
17 in an area that had absolutely no lighting; is that
18 correct?
19     A.   Yes, ma'am.  Yes, ma'am.
20     Q.   Is there -- is there a reason why you
21 simply didn't go to the TA if there was inadequate
22 lighting?
23     A.   I've never had any issues before with any
24 truck stops, so it didn't cross my mind that I would
25 have an issue at this one, in the 12 years I've been

Page 69

1  other trucks, to relieve myself.
2      Q.   Now, were there -- were you -- did you
3  park next -- directly next to any other trucks or
4  any other vehicles?
5      A.   Yes.  Yes.  I parked right in between two
6  trucks.
7      Q.   How would you describe those two trucks?
8      A.   Semis.
9      Q.   And did you notice if those were occupied
10 by truckers?  Like, was the light on inside or
11 anything like that?
12     A.   No, ma'am.
13     Q.   Did you see any other truckers or any
14 other patrons standing outside in the truck -- in
15 the overnight truck parking area when you had
16 arrived?
17     A.   No, ma'am.
18     Q.   Okay.  So is it fair to say that you pull
19 up, and, in your mind, everybody else is sleeping?
20     A.   Yes, ma'am.
21     Q.   Okay.  And then you go to urinate, you
22 walk to the front of your truck to urinate?
23     A.   Yes, ma'am.
24     Q.   Would you have been urinating on, like,
25 the concrete asphalt, or was there, like, a dirt

ANTHONY S. VOLTZ                                                    JOB NO. 441270
JANUARY 25, 2023

Page 70

1  area?
2      A.    It was concrete asphalt.
3      Q.    Were you planning on showering at all?
4      A.    No, ma'am.
5      Q.    Okay.  So you're urinating in the front of
6  your truck, and then what happens next?
7      A.    When I got done, I went to go get back in
8  my truck, and I noticed a bright light coming at me
9  from the back corner of my trailer.  And I figured
10  it might have been a security guard or a cop or
11  something just checking on me, because I'm a pickup
12  truck parked in with the semis.  I've had that issue
13  before.
14          And next thing you know, he tries -- gets
15  right up next to my truck and just constantly
16  blinding me with the light.  I asked him several
17  times to turn the light off.  And then he started
18  yelling and screaming about what are you doing to
19  the trucks and stuff like that, at me.  And I'm kind
20  of paraphrasing, because there's several cuss words
21  and everything else used back and forth.
22          But he was yelling at me to -- about
23  the -- being at the back of the trucks and
24  everything.  I said I just took a leak.  And he's
25  like, I don't believe you.  You need to get out of

Page 71

1  here.  I said, You don't believe me.  You can walk
2  up to the front of the truck and see the puddle.
3  And he's, like, just insisted on me getting out of
4  there saying that I look like I'm up to no good and
5  this and that, and I need to leave.  And I grabbed
6  my light and shined (sic) it back at him and yelled
7  at him and asked him how he liked having the
8  light -- or light in his eyes and stuff like that.
9          And it continued on about him trying to
10  make me leave the parking lot.  And I just kept
11  insisting that it's a public parking lot, that
12  anybody can park there and everything else.
13          And then the last sentence I told him was
14  just to get back in his truck and go back to sleep.
15  And then that's when I heard the gunshot.
16      Q.    All right.  Backing up a little bit.
17          When you're referring the word -- to the
18  words he and him, you mean my client, Mr. Simmons;
19  is that correct?
20      A.    Yes, ma'am.
21      Q.    Okay.  Have you ever met him in any
22  capacity at all before this shooting incident?
23      A.    No, ma'am.
24      Q.    What were you wearing?
25      A.    I know I had camouflage sandals on.  I

Page 72

1  would probably say either black or camo shorts, and
2  probably a gray or blue -- I don't -- like I said, I
3  don't quite remember.  I'm just going by what I
4  normally wear is basically like a Realtree T-shirt
5  or a plain T-shirt.
6          Normally if I'm wearing dark pants, I'm
7  wearing a light-colored shirt.  Or if I'm wearing a
8  dark shirt, I wear light-colored shorts.
9      Q.    But -- but you were fully clothed, sir?
10      A.    Fully clothed, yes.
11      Q.    Do you have any visible tattoos?
12      A.    I have one.  I have two on my legs, on my
13  outer -- outside calf area, my outside calves on the
14  sides.  I have two there.  And then I have one on my
15  left forearm on the inside.
16      Q.    What is the tattoo of on your left arm?
17      A.    It is a ambigram.  It's says water either
18  way.  And it says one of my best friends,
19  Chuck Viga, and the date he was born and his -- the
20  day he died.  It's -- I can't even -- I can't even
21  get it in the picture.
22      Q.    You don't have to show me.  You're good.
23          And then what are the tattoos of that are
24  on your legs?
25      A.    One is a tiger, and the other one is just

Page 73

1  a tribal sign.
2      Q.    Now, did you have any guns, knives, or
3  other weapons on your person when you were urinating
4  in front of your truck?
5      A.    No, ma'am.
6      Q.    What about inside your vehicle?
7      A.    I do have a -- like, a pocket knife in my
8  door.
9      Q.    Okay.  But that was still in your door
10  when you were standing there urinating?
11      A.    Yes, ma'am.
12      Q.    Do you know which truck Mr. Simmons came
13  from in relation to where you were parked?
14      A.    At the time, no.  Now, yes.
15      Q.    Okay.  Had you made any contact with his
16  truck in terms of banging on it or you opened your
17  truck drawer -- door and hit his truck door,
18  anything like that, before he came out and
19  confronted you while you were urinating?
20      A.    No.
21      Q.    Were you listening to music --
22      A.    No, ma'am.
23      Q.    -- like loud music?
24          Okay.  Were you singing or talking on a
25  phone or doing anything that would --

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 74

1    A.    No, ma'am.
2    Q.    -- be distracting?
3          MR. McBRIDE:  Anthony, Anthony, let her
4    finish asking the question, all right?
5          THE WITNESS:  Yes, ma'am -- yes, sir.
6          MR. McBRIDE:  Okay.  All right.
7    BY MS. BURBY:
8    Q.    So you're not making any noise other than
9    the sound of your urine hitting the pavement; that's
10   it, correct?
11   A.    Correct.  And the truck was still running.
12   Q.    And did you have music on in the vehicle?
13   A.    No, ma'am.
14   Q.    Were you using your Bluetooth to talk to
15   anybody on the phone?
16   A.    No, ma'am.
17   Q.    Okay.  So he gets out of his truck.
18         Did he say anything to you before he
19   started shining a flashlight in your face?
20   A.    No, ma'am.
21   Q.    Okay.  So he gets out of his truck.  He's
22   shining the flashlight in his (sic) face, and what
23   do you say to him?
24   A.    I believe at first I asked him if I could
25   help him.  If he needed something or if -- whatever,

Page 75

1    like he's a security or if he needed help with
2    something else, but then he starts ranting and
3    raving about me being at the back of the trucks and
4    breaking in and stuff like that, so it kind of
5    escalated.  But I was trying to de-escalate the
6    problem, and he was -- just kept getting --
7    Q.    Did he say why he thought you were
8    breaking into people's trucks?
9    A.    No, ma'am.
10   Q.    And he did not --
11   A.    Just because I told him one word.
12         Go ahead.
13   Q.    Okay.  And you did not attempt to gain
14   entry into any trucks at all; is that correct?
15   A.    No, ma'am.  That's correct.
16   Q.    Okay.  So did you -- did you -- did he
17   stop shining the light in your face?
18   A.    No, ma'am.
19   Q.    Okay.  So then what happened?
20   A.    Maybe for a brief -- maybe for a brief
21   second, right before he fired.  I don't know if he
22   shut the light off and then fired, or if it was just
23   the flash from the gun that made me lose sight of
24   the flashlight.  I don't recall exactly what
25   happened.  I just remember I got shot in the head

Page 76

1    and then felt the blood coming out of my nose --
2    Q.    Okay.
3    A.    -- so I reached in my truck.
4    Q.    Okay.  So I -- I want to go through the
5    chronology.  I want to make sure I understand.
6    Okay.
7          So Mr. Simmons gets out of his truck.
8    He's shining a flashlight in your face, and he's
9    accusing you of trying to break into the trucks; is
10   that correct?
11   A.    Yes, ma'am.
12   Q.    At any point did you go back into your
13   vehicle and get your own flashlight out of it?
14   A.    Yes, ma'am.
15   Q.    Okay.  Did you tell him that you were
16   gonna shine a flashlight in his face if he didn't
17   stop?
18   A.    Somewhere along -- I don't know if I told
19   him, but I did just start shining the light back
20   into his face and asked him how he liked it and
21   everything else.  And then I basically --
22         COURT REPORTER:  Okay.  I'm sorry.  That
23   answer broke up on my end.
24         Sorry, Mr. Voltz.  I need that answer
25   again.  You cut in and out.

Page 77

1    A.    After I flashed the light into his face or
2    whatever and asked him how he was liking it and
3    everything else, I turned mine off, but he still
4    refrained from turning his off.
5    BY MS. BURBY:
6    Q.    Was there ever a point where Mr. Simmons
7    told you that he had a gun?
8    A.    No, ma'am.  If he would have, I would have
9    left.
10   Q.    Was there any point -- ever a point
11   before the shooting that Mr. Simmons threatened to
12   shoot you?
13   A.    No, ma'am.
14   Q.    Did you ever see a gun at all before he
15   shot you?
16   A.    No, ma'am.  No, ma'am.
17   Q.    How far away from Mr. Simmons were you
18   when he shot you?
19   A.    We were both on -- I would guesstimate the
20   middle of the truck is about 60 inches wide or --
21   about 64 inches wide, and we were both on the same
22   side on the opposite sides of the truck in the same
23   location.
24   Q.    So would you have been able to reach out
25   and touch him with your arm?

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 78

1   A.   No, ma'am.
2   Q.   Were you more than 5 feet away from each
3   other?
4   A.   Yes.
5   Q.   At any point during --
6   A.   It was -- yes.
7   Q.   At any point during this time frame, did
8   any other truckers get out of their vehicles to see
9   what the commotion was?
10   A.   Not that I saw, no, ma'am.
11   Q.   Did you see any employees come out of the
12   truck stop to see what the commotion was?
13   A.   No, ma'am.
14   Q.   Did you attempt to call the police before
15   you were shot?
16   A.   No, ma'am.  No, ma'am.
17   Q.   Okay.  Do you know the point where
18   Mr. Simmons reached into his vehicle to get the gun?
19   A.   I believe he had it on me the whole time.
20   He was away from his vehicle.  He --
21   Q.   Okay.  So when you say -- sir, you really
22   got to stop interrupting me, or we're gonna be here
23   all day, and I don't want to do that, okay, so just
24   listen to my question and only answer my question.
25        MR. McBRIDE:  Counsel, I mean, he -- he's

Page 79

1   trying to continue answering the same question.
2   I understand that he's leaving a gap in there,
3   but I mean, the man's been shot in the head, so
4   he's not talking the same way that he probably
5   did.
6        I know he has interrupted you a couple
7   times, and I'm trying to facilitate that as
8   well.  But I think there's some times that
9   we're all just gonna have to give him a little
10   bit of time to ensure that he's not, you know,
11   still answering.
12        MS. BURBY:  But the problem is that he's
13   answering something that I didn't ask.
14   BY MS. BURBY:
15   Q.   Mr. Voltz, so it's your belief that when
16   he initially got out of his vehicle with the
17   flashlight, that he had the gun on him at that
18   point; is that correct?
19   A.   Yes, ma'am.
20   Q.   Do you know if he had the gun raised?
21   A.   I would imagine so.  I never saw him reach
22   down or anything else.
23   Q.   And so --
24   A.   The light stayed on me the whole time, and
25   then --

Page 80

1   Q.   Was there ever a point where he took his
2   light off you?
3   A.   No, ma'am.
4   Q.   Did he ever take his light off you after
5   you had gone to your truck, took out a flashlight
6   and shined it in his face?
7   A.   No, ma'am.
8   Q.   Did you -- did you ever make any physical
9   threats to Mr. Simmons before the shooting?
10   A.   No, ma'am.  No, ma'am.
11   Q.   Did you ever tell Mr. Simmons that you had
12   any guns, knives, or other weapons in your truck?
13   A.   No, ma'am.
14   Q.   Did you ever say anything to the effect
15   before the shooting of, you know, let's just, you
16   know, go to bed and put this behind us or anything
17   of that nature to let him know that you were done
18   with the argument?
19   A.   Basically.  Basically, yes.  That's what
20   my last statement was to him.
21   Q.   Okay.  So what is the last thing that you
22   remember saying to Mr. Simmons before he shot you?
23   A.   Just if he could get back into his truck
24   and go back to bed.
25   Q.   Are you aware of any witnesses whatsoever

Page 81

1   to this argument or to the shooting?
2   A.   No, ma'am.  But I do have a GPS audio
3   recording of it.
4   Q.   Do you know if this shooting or the
5   argument that happened before it was captured on the
6   truck stop surveillance footage?
7   A.   I do not -- I do not know if they have
8   truck stop surveillance.
9   Q.   How did you become aware that you were
10   shot?  And I know that sounds like an obvious
11   question.  But tell me about those events.
12   A.   I did not feel the bullet hit me.  I
13   thought he missed.  But when the blood started
14   coming out of my nose and mouth, that's when I
15   realized I was shot.
16   Q.   Did Mr. Simmons say anything to you after
17   he shot you?
18   A.   Not that I recall.  I was too busy yelling
19   and screaming at him about why he shot me and
20   everything else.  And I was in the process of
21   reaching into my truck to grab my phone.
22   Q.   Okay.  And he only shot you once; is that
23   correct?
24   A.   Yes, ma'am.
25   Q.   What did you do -- did you call somebody

Page 82

1  immediately after the shooting?
2      A.  I hit 911.  I dialed 911, hit send, and
3  ran into the store to take cover.
4      Q.  Did Mr. Simmons do anything to try to help
5  you, or did he say anything to you that suggested
6  that he made a mistake, that he didn't fire on
7  purpose, that he regretted what happened, anything
8  like that?
9      A.  No, ma'am.  I did not see him after I
10 reached into my truck and grabbed my phone.  I don't
11 know where he was or what he did after that.  I
12 was not paying attention to him at that point.
13     Q.  Okay.  But you pulled into the truck stop
14 that night to decide -- to decide to stay the night
15 there.  Were you aware whether there was any other
16 shootings that had ever happened at that truck stop?
17     A.  No, ma'am.
18     Q.  As we sit here today, do you know anybody
19 else that's ever been shot at the TA truck stop?
20     A.  No, ma'am.  But police officers did tell
21 me that there has been other crime there.  That's
22 that -- that truck stop has the highest crime rate
23 in the whole county.
24     Q.  Was that on the night of the shooting that
25 the police officers told you that?

Page 83

1      A.  Yes, ma'am.
2      Q.  So you run into the TA gas station for
3  cover, and who do you speak to next?  Do you see
4  employees there?  Do you see other patrons or --
5  tell me about that.
6      A.  The only other person that was in there
7  was the lady behind the counter.  And I yelled that
8  I just got shot in the parking lot and everything
9  else.  I'm upset.  Obviously, I'm cursing and stuff
10 like that.  But -- and then some guy came from, I
11 guess, the laundry area, and he brought me a towel
12 to hold over to stop the blood.  And since I was
13 bleeding in the main store area, he brought me a
14 chair and sent me in the foyer area, and had me sit
15 there until police and paramedics arrived.
16     Q.  Do you remember what Mr. Simmons looks
17 like?
18     A.  Based off his Facebook page, after the
19 fact, I kind of know what he looked like.  I've
20 never seen him face to face.
21     Q.  Okay.  So you never even saw his face the
22 night of the shooting?
23     A.  No, ma'am.  I couldn't even tell you --
24 the only thing -- the only thing I could tell the
25 cops was I saw a little bit of gray hair on the top

Page 84

1  of his head.  I said other than that, I could not
2  tell you height, build, skin color, nothing.
3          And then after the police -- the police
4  had a call over the radio from dispatch saying that
5  they had the shooter on the 911 call, and directed
6  them to where he was at, because they were trying to
7  get me to point out where he was located, and I said
8  I don't know.
9      Q.  Okay.  So is it fair, then, for me to
10 assume based on your testimony, that Mr. Simmons had
11 also called 911 after the shooting?
12     A.  Yes, he did.
13     Q.  When you went into the gas station and
14 reported that you had been shot, had any of the
15 employees that you communicated with said anything
16 to the tune that there were other shootings that had
17 occurred there before, or that they had problems
18 with crime or anything like that?
19     A.  Not that I recall, no.  Not that --
20     Q.  How long did it take for the police to
21 show up?
22     A.  According to my -- the state attorney,
23 they met with 90 seconds --
24         COURT REPORTER:  I'm sorry.  I'm so sorry.
25     It's breaking up and I need you to repeat.

Page 85

1          MR. McBRIDE:  Anthony, hold on.  You're
2  breaking up quite a bit.
3          THE WITNESS:  The phone and my battery was
4  getting low.
5          MR. McBRIDE:  Okay.
6          THE WITNESS:  Is that better?
7          MS. BURBY:  Well, I can't see him on
8  camera.
9          MR. McBRIDE:  Yeah.  I can't either.
10 Well, he's back for a second.
11         I mean, I hate to ask you to take a break
12 right now in the middle of a question like
13 this.  I don't know if it would help him do it.
14 We are at about another hour.  But, you know, I
15 mean...
16         THE WITNESS:  Can you see me now or no?
17         MR. McBRIDE:  It's a little better, not
18 much.
19         THE WITNESS:  I don't know.  I can see
20 myself in the screen perfectly fine.
21         MR. McBRIDE:  All right.  That -- we would
22 expect that.
23         THE WITNESS:  Let's see if I unplug my
24 phone, see if it's -- does that work any?
25         MS. BURBY:  It's just the picture's still

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 86

```
1     a little bit choppy and so is the audio.
2          MR. McBRIDE:  Right.
3          THE WITNESS:  I don't know.  I'm doing
4     (indiscernible) everything.  Did that work?
5     I'm sorry.  Did that work?
6          MS. BURBY:  That seems better.  What about
7     everybody else?
8          MR. McBRIDE:  It is a little better on my
9     end, but, you know, again I mean, it's your
10    depo, so I don't -- you know.
11 BY MS. BURBY:
12    Q.  Do you want to keep going, Mr. Voltz, or
13 do you want to take another break?  It's up to you.
14    A.  I'm fine.  I'm fine.  I'm fine.
15         MS. BURBY:  Is everybody okay to keep
16 going?
17         MR. McBRIDE:  I'm fine, yeah.
18 BY MS. BURBY:
19    Q.  Okay.  So before you started breaking up,
20 sir, the last thing that I heard was that it took
21 the police officers about 90 seconds to get to you
22 after you had been shot.
23    A.  Yes.  That's what I believe the state
24 attorney told me.  And after hearing the 911 call,
25 it seemed like it was probably about two minutes
```

Page 87

```
1 that they got there.
2     Q.  As we sit here right now, do you still
3 remember hearing the sound of the gunshot?
4     A.  Yes.
5     Q.  And do you still remember running in to
6 the convenience store?
7     A.  Mostly, yes.
8     Q.  Do you remember telling the other
9 employees that you had been shot?
10    A.  For the most part, yes.
11    Q.  And do you remember the police --
12    A.  I don't remember -- I don't remember exact
13 words I was using, but...
14    Q.  Do you remember the police coming?
15    A.  Yes.
16    Q.  So when the police arrived, tell me what
17 they did for you and the conversation that you had
18 with them.
19    A.  Well, first, they -- first, they pulled me
20 outside, and they patted me down and searched me for
21 any weapons or anything like that.  And then they
22 stopped me at the wheel of their police car and
23 asked me questions of what happened and if I knew
24 who the shooter was or where he's at, if I could
25 give him any kind of description, and I told them
```

Page 88

```
1 no.
2          Like I said, the only thing I could really
3 tell him that I can recall a little bit of gray on
4 the top of his head.  I said other than that, I
5 can't -- he had me blinded with the light the whole
6 time, so I couldn't see anything else.  And then I
7 felt the gunshot, and I ran into the store.
8     Q.  Did you ever tell the police or anybody
9 else that you thought that this shooting was
10 racially motivated?
11    A.  No, ma'am.
12    Q.  Did you ever tell any of the staff at the
13 truck stop that you had intended on coming in for a
14 shower?
15    A.  No, ma'am.
16    Q.  Did an ambulance come?
17    A.  Yes, ma'am.
18    Q.  And were you taken from the scene in an
19 ambulance?
20    A.  Yes, ma'am.
21    Q.  Before you left the scene, did you observe
22 Mr. Simmons speaking with any of the police officers
23 or the -- the people that worked at the gas station?
24    A.  Not that I can recall, because I'm pretty
25 sure by the time they got to him, I think I was
```

Page 89

```
1 already on the stretcher, getting ready to be put in
2 the ambulance, I believe.
3          I don't -- as far as I can remember, I
4 don't remember seeing him at the scene at all,
5 because the only way I knew -- knew of him was from
6 the police -- the -- the newspaper article that came
7 out the next day, and it showed a picture of him.
8 And then my brothers, my siblings looked him up on
9 Facebook, and stuff like that to see who he was and
10 stuff like that.
11    Q.  Did you see --
12    A.  Go ahead.
13    Q.  Did you see my client making any comments
14 on social media about the shooting?
15    A.  Yes, he -- not during -- he did make --
16         COURT REPORTER:  Sorry.
17         Sorry, Mr. Voltz.  Sorry again.
18         MR. McBRIDE:  Anthony, hold on.  Hold on.
19 We're having a hard time hearing you.
20         COURT REPORTER:  Yeah.  You broke up.
21 Your entire answer broke up, and I need you to
22 repeat it.
23    A.  My girlfriend and my brothers did see some
24 videos.  And at first I didn't want to see him or
25 hear from him or anything else.  It took a few
```

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 90

1  months for me to watch any of the videos, but he
2  did -- I mean, a few days afterwards post some
3  videos regarding the incident but not going into any
4  details or anything like that.
5          And just this past May, he did repost
6  memories.  And, again, referring to me and did --
7  referred to me as -- I know one of the comments as
8  the asshole, and I think another one of his comments
9  is I'm an idiot or whatever else.
10 BY MS. BURBY:
11     Q.   Okay.  So you're transported via ambulance
12 to which hospital?
13     A.   Ocala Regional.  That's the closest trauma
14 hospital, 26 miles.
15     Q.   When you got there, were you complaining
16 of pain -- of pain in any areas other than your
17 forehead?
18     A.   Not really.  I was just in shock.
19     Q.   Okay.  And, obviously, you know, they
20 helped you with the gunshot wound on your forehead.
21          Did you stay there overnight?
22     A.   Yes, ma'am.
23     Q.   How many days did you stay?
24     A.   I was admitted May 31st.
25          June 1st, they removed the bullet.

Page 91

1          I was released June 2nd.
2     Q.   Did they provide any treatment --
3     A.   And it's the same thing with the --
4     Q.   Did they provide any treatment to you
5  aside to -- aside from the bullet wound?
6     A.   Yeah.  They stitched -- again, my chin had
7  needed stitches.
8     Q.   Okay.  The scar that you have on your
9  forehead, is it something that people notice pretty
10 easily --
11    A.   Yeah.
12    Q.   -- like you get asked about it?
13    A.   Yes.  All the time.
14    Q.   Is it something that you're self-conscious
15 about, or is it what it is, it doesn't bug you?
16    A.   Obviously I am.  I can't look at myself in
17 the mirror, because it reminds me of the incident,
18 someone -- someone trying to take my life for no
19 reason at all.  That -- someone that inhumane --
20 humanely just decided in cold blood to shoot me in
21 the head for no reason.  Yes.  It does bother me on
22 a regular basis.
23    Q.   Do you need to take a break, sir?
24    A.   No.
25    Q.   Okay.  If at any point you need to take a

Page 92

1  break, let me know and I'll accommodate that.  Does
2  that sound good?  I know this testimony is probably
3  pretty painful for you.
4     A.   Yes, ma'am.
5     Q.   And I know that we're not face to face
6  right now, but I'm trying to figure out how big the
7  scar is on your forehead.  Would you say it's about
8  the size of a pencil eraser?  Do you think that's
9  fair?  Or is it bigger or smaller?
10    A.   I can stick my pinky in the hole of the
11 bone.
12    Q.   Okay.  Does it hurt when you touch it?
13    A.   Not really.
14    Q.   Does -- does the head trauma that you
15 sustained cause any type of migraine headaches or --
16    A.   Yes.
17    Q.   -- problems that you never had before?
18    A.   Yes, ma'am.
19    Q.   Tell me about that.
20    A.   I'll just -- I've never had a -- really a
21 headache before in my life.  And now sometimes I'll
22 just -- I'll get blinding headaches, and that's when
23 I have to take my headache medicine of ketorolac or
24 whatever else or sometimes I...
25    Q.   Have you ever had a migraine headache

Page 93

1  before the accident?
2     A.   No, ma'am.
3     Q.   As we sit here right now, are you in pain?
4     A.   I am, a little bit.  My back does hurt
5  from sitting too long without moving.
6          My knee hurts when it's constantly bent.
7     Q.   Do you have any head pain right now?
8     A.   I'm just -- not really.  I took my
9  medication this morning.
10    Q.   So what -- what body part would you say
11 hurts the worst right now?
12    A.   Basically my lower back and my knee
13 from -- I have to stretch my knee every now and
14 again, but -- and then when I'm driving, my right
15 shoulder because of the way I drive, I drive with my
16 right hand on top of the steering wheel, and then my
17 shoulder will get to the point where I can't even
18 hardly move it.
19          And so I get neck strains and nerve
20 pinches.  Due to my left knee injury, it has
21 actually made my back worse, because I've got to
22 favor my left leg and walk at a different -- not on
23 a straight posture or whatever, so it's pretty much
24 reversed my back surgery and has brought the pain
25 back -- to the back from the accident and everything

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 94

1 else.  And I can't -- I can't even -- well, maybe
2 just minutes without my back start hurting me, and
3 then I've got to sit down or lay down and stretch it
4 out.  And then I can even go again for a little bit
5 and everything else, but I do have to stop on a
6 regular basis with my back, whether I'm even
7 carrying just a grocery bag or nothing.  It's
8 just -- and then my knee just -- I constantly wear a
9 brace on me knee.
10      Q.   Do you wear a brace every day?
11      A.   Yes.
12      Q.   Are you wearing a brace right now?
13      A.   I -- it's not on right now, but normally I
14 actually wear it especially when I get out of the
15 truck, I usually put two braces on, one is a sleeve
16 with a metal on either side and then the other one
17 is another sleeve that has Velcro wrapping that is
18 specifically made for the torn meniscus.
19      Q.   Okay.  So let's talk about your treatment
20 after you were released from the hospital.
21           Did your girlfriend ever come and be with
22 you?
23      A.   Yes.
24      Q.   After you were released, when is the next
25 time you received medical treatment?

Page 95

1      A.   She came up to the hospital.  I
2 actually almost even lost my dog because he ate
3 something.  It got stuck in his intestines.  And it
4 took the vet a week to figure it out.  They had to
5 do emergency surgery on my dog, on my puppy.  And
6 that wouldn't have happened if I didn't have to go
7 through all this.
8           But the next time I received medical
9 treatment, I believe was from the chiropractor and
10 the car accident after I was released.
11      Q.   And how long -- how much time passed, like
12 a week, two weeks?
13      A.   Well, I can't remember if I saw him when I
14 was between the time I was released -- I tried -- I
15 think I did go see Dr. Jaffal I think maybe he --
16 once a week or every two weeks or whatever.  I don't
17 know.  We were doing follow-ups, and like I said,
18 that's when I had the car accident when I was on my
19 way to a follow-up to see him.  And I can't -- I
20 can't recall.
21           I know I went to a -- what do you call --
22 like an urgent care to get some of my prescriptions
23 filled or -- for me or whatever, but then I saw him,
24 like, once or twice, and then he told me I need to
25 find a primary care doctor.  And then that's when

Page 96

1 they found Dr. Alexandria (sic) Berger.  I don't
2 remember exactly when I started seeing her.  And I
3 know -- yeah, I know I've seen a chiropractor.  I've
4 seen Sherban.  I've seen neurologists.  I just don't
5 remember what order or when I saw them.
6           That would -- go ahead.
7      Q.   Did you -- did you receive any other
8 treatment for the bullet wound besides the treatment
9 that you received at the hospital?
10      A.   I had the surgeries.  I had the
11 neurologists do the MRI, CT scans, and then I had an
12 EMT do CT scans and MRIs.  And I believe that's
13 pretty much it.  So, yeah, mainly the surgeon's the
14 only one that really treated the bullet wound.
15      Q.   Are you claiming that you have shoulder
16 problems from the subject shooting?
17      A.   No.  That's mainly from the car accident
18 from the way I drive and I jerked and it tore my
19 rotator cuff.
20      Q.   Do you know what your total medical
21 specials are solely from the shooting accident that
22 are not in any way related to treatment for the
23 prior -- or for the motor vehicle accident that
24 happened after?
25      A.   I would just say the bullet hole, brain

Page 97

1 trauma, the neck pain, and then the psychological
2 mess of the depression, PTSD, anxiety, mood swings,
3 stuff like that.
4      Q.   Did you lose out on any income from this
5 accident?
6      A.   Yes.
7      Q.   Okay.  Have you kept records of your wage
8 loss?
9      A.   Not really.
10      Q.   How much money have you lost in wages from
11 the shooting?
12      A.   Concerning 2019, I grossed I think it was
13 about $285,000.
14      Q.   You lost 285 -- I'm sorry.
15           Can you repeat that?
16      A.   My 2019 taxes I grossed out I think like
17 200 -- it's either 279 or 285,000.
18      Q.   Okay.  And then what did you earn in 2020?
19      A.   I did not -- I was at a loss.
20      Q.   Okay.
21      A.   Because I was out of work January,
22 February, March, April.
23      Q.   Okay.  Now, it gets tricky with 2020
24 because COVID happened, and a lot of people lost out
25 on income because --

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 98

1    A.   Yes.
2    Q.   -- things weren't being delivered.
3         Are you able to pinpoint income that you
4  lost because of the shooting versus what you lost
5  because people just weren't doing business because
6  of COVID?
7    A.   Well, once everybody started hearing about
8  the shooting, they stopped calling -- they knew I
9  wasn't working.  I had a friend of mine that was
10 covering most of my customers at the time, and he
11 was making all the money, but he actually --
12 September 27th of 2020, he was in -- he was -- he
13 was buying the truck that I got shot in, the F350,
14 because I didn't want anything to do with it.  And
15 he was doing -- leaving to go to Texas, and he was
16 coming off of 75 northbound, getting on I-10 west
17 and lost control and got T-boned by a semi and got
18 killed in the same truck I got shot in.
19        So I feel responsible because I should
20 have just gotten rid of that truck, and -- I don't
21 know.  It's -- it's just -- like I said, he was the
22 one that was helping me keep up with my customers so
23 I didn't lose them.  And then he -- he gets killed
24 and --
25        MR. McBRIDE:  All right.  Let's take ten,

Page 99

1  everybody.
2         MS. BURBY:  Okay.  Sounds good.
3         Let's come back at 11:45.  Does that sound
4  good?
5         MR. McBRIDE:  That's fine.
6         THE WITNESS:  Yeah.
7         MS. BURBY:  All right.  Thank you.
8         VIDEOGRAPHER:  We are now off the record.
9  The time is now 11:36 a.m. Eastern.
10        (Recess taken.)
11        VIDEOGRAPHER:  We are now back on the
12 record.  The time is 11:45 a.m. Eastern.
13 BY MS. BURBY:
14   Q.   Sir, are you a member of any clubs or
15 social organizations?
16   A.   No, ma'am.
17   Q.   What are your hobbies?
18   A.   At the moment, nothing really.  I can't --
19 not do -- do much.
20   Q.   Okay.  Were there any hobbies that you
21 were actively engaged in in the six months before
22 the shooting?
23   A.   Yeah.  I would go camping, mudding, scuba
24 diving, bowling, playing pool, several things, just
25 going out, hanging out with friends.

Page 100

1    Q.   Have you done any of those things since
2  the shooting?
3    A.   No, not really.  I tried to --
4    Q.   Okay.  Um --
5    A.   -- I tried to play pool once, and it was
6  hurting my back from bending over to shoot and stuff
7  like that.
8    Q.   Was that after the June 2020 car accident,
9  though?
10   A.   Yes.
11   Q.   So was the reason why you had back pain
12 when you played pool because of the car accident or
13 because of the shooting?
14   A.   Probably mainly -- mainly, I guess would
15 be the car accident.  I don't know.  They're so
16 close together.  I know I was having some back pain
17 before, but not as much.  I guess just because of
18 the impact of the bullet jerking me back or
19 whatever.  But a lot of it, I guess, was the car
20 accident.  I can't really recall which is which.
21   Q.   Has any doctor or other medical provider
22 told you that you can't engage in those activities?
23   A.   Yeah.  I have a -- actually a doctor just
24 filled out a form for my disability attorney and
25 everything else, stating that I can't really walk

Page 101

1  too far without taking a break.  I can't sit for too
2  long without having to rearrange or move.  I'm not
3  supposed to be carrying more than 5 to 10 pounds.  I
4  can't recall the rest of the report, but Mr. McBride
5  has a copy of that report.
6    Q.   Okay.  But has anybody ever specifically
7  told you that you couldn't go camping since the --
8  because of the shooting?
9    A.   Not really, no.
10   Q.   When's the last time you went camping?
11   A.   Probably my birthday before the shooting,
12 December 3rd of 2019, and maybe New Year's.  We go
13 out New Year's, too.
14   Q.   Where do you go camping over New Year's?
15   A.   They have a place called the Prairie out
16 in Okeechobee near the Kissimmee State Park.
17   Q.   Do you have a camper, or do you pitch a
18 tent?
19   A.   We -- we usually -- I'll either bring my
20 enclosed trailer and put a air mattress in it with
21 indoor AC that runs out the vent or someone else
22 might have a camper or something like that.
23   Q.   But do you believe that you would be
24 physically able to go camping if you wanted to?
25   A.   Yeah.  But with the other activities that

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 102

1  we do while we're camping, like going out 4-wheeling
2  and buggy riding and stuff like that, the jerking
3  and everything else hurts.
4      Q.  Do you -- do you have your own buggy or a
5  4-wheeler?
6      A.  Yes.  I've got actually three 4-wheelers
7  and a 5 by 5.
8      Q.  And those are all yours?
9      A.  Yes.
10     Q.  Do you keep those at the building where
11  you live?
12     A.  Yes.
13     Q.  When's the last time you've been on any of
14  them?
15     A.  Probably those dates, my birthday and
16  New Year's.
17     Q.  Of 2019?
18     A.  Yes.
19     Q.  Okay.  So has anybody been using them
20  since the shooting?
21     A.  No.
22     Q.  Why haven't you sold them?
23     A.  Just, two of them need repairs and the
24  other two I just -- hopefully one day I'll be able
25  to get better to where I can use them myself --

Page 103

1      Q.  When's the last time you -- sorry.
2          Are you still going?
3      A.  Yeah.  That and just -- I don't have the
4  motivation to sell them, so -- and then when I do
5  need -- get back to them to replace them would cost
6  more than what I would sell them for, so I own them
7  out right now, so I would like to get back into that
8  stuff eventually.
9      Q.  When's the last time you've been mudding?
10     A.  Those dates, December -- my birthday and
11  then New Year's.
12     Q.  When's the last time you've gone bowling?
13     A.  Probably a few months before the shooting.
14     Q.  And have you tried to bowl since the
15  shooting?
16     A.  No, not with my shoulder.  I don't want to
17  take the risk of causing more damage to it.
18     Q.  Okay.  And do you agree that the shoulder
19  injury is due to the subsequent car accident?
20     A.  Yes.  I could be -- possibly it could be
21  from the shooting due to me running and opening the
22  door.
23          Like I said, after I got shot, I know I
24  just beelined for the door, and I don't even
25  remember how I split my chin open.  I don't remember

Page 104

1  what hit my chin to cause me to get stitches or
2  whatever else.  But even me yanking the door open
3  could have injured my shoulder or just driving that
4  I do could have injured my shoulder.  I don't know.
5      Q.  Are you scuba certified?
6      A.  Yes, ma'am.
7      Q.  When's the last time you went scuba
8  diving?
9      A.  August, when lobster season went open.
10     Q.  You said lobster season?
11     A.  Yes.
12     Q.  Did you go scuba diving down in The Keys?
13     A.  No.  I stayed here.  There's too much
14  traffic down in The Keys for that.
15     Q.  So where do you go scuba diving for
16  lobster season?
17     A.  Usually right out of Cactus Lake, right
18  off of Stuart Inlet.
19     Q.  Okay.  When's the last time you've gone
20  scuba diving?
21     A.  August of 2019 for lobster season.  Mini
22  season is the last weekend of July and then the
23  regular season opens up about a week and a half
24  later.
25     Q.  So you went scuba diving in 2020, too?

Page 105

1      A.  No, 2019.
2      Q.  When's the last time you played pool?
3      A.  I tried maybe about a year after the
4  shooting.  I met up with some friends, and we went
5  to a pool hall, and I played maybe about a game, and
6  I was about done.  I had to sit down, and I just
7  couldn't bend my back anymore.
8          I used to be on a league where I played
9  three to four times a week prior to me starting my
10  own -- starting -- doing the transport.  So I was
11  home all the time, so I -- I was -- I even had my
12  own pool table, too.  So that was a very big thing
13  that I did in -- in my life as well as the scuba
14  diving, and those were the most -- things that I
15  enjoyed the most.
16     Q.  Have you kept a diary at all about how
17  this shooting has impacted your life?
18     A.  No, ma'am.  I don't like writing.
19     Q.  Okay.  Have you -- do you have social
20  media?
21     A.  Yes, ma'am.
22     Q.  And have you discussed or talked about or
23  written about this shooting any -- or your injuries
24  on any of your social media?
25     A.  I did when I was sitting in that hospital

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 106

1  when I was drugged up or under anesthesia, and I put
2  a big post on there and everything else, and then
3  shortly after I -- I read it again, I deleted it.
4      Q.   Which social media platforms do you use?
5      A.   I mainly just have the Facebook.  I do
6  have Instagram, but I never -- I don't even really
7  use either one of them.  I got tired of seeing
8  people talking about how they changed their nail
9  color or whatever they had to eat at lunch, so I
10 don't even bother hardly going on there anymore.
11     Q.   Okay.  Do you have a public profile, like
12 if I searched you, would your profile pop up, or is
13 it private where only people that you're friends
14 with can see?
15     A.   After -- after the shooting, I made it
16 totally private so that way he wouldn't be able to
17 see or find it.  But he still somehow -- I don't
18 know how he did it -- but there was a posting of my
19 mom's death, the memory of it, and somehow he liked
20 it.  And who -- who likes a memory of someone's mom
21 dying?
22          That's -- that's just sick in the head.
23 And I don't know how he found it or how he got to it
24 or whatever else, because my profile was totally
25 locked down and private, and even my girlfriend

Page 107

1  tried to find it.  I've had people that are -- I
2  delete them as a friend, and they try to find it,
3  they couldn't find it, so how he managed to find
4  that one post and able to like it, I -- I have no
5  clue.  But it just -- it tore me apart when I saw
6  that.
7          And I told the state attorney about it,
8  and I -- I wanted -- I tried to get the state
9  attorney to get his bond revoked, because he was
10 supposed to have no contact with me and going on my
11 Facebook page and liking my mom is basically having
12 contact with me, and that's my page.  It's not his.
13 And I don't know.
14     Q.   Have you ever been back to that truck stop
15 since the shooting?
16     A.   I just actually drove through it last
17 night and took some video of it showing that it's
18 still dark, and there's really nothing -- they're
19 moving a tent, they're putting up one big light
20 pole, but the whole parking lot is still completely
21 dark.  And I said that to Mr. McBride so that way he
22 could see the integrity of it, and whatever, just
23 lack of security lighting and everything else.
24          MR. McBRIDE:  Anthony, so far what you're
25     saying, you know, is fine.  But just be careful

Page 108

1      not to discuss anything you and I have actually
2      spoken about, okay?
3          THE WITNESS:  Okay.
4          MR. McBRIDE:  All right.
5  BY MS. BURBY:
6      Q.   Mr. Voltz, was it your idea to go down to
7  the truck stop to take video footage and pictures of
8  the condition of the lighting?
9      A.   Yes.
10     Q.   Before my client shot you, did you hear
11 him say anything, whether it was to you or to
12 anybody else that he -- he was unable to see you?
13     A.   No.
14     Q.   Do you have any reason --
15     A.   I don't --
16     Q.   -- to believe, beyond speculation, that if
17 the lighting conditions were different at the truck
18 stop, then you wouldn't have been shot?
19     A.   I have --
20         THE WITNESS:  I'm sorry, Mr. McBride?
21         MR. McBRIDE:  Yeah, Anthony, I'm just
22     objecting to form, because it calls for
23     speculation.
24         You're free to answer the question.
25     A.   He had -- he had a flashlight on me, so he

Page 109

1  saw me -- he could see -- see me perfectly fine with
2  his flashlight, so I don't know if that answers your
3  question or --
4  BY MS. BURBY:
5      Q.   Well, why do you think my client shot you?
6      A.   I have no clue.
7          MR. McBRIDE:  Calls for speculation.
8  BY MS. BURBY:
9      Q.   Well, if he -- what I'm trying to figure
10 out is if my client was shining a flashlight on you,
11 obviously you were illuminated.  Why would a -- why
12 would different lighting at the truck stop had made
13 any difference?
14         MR. McBRIDE:  Object to form.  Calls for a
15     legal conclusion.
16         You can answer Mr. -- Mr. Voltz.
17     A.   I -- I'm not sure if it would or not.  I
18 don't -- like I said, I've never had any issues at
19 any other truck stops.  It just -- I was just at the
20 wrong place at the wrong time.
21 BY MS. BURBY:
22     Q.   Have you ever operated your own truck stop
23 or convenience store?
24     A.   No, ma'am.
25     Q.   Do you know what the ordinance is or

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 110

1 regulations are regarding exterior lighting at a
2 truck stop in the evening?
3    A.   No, ma'am.
4    Q.   Okay.  You knew what the lighting
5 condition -- you knew what the lighting situation
6 was at the truck stop when you decided to pull up
7 and stay there for the night, correct?
8    A.   I wasn't really paying attention.  I was
9 tired and just wanted to go to sleep.
10   Q.   Did it ever cross your mind?
11   A.   So -- go ahead.
12   Q.   Did it ever cross your mind that maybe you
13 should go to another truck stop to stay the night if
14 you didn't like the lighting situation at this
15 specific TA?
16   A.   There were no others available nearby to
17 where I needed to be.
18   Q.   Were there any other truck stops in that
19 area off the exit besides the TA and the Pilot?
20   A.   Nope.  There's -- there's two Pilots
21 there, and the TA and both Pilots were full, and the
22 TA is the only one that had parking spots.
23   Q.   Did you ever think that maybe you should
24 get back on the interstate and find another exit
25 that had a truck stop with better lighting?

Page 111

1    A.   Again, that was the location that was
2 closest to where I needed to be picked up.  And at
3 that point I was too tired to be driving, so I
4 needed to stop and go to sleep.
5    Q.   Have any doctors told you that you were
6 gonna need other surgeries in the future
7 specifically for the shooting?
8    A.   My surgeon keeps telling me I'm gonna need
9 sinus surgeries.
10   Q.   And he's relating that surgery to the
11 shooting instead of the --
12   A.   Yes.
13   Q.   -- subsequent car accident?
14   A.   No.  This shooting -- because when the
15 shooting -- where he hit me, it shattered my whole
16 left eye socket.  Actually, my left eye is a little
17 bit off from my right eye.  They're not completely
18 in sequence.  Also, it shattered my whole sinus
19 cavities, and that sinus cavity has problems
20 draining.  And I'm having problems with waking up in
21 the morning with a bunch of dry phlegm in the back
22 of my throat to the point where I'm almost not
23 bleeding -- or breathing because the sinus system
24 isn't working correctly.
25      I get ear pressure in my right ear most --

Page 112

1 a lot of the times, and my left ear where it will
2 just start -- my eardrum will start thumping,
3 because that's part of your sinus system.  So I'm
4 definitely probably gonna need some sinus surgeries
5 done as well as getting something to cover the hole.
6    Q.   What is the name of this doctor that told
7 you you would need surgery?
8    A.   Dr. Jad Jaffal, J-a-d, J-a-f-f -- it's
9 either e-l or a-l.  I think it's a-l.
10   Q.   What type of doctor is he?
11   A.   He is a myofascial surgeon and oral
12 surgeon.
13   Q.   Other than that surgery, have you been
14 recommended to have any other surgeries or future
15 treatment related to the shooting?
16   A.   Not that I recall, no.  I know I'm gonna
17 need teeth work done, but, like I said, I don't know
18 if that -- the loss of this tooth is from this
19 shooting or not.  It just -- it could have been just
20 timing of when it broke, but I don't know what would
21 have broke it besides whatever hit me in the chin
22 and caused me to get stitches in my chin.
23   Q.   Has any doctor related your -- your
24 tooth -- your broken tooth to the shooting?
25   A.   No.

Page 113

1    Q.   Have you been in any other accidents
2 involving injuries since the motor vehicle accident
3 of June 2020?
4    A.   No, ma'am.
5    Q.   Have you ever been in any slip-and-falls
6 or trip-and-falls?
7    A.   No, ma'am.
8    Q.   Have you ever made any other injury
9 claims, aside from this one and the one related to
10 the June 2020 accident?
11   A.   Car accident from about 15 years ago.
12   Q.   Where did that accident happen?
13   A.   On Gatlin Boulevard.
14   Q.   Were you -- were you injured?
15   A.   Yes, ma'am.
16   Q.   Did you hire a lawyer?
17   A.   Yes, ma'am.
18   Q.   What's the name of that lawyer?
19   A.   I had just had the name.  I knew you were
20 gonna ask that question and the name frickin'
21 slipped my mind.  It is -- I went to school with
22 him.  It's -- it's a long weird name.  I can't think
23 of it right now off the top of my head.  Again, I
24 had -- I had the name, and I knew as soon as you
25 asked it, I'd forget it.  He's got a billboard right

ANTHONY S. VOLTZ                                                    JOB NO. 441270
JANUARY 25, 2023

Page 114

1   on Monterey Road, too.  He's in Stuart.
2            I can't recall his name at the time.  I'd
3   have to look it up.
4       Q.   What were your injuries in that accident?
5       A.   I think my right knee -- if I recall
6   right, I'd say it's been 12, 15 years ago, something
7   like that.  So it's kind of hard to remember that
8   far back.  I think we -- I think there was -- I did
9   acupuncture for whatchamacallit, rehab and fixing
10  it, but neck and part of my back and my knee.
11      Q.   Were you having ongoing pain associated
12  with that motor vehicle accident at the time of the
13  shooting?
14      A.   No, ma'am.  I was -- I was perfectly fine.
15  Since that shooting, I was working -- I worked at
16  FedEx delivering packages, FedEx Express
17  Corporation, loading and unloading trucks and
18  delivering packages.  I also was working at -- I've
19  worked at Hops Bar and Brewery as a cook, line cook.
20           I've also worked at Walmart Distribution
21  Center receiving, throwing boxes as heavy as
22  75 pounds up the conveyer belt and stuff like that,
23  so I was in pretty good health.
24      Q.   Have you --
25      A.   And prior to the shooting, even on my own

Page 115

1   business when I loaded a motorcycle, I could lift
2   the back end of a motorcycle up and slide it around
3   or slide it sideways and stuff like that.  And
4   that's about 200 pounds at least for the rear of a
5   motorcycle or front of a motorcycle.
6       Q.   Did you make any physical threats to
7   Mr. Simmons at all prior to the shooting?
8       A.   No, ma'am.
9       Q.   Do you still have the recording of your
10  conversation with him saved?
11      A.   No, ma'am.  The state attorney has that.
12           They've got the recording of me driving in
13  through the Pilot across the street, and then around
14  and going straight into the TA, and then right into
15  my parking spot; the amount of time I spent in my
16  vehicle before I exited to urinate, and then most of
17  the conversation between me and him.
18      Q.   Just looking at my notes.  I think I'm
19  about done.
20           Did your girlfriend ever come to the gas
21  station while you were still there before you were
22  taken to the emergency room?
23      A.   No, ma'am.  That's -- she's three hours
24  away, so I was already at the hospital by the time
25  she -- her or my brother got up there.

Page 116

1       Q.   And did your brother meet you at the gas
2   station, or did he meet you at the hospital?
3       A.   Hospital.
4       Q.   Do you know whether your brother or your
5   girlfriend have ever had conversations with my
6   client about why he shot you?
7       A.   No, ma'am.  He was in jail at the time.
8            MS. BURBY:  Okay.  I don't have any other
9       questions.  I'll give the floor to counsel for
10      TA.
11               CROSS-EXAMINATION
12  BY MR. CORRENTI:
13      Q.   Good afternoon, sir.
14      A.   How's it going?
15      Q.   Can you hear me okay?
16      A.   Yes, sir, I can.  Thank you.
17      Q.   All right.  I'm gonna be asking some
18  questions, and because I'm going second, I'm gonna
19  bounce around a bit.
20           I'm not going to be as long as Ms. Burby,
21  because she did a good job of covering a lot of this
22  stuff I want to ask, but I do have some follow-ups.
23           Are you okay to go about another hour?
24      A.   Yes, sir.
25      Q.   All right.  If at any point you need a

Page 117

1   break, just let me know, I'll be happy to do that,
2   okay?
3       A.   Yes, sir.
4       Q.   All right.  Who is Allen Morgan,
5   M-o-r-g-a-n?
6       A.   Allen Morgan?
7       Q.   Yes, sir.
8       A.   That would be my ex-father-in-law.  He
9   passed away about three years ago.
10      Q.   All right.  And how about Bonnie Morgan?
11      A.   Bonnie Morgan's my ex-mother-in-law.
12      Q.   Chris Morgan?
13      A.   Ex-brother-in-law.
14      Q.   How about John Rambo, R-a-m-b-o?
15      A.   A good friend of mine.
16      Q.   Who would you say is your best friend?
17      A.   It'd be between basically him and
18  Michael Allen.
19      Q.   Okay.  Is Mr. Rambo, is he in Florida?
20      A.   Yes, sir.  We actually -- we were really,
21  really tight, but he's also the -- one of the main
22  reasons why me and my wife separated, because one
23  night when we were out camping back -- I think it
24  was 2010 -- they all got drunk, and they fooled
25  around, and -- so from, like, 2010 up till Billy's

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 118

1  death of September 11th of '21, we hadn't really
2  talked or associated much.  But after Billy's death,
3  we kind of confronted our differences, and kind of
4  laid the past in the past and wanted to move forward
5  because we were such big influences in each other's
6  life.  We were pretty much together nonstop for a
7  good 10 -- 10, 12 years prior to the affair with my
8  wife and him.
9      Q.   And where does Mr. Rambo live?
10     A.   He lives in Jensen Beach.
11     Q.   Are you still in contact with your
12  ex-wife?
13     A.   Off and on.
14     Q.   And where does she live?
15     A.   I would -- she just moved to Fort White
16  November or September -- September -- or October of
17  '21 when we got divorced.
18     Q.   Where is that?  Fort White where?
19     A.   Fort White, Florida.
20     Q.   Okay.
21     A.   Florida.  It's up on the Georgia
22  borderline.
23     Q.   All right.  And how about
24  William Weissert, W-e-i-s-s-e-r-t.
25          Who is that?

Page 119

1      A.   He is actually an old high school friend,
2  and he lives up in Escanaba, Michigan.
3      Q.   Still in contact with him?
4      A.   Every now and again, we -- we touch base
5  with each other and stuff.
6      Q.   How would you describe your current
7  relationship with your girlfriend?
8      A.   It's like every other relationship.
9  It's -- it's been worse since the shooting.  It's --
10  the intimacy hasn't really been there.  We haven't
11  had sex.  I've had problems performing sex, so we
12  have our ups and downs just like anybody else
13  besides that.
14     Q.   And I -- I hate to get into personal
15  matters, but I mean, if you're gonna bring it up, I
16  need to talk about it.
17          So when you talk --
18     A.   Yeah.
19     Q.   -- when you're talking about lack of
20  intimacy with your girlfriend, before this accident,
21  how often were you guys being intimate with each
22  other?
23     A.   Depends on the -- it could be three
24  weeks -- or three times a week, sometimes one time a
25  week, sometimes every night of the week.

Page 120

1      Q.   And how about currently?
2      A.   It just depends on what's going on and our
3  moods and stuff like that.
4      Q.   Understood.
5      A.   Sorry.
6      Q.   And how about currently?
7      A.   Currently, none.  We've tried three
8  times --
9      Q.   When's the last time?  Sorry.
10     A.   We've tried -- we've tried three times
11  since the shooting, and just couldn't perform.
12     Q.   Have you reported this to any of your
13  mental health counselors or doctors or -- anybody
14  that's provided treatment since this accident?
15     A.   I -- I did mention it to my primary, and
16  her suggestion was to take a couple extra Valium to
17  relax me, but that didn't really seem to work.
18  Diazepam is the same as Valium.
19     Q.   All right.  Did you -- did you say earlier
20  today you are at a truck stop currently?
21     A.   I -- I was at a rest area, but I had poor
22  reception.  I -- I am currently sitting in the front
23  of Love's.
24     Q.   The -- the front of what?  I'm sorry.
25     A.   Love's -- Love's Travel -- Travel Plaza.

Page 121

1      Q.   And what city are you in?
2      A.   I'm in -- right outside of Lake City.
3      Q.   Did you sleep there last night?
4      A.   No.
5      Q.   Where did you sleep last night?
6      A.   At the dealership where I delivered a
7  motorcycle, RideNow Powersports in Gainesville.
8          I won't sleep in a truck stop.  I won't go
9  into the back of the truck stop.  It was -- it was
10  just high anxiety even going into the truck stop I
11  got shot at last night to take the videos.
12     Q.   Understood.
13          So that was gonna be my next question.
14  Since this accident, have you had any nights where
15  you slept at any truck stops?
16     A.   No, sir.
17     Q.   All right.  And right now, did you say you
18  were coming from Gainesville?
19     A.   Yeah, I just came from Gainesville.
20     Q.   All right.  And where are you headed after
21  this deposition?
22     A.   Lake City to drop off a Bobcat for
23  actually John Rambo's company -- place of
24  employment, Teeto.
25     Q.   And where will you go from there?

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 122

1    A.    To Jacksonville to deliver another bike to
2   another dealership.
3    Q.    All right.  And so when you're making
4   these trips, where are you -- when you're on the
5   road, where are you spending the nights?
6    A.    Walmart, Home Depot, Lowe's, any major
7   department stores or -- basically that's it.  If I
8   find a Bucky's.  But if there's a lot of semis or
9   anything like that around, I usually don't -- I stay
10  away from them.
11   Q.    Understood.
12   A.    Especially when I see a blue one, because
13  I'm afraid it's gonna be him.  And if I -- if I run
14  into him, I don't know what's gonna happen.
15   Q.    Understood.
16   A.    So I try to avoid him altogether.
17   Q.    Understood.  But in those instances, are
18  you still sleeping in your car?
19   A.    Yes.
20   Q.    All right.  I know you mentioned going to
21  a TA yesterday, but I want to make sure we're clear
22  on this.
23         Since the -- the time of this incident,
24  have you been to any TA facilities in the country
25  other than going there yesterday?

Page 123

1    A.    No, sir.  Even prior to this, I barely
2   went into any of them.
3    Q.    All right.  Well, let's talk about that.
4         You said you barely even --
5    A.    The --
6    Q.    Hold on one second.
7         You said you barely went to, so that --
8   that obviously implies you have been.
9         How many times would you say before this
10  incident you've been to any TA facilities?
11   A.    The only time I would go into a TA would
12  to be eat at the -- what is it called -- Iron Plate
13  or whatever the restaurants that you guys have in
14  there with the buffet.  But other than that, I have
15  never slept at a TA.
16   Q.    All right.  And where the incident
17  occurred, the facility in Wildwood, have you been to
18  that facility before?
19   A.    No, sir.  It doesn't have the --
20  whatever -- Iron Skillet.  That's what it is.
21  That's the only thing I like about the TA is that
22  one restaurant you guys have in some of them.
23   Q.    All right.  Now -- and I'm trying to
24  understand your business model.  So bear with me
25  here.

Page 124

1         You said that you operate under a company
2   called Voltz Transportation; is that correct?
3    A.    Yes.
4    Q.    All right.  Is that company -- is it
5   registered with anybody?
6    A.    No, sir.
7    Q.    All right.  So when you filed --
8    A.    I got a --
9    Q.    Go ahead.
10   A.    I've got a checking account with it.
11   Q.    Understood.  But do you have any license
12  or certificates or anything with the company's name?
13   A.    No, sir.  I got business cards.
14   Q.    All right.  When you file your taxes, are
15  you filing your taxes individually, or are you
16  filing taxes on behalf of this entity?
17   A.    Sole proprietor, just my Social Security
18  number.
19   Q.    All right.  I looked on Google to try to
20  search, and I see a Voltz Transportation, Inc., that
21  is registered.  I just want to make sure that this
22  isn't you.  This is in Pompano Beach, Florida, and
23  the registered agent is Joseph Wood.
24         Does that have anything to do with your
25  company?

Page 125

1    A.    No, sir.
2    Q.    All right.
3    A.    I didn't even know there was another
4   Voltz Transportation out there.
5         Usually, when you type in
6   Voltz Transportation, it brings you to my uShip
7   profiles.  I did have a Facebook profile of the
8   Voltz Transportation, but I deleted -- I deleted
9   that after this incident as well.
10   Q.    And why did you do that?
11   A.    Just so -- it -- it was another portal for
12  him not to be able to contact me.
13   Q.    And so that Facebook account, that was
14  called what?
15   A.    That one was Voltz Transportation as well.
16  I got my personal Anthony Voltz, and then I had a
17  Facebook page with the Voltz Transportation set up
18  just like my uShip profile, because a lot of people
19  on uShip will Google their potential carriers they
20  want to work with, and they would find that Facebook
21  page and contact me directly through there, and then
22  we can go around uShip and not have to pay the
23  brokerage fees that uShip charges.
24   Q.    Understood.  How -- what was the -- the
25  screen name of that or the account name of that

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 126

1  profile was called Voltz Transportation?
2      A.   Yes.
3      Q.   All right.  What is the screen name or
4  username of your personal Facebook account?  What is
5  it under?
6      A.   Anthony Voltz.  But I've got that locked
7  down.  I've got it where I -- I think you can't even
8  Google it and find it.
9      Q.   Besides Voltz Transportation and
10 Anthony Voltz, do you have any other Facebook
11 accounts, either now or within the last ten years?
12     A.   No, sir.  That's the only one I recall.
13     Q.   All right.  You -- you mentioned some
14 other social media platforms.  I know you said that
15 you don't post on them, but do you have any other
16 social media presence or accounts?
17     A.    I know I've got Instagram because a buddy
18 of mine, Matt Marken (Phonetically), that's all he
19 uses.  But I tried it for about a month or so, and I
20 just couldn't get the hang of it.  And he just sends
21 me pictures through there of what he does and
22 basically, what food he cooks and stuff like that
23 all the time, so --
24     Q.   Understand.
25     A.   -- I don't need to know that on a regular

Page 127

1  basis.
2      Q.   What is your username or screen name for
3  your Instagram account?
4      A.   I would have to probably say
5  Anthony Voltz.  I don't know how it's set up.  It's
6  been years since I've been on it.
7      Q.   Do you have any Twitter accounts or any
8  social media working?
9      A.   No, sir.  I don't know how to use Twitter
10 at all.  I don't know how to use any of that.
11     Q.   All right.  So back to
12 Voltz Transportation.  Explain for me how this
13 business model works.  So do you -- are you
14 contacted by websites like uShip and the other one
15 that you mentioned before, RumbleON, and they
16 provide you with, like, a load to pick up.  And then
17 you go out there and you either deliver it or you go
18 pick up a load?  Is that how it works?
19     A.   Well, on uShip, uShip is a -- like a
20 brokerage site that doesn't require the DOT numbers
21 and everything else for you to sign up, so you can
22 actually find your own shipments on there, talk to
23 the -- the shippers, the owners, and you convince
24 them to use you or whatever else.  You put in a bid.
25 And if they accept the bid, then you get the details

Page 128

1  of the pickup and the drop-off and the contact
2  information.  That's why I set up the Facebook page
3  to look exactly like that so that way people could
4  find that page and contact me directly without
5  having to use uShip, because uShip on my end takes
6  out about 20 percent; and then they add about
7  another 20 or so percent on their side, so I try to
8  save the people money on the fees and everything
9  else by the Facebook.  But I can't tell them to find
10 my Facebook.  They have to do that on their own, so
11 the uShip platform is, like I said, you can message.
12 They have a message board to talk to the shipper or
13 the person that's shipping the item, and then you
14 place your bid on there.  And if they accept it, you
15 get the contact information.
16          RumbleON, they just call me and say, Hey,
17 I have these bikes in this area.  Can you get them
18 or whatever else, and I say yea or nay.  And then if
19 I do, then they send me the e-mail of the contact
20 person or the seller, his address, his phone number,
21 and make and model of the bike and the VIN number.
22     Q.   Do you have a DOT number?
23     A.   No.
24     Q.   Have you ever been registered with the
25 Department of Transportation?

Page 129

1      A.   No, sir.
2      Q.   Currently, how many hours a week would you
3  say you're working on average?
4      A.   It depends on how busy I am.  I know in
5  2019 my 1099 for RumbleON alone was $185,000.
6      Q.   Understood.  But I just want to focus on
7  currently.
8           So what was -- this month, in January of
9  2023, about how many hours a week would you say
10 you're working?
11     A.   I haven't -- November, December, and
12 January have been very slow.  And I've only done
13 maybe four or five short trips between Florida
14 and -- Florida to Georgia and to South Carolina.
15 So --
16     Q.   All right.
17     A.   -- so between these four months I maybe
18 got 40 or 50 hours.  But prior to that, I was on the
19 road for two, three weeks at a time.  And I was
20 literally, the ten months there, maybe home a grand
21 total of three, maybe four weeks, and that was
22 mainly just to do work and maintenance on my truck
23 and trailers.
24     Q.   Okay.  Let me ask it this way.  Since
25 2021, since the date of this -- or strike that.

Page 130

1    Since 2020, the date of this incident,
2  what is the longest amount of time you've been out
3  on the road before coming home?
4       A.   Before that?  About the same it --
5       Q.   After -- no.  Let me --
6       No.  After this incident that occurred,
7  after the shooting, to current, to today, what is
8  the longest amount of time you've been away from
9  home on a continuous stretch for work?
10      A.   Well, I didn't go back to work until
11 almost two years after the shooting.  And that was
12 because I was running out of savings and money.  And
13 I did not want to go back to this business, but I
14 basically had no choice because nobody was gonna
15 hire me with the medications and the disability, and
16 body pain and stuff I'm in.  So this was, like, my
17 only choice to do it.
18      And my very first trip was so high anxiety
19 that I was gripping the steering wheel so hard that
20 I gave myself carp -- carpal tunnel in both hands.
21 And -- but when I would -- my brother started
22 working with me, so that kind of helped out.  So
23 there was times where me and him would go out for
24 two, three weeks at a time, sometimes a month.
25      Q.   Understood.  So let me -- let me stop

Page 131

1  there for a second.  We're gonna be here a while.  I
2  appreciate that you're offering information, but
3  it's just a really simple question.
4       The question was how long -- what's the
5  longest stretch you've been gone from home since
6  this shooting for work purposes.  And I think you
7  finally got to it at the end.  So let me make sure I
8  understood you.
9       Have there been times where you've been
10 gone for a two or three-week stretch after this
11 shooting?
12      A.   Yes.  That's when -- that was with the
13 assistance of my brother.
14      Q.   Okay.  What's the furthest place you've
15 driven to since this shooting?
16      A.   Minnesota.
17      Q.   Was that by yourself or with your brother?
18      A.   With my brother.
19      Q.   All right.  What's the furthest trip
20 you've done solo since this shooting?
21      A.   Pittsburgh.  Indiana.
22      Q.   Were those separate --
23      A.   Huh?
24      Q.   Were those two separate trips, or were
25 those the same trip when you went to Pittsburgh once

Page 132

1  and then Indiana a second time?
2       A.   I've -- I've got multiple -- I've got
3  probably about seven or eight snowbirds from
4  Pittsburgh to Florida, twice a year.
5       Q.   All right.  So let me ask it this way.
6       How many times -- since this shooting, how
7  many times have you driven to Pittsburgh and back?
8       A.   This past year probably three -- three or
9  four times, I think, that I can carry two cars at
10 one time.  So I get two of them at once and bring
11 them down.
12      Q.   And those trips that you've done three or
13 four times to Pittsburgh have been solo, where
14 you've been driving the whole time?
15      A.   No.  Most of them was with my brother,
16 too, but one or two was solo --
17      Q.   All right.  So --
18      A.   -- because he had either doctors'
19 appointments or something like that for his
20 workmen's comp case.
21      Q.   Understood.  So if I'm understanding you
22 correctly, there have been at least one or two times
23 where you have driven from Florida to Pittsburgh and
24 back to make some type of delivery since this
25 shooting; is that correct?

Page 133

1       A.   Yes.
2       Q.   And you mentioned, I think, Indiana.
3       Have you driven to Indiana solo since this
4  shooting?
5       A.   Yes, I have.  Most of my family -- well,
6  my stepfamily or whatever, lives in Indiana.
7       Q.   How many times would you say you've
8  been -- since this shooting, you've been up to
9  Indiana where you've driven the entire way, where
10 you've driven solo?
11      A.   Solo, maybe less than a handful; with my
12 brother, quite often.
13      Q.   All right.  But I just want to focus on
14 the solo ones right now.  So you said less than a
15 handful.  Would you say about three or four times
16 that you've driven --
17      A.   Maybe.
18      Q.   -- to Indiana by yourself?
19      A.   Maybe -- maybe.  If that.
20      I guess that -- that would explain
21 since me and my brother's fallen out, that's why
22 I've only been doing these, December -- November,
23 December, January has been so slow, because I
24 haven't actually been taking the work that's been
25 offering (sic) me unless it's short trips.

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 134

1    Q.   Do you have any restrictions on your
2  driver's license?
3       A.   No -- I've got motorcycle endorsement, but
4  no restrictions.
5       Q.   Have you operated a motorcycle since this
6  shooting in 2020?
7       A.   Just to load and unload.  I've actually
8  dropped a few too while doing that, which I've never
9  done.  Luckily, I didn't really cause any damage to
10  them.
11      Q.   How do you load or unload now since this
12  shooting?  How do you load or unload a motorcycle?
13  Take me through that process.
14      A.   I've -- I've got three ramps that I strap
15  to the side of my trailer, and then ride them up
16  those three ramps, and I put the motorcycle on the
17  center ramp, and then the side ramps are each one
18  for my feet.
19           And then the ones that I dropped, my knee
20  had to actually -- given out or my shoulder would
21  give out, and I would lose balance and fall.
22      Q.   All right.  So -- so to get the
23  motorcycles either onto your truck or off your
24  truck, you're the one who's actually getting on them
25  and riding them either down or up the ramp?

Page 135

1       A.   When I'm -- when I'm by myself, yeah.
2            When my brother was with me, he would do
3  it.
4       Q.   Understood.  But you've had occasions
5  where you've done that since this shooting, correct?
6       A.   Yes.
7       Q.   All right.  You mentioned this incident
8  with your knee.  I know you talked about it earlier.
9  And I think you said it was about a year and a half
10  ago, so I just want to make sure I have the same
11  timeline.
12           Did that incident with your left knee,
13  where it gave out, was that after this shooting?
14      A.   Yes.
15      Q.   And were you by yourself at that time?
16      A.   I don't -- I -- I honestly don't know what
17  caused it, but I know I went to my primary and
18  started complaining about knee pain.
19           And I believe it was -- it was December of
20  2020 or January of 2021, we -- we did an MRI on it.
21  I had to pay for it out of pocket $450, but that's
22  when they said that I have a torn meniscus, and I
23  need to see an orthopedic.
24      Q.   Okay.  How many times would you say you've
25  driven out of the state of Florida since this

Page 136

1  shooting?
2       A.   Well, considering, like I said, most of
3  2022, the most I was home was maybe three or four
4  weeks out of the whole year with the exception of
5  November and December, so I was gone quite a bit.
6  And 90 percent of that time, my brother was with me.
7       Q.   Besides your brother, has anybody gone on
8  these trips with you since the shooting?
9       A.   Well, I got my other -- when I get up to
10  Indiana, my other brother will ride with me and --
11  just to spend time with me and help me while my
12  brother sits there, visiting with dad.
13      Q.   The brother that you mentioned that's
14  going on these trips with you 90 percent of the
15  time, which brother is that?
16      A.   That would be Jeffrey.
17      Q.   Okay.  And that's the one that you had the
18  falling out with?
19      A.   Yes.  And then Nathan's the one that
20  would -- when we would go to Indiana, if he -- he
21  was working weekends, so he had all weekdays off, so
22  he would ride with me around, like, Indiana, Ohio,
23  when I had to pick up some bikes and deliver them,
24  and he would ride with me just like I said -- he --
25  he -- he's more into spending time, because he -- he

Page 137

1  said you never know what tomorrow might bring, so
2  he'd rather spend time as much as he can.  If
3  something -- just in case something happens.
4       Q.   Okay.
5       A.   Jeffrey's more -- tends to be more out for
6  himself and a loner and stuff like that.  And he's
7  about the money and come to find out the pills, too.
8       Q.   Where's Jeff living right now?
9       A.   Here's living with his Aunt Kyleena
10  (Phonetically) in Okeechobee.
11      Q.   Okeechobee?
12      A.   Which they're alcoholics and pill heads,
13  too, and criminals, basically.
14           When my grandmother passed, she
15  orchestrated a travel trailer to come up missing to
16  claim the insurance for the settlement for
17  inheritance for the kids, because, you know, $12,000
18  on it, and she didn't want it to come out of the
19  estate, even though she left it in the will to her
20  husband, so it had nothing to do with the kids'
21  estate.
22      Q.   Do you have a phone number for Jeff?
23      A.   So -- yes, I do.
24      Q.   What is his phone number?
25      A.   Like I said, we're not on good terms right

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 138

1    now, but (812) 718-7917.
2        Q.   Thank you.
3             Have you ever been in the military?
4        A.   No, sir.
5        Q.   Any instances where you either been in any
6    type of drug rehab or alcohol rehab or anything of
7    that nature?
8        A.   No, sir.  I'm the only -- only one in the
9    whole family that was not alcohol abused or drug
10   abused.
11       Q.   Okay.
12       A.   Because I grew up with it, with my dad
13   being an alcoholic, and then when I found out he
14   wasn't my real dad, he started blaming his
15   alcoholism on me and I'm the reason why he drinks so
16   much and everything else.
17            And then I had my sister overdose on angel
18   trumpets once before.  My brother Jeffrey, he
19   overdosed twice on pills and was an alcoholic.
20            And my brother Nathan was a meth head, and
21   pretty much any drug he could get on, but they've
22   all been sober for the past few years, except for
23   Jeffrey now, since his knee injury has turned back
24   into pain pills again.  He's in full denial about
25   it.

Page 139

1        Q.   All right.  And -- and going back to
2    Voltz Transportation, how does the -- how does the
3    paperwork system work over there?
4             In other words, if I wanted to look at
5    records that might track your miles or the jobs that
6    you were performing, do you have a document trail of
7    that?  Do you track your miles?
8        A.   I -- well, the GPS that the state attorney
9    had, that would track -- that tracked my miles for
10   me.  I have not been able to get another GPS like
11   that, but, yeah, that would track my miles and each
12   state I'd go through and everything else.
13            My girlfriend, she writes down all my
14   loads on a -- kind of like an Excel list of the bike
15   and where it's being picked up, where it's being
16   delivered, for which customer and how much it paid.
17   She also usually puts the date of time that I leave
18   and the date I -- that I come back home on it.
19       Q.   Understood.  So that would be documents
20   that you have in your possession that might show us,
21   since this shooting, the various states you've
22   visited, the jobs you were able to perform, those
23   kind of things?
24       A.   Yes, sir.
25       Q.   All right.  And I think you said you had

Page 140

1    a -- you had a GPS in your truck prior to or at the
2    time of this shooting?
3        A.   Yes, sir.
4        Q.   All right.
5        A.   I had a dash cam and audio -- audio
6    recording, like I said, mileage, and I kept
7    track of tolls, which toll roads I was on.  And it
8    kept track of everything.  It was a trucker GPS,
9    Rand McNally.  It was about an $800 GPS.  And I used
10   it mainly just for when I'm up in the New York area
11   and New Jersey area, because it would keep me off of
12   the passenger-only roads that are up there.
13       Q.   Understood.  I know you mentioned earlier
14   that you were in New York.  We talked about the
15   arrest that happened in New York.
16            Why were you in New York in 2022?
17       A.   I was making pick-ups and deliveries.
18       Q.   Where?  Was it actually in New York, or
19   were you going to another state?
20       A.   No.  I -- I -- I had, like, one delivery
21   of a side-by-side, and I believe three pickups of
22   motorcycles.
23       Q.   In New York?
24       A.   Yes, sir.  All around the middle of
25   New York, like Saratoga Springs and that area.

Page 141

1        Q.   All right.  And I know mentioned earlier
2    about some medical restrictions.  And I'd know it if
3    I wrote it down.
4             Did you say that you had any type of
5    lifting restrictions currently on you by a -- by a
6    medical doctor?
7        A.   Yes.  I'm not supposed to be -- according
8    to the paperwork she gave for the disability, I'm
9    only supposed to be at a 5- to 10-pound limit.
10       Q.   And who provided you with that
11   restriction, which doctor?
12       A.   Alexandria Berger, my primary.
13       Q.   And how long ago was that restriction
14   given?
15       A.   She just filled out that paperwork on
16   January 3rd.
17       Q.   Of this year?
18       A.   Yes, ma'am -- yes, sir.
19       Q.   All right.  And since -- since this
20   shooting, have there been times where you've lifted
21   more than 10 pounds?
22       A.   I've got -- I have to for work sometimes.
23   I've got to lift a floor jack, change a tire, or
24   whatever else.  It's --
25       Q.   What would you say -- and I don't know

Page 142

1  specifically what you do, and I guess that's what
2  I'm trying to get at.
3          What would you say is the most physically
4  demanding task that you've performed since this
5  shooting?
6      A.   Right now, I try to keep it as simple as
7  possible, and just -- I load the bikes where I need
8  them.
9          Before I would just load bikes, and then
10  rearrange them as I picked up more and get them as
11  close as I could so that way I could fit as many as
12  I could.  Before this, I've had up to 18 motorcycles
13  on my trailer.
14          Now I'm just usually running about 10,
15  maybe 12 motorcycles at a time.  Just that way I
16  don't have to reorganize or try to get them close or
17  anything else, and --
18      Q.   Of --
19      A.   I've been doing a lot more cars where I
20  don't have to do a lot of work on that.
21      Q.   Understood.  I appreciate that.
22          But the question was since this shooting,
23  what is the most physically demanding job function
24  you've done?
25      A.   Not really driving -- driving hurts.

Page 143

1      Like I said, loading and unloading the
2  bikes if I'm by myself, setting up the ramps for
3  doing that.
4      Like I said, it depends on -- if it -- if
5  I'm by myself everything's pretty much demanding,
6  hard to do and -- but I've got to push through it
7  and rely on my painkillers and everything else to do
8  it.
9      Q.   Understood.  Would you agree that your
10  job's physically demanding?
11      A.   Yes, it is.
12      Q.   All right.  And you are taking -- did you
13  say you're taking pain medication?
14      A.   Yes.
15      Q.   How often are you taking pain pills?
16      A.   It depends on how much pain I'm in and
17  when I'm in pain, but I've got morphine 30s, and
18  I've got oxycodone 20s.
19      Q.   Okay.
20      A.   The morphine 30s, I'm prescribed to do
21  twice a day every eight hours, and the oxycodones,
22  I'm prescribed to do four times a day every four
23  hours.
24      Q.   And that -- those pain medications that
25  you just described, did you have prescriptions for

Page 144

1  those before your June 2020 motor vehicle accident,
2  or did you get those after?
3      A.   Yes, sir.
4      Q.   Sorry.
5      A.   After --
6      Q.   It was after the motor vehicle accident?
7      A.   Yes.
8      Q.   All right.  So is it fair to say from the
9  time that this -- this shooting happened, up to the
10  time this motor vehicle accident, you did not have
11  any prescriptions for -- for pain medication?
12      A.   I think they did give me some
13  prescriptions.  I don't quite remember, but up
14  until -- I -- after the shooting, I pretty much
15  stayed in bed, or I laid on the couch.  I didn't do
16  anything.  I didn't go nowhere.  I couldn't leave
17  the apartment.
18          The only time I could leave the apartment
19  is if I had a doctor's appointment, and my
20  girlfriend and my dog would go with me to help me go
21  to these doctors' appointments.  And other than
22  that --
23      Q.   And what was --
24      A.   -- I didn't leave the house or apartment
25  or whatever.

Page 145

1      Q.   When's the first time you got back out on
2  the road for Voltz Transportation after this
3  shooting?
4      A.   Almost two years, probably about the
5  beginning of 20 -- like, either right at the end of
6  2021 or right at the beginning of 2022.
7      Q.   All right.  Do you have any other
8  businesses that you run in the last ten years?  Any
9  other businesses?
10      A.   No.  While I was gone -- while I was not
11  working, I was relying on either donations, the
12  settlement from the car accident.  I took a business
13  loan out through the BL -- EIDL COVID relief, they
14  gave me the -- nice chunk of money for my
15  business, and then I was actually -- that was about
16  it.
17      Q.   All right.  But you -- the question -- so
18  you don't have any other businesses besides
19  Voltz Transportation in the last ten years; is that
20  correct?
21      A.   That's correct.
22      Q.   All right.  My understanding, based on
23  interrogatory number 11, which is the written
24  questions that you -- that you provided, is that you
25  were not seeking a claim for wage loss or future

ANTHONY S. VOLTZ                                          JOB NO. 441270
JANUARY 25, 2023

Page 146

1  earning capacity.
2            MR. CORRENTI:  Mr. -- Mr. McBride, is that
3  correct?
4            MR. McBRIDE:  That -- yes, that's correct.
5  BY MR. CORRENTI:
6       Q.   All right.  And in light of that
7  representation, I'll forego some of the questions I
8  would have asked in regards to wage loss and earning
9  capacity, since we're in agreement there, so I'll
10  move on to another topic.
11            Your education -- I'm trying to understand
12  if my notes are -- are correct.  Did you do 9th and
13  10th grade at South Park (sic)?
14       A.   9th and half of 10th grade I stopped for
15  it.
16       Q.   All right.  Then you transferred over
17  to -- was it Mariana County in -- I guess at some
18  point of 10th grade?
19       A.   Martin County, yes, that was during my
20  Christmas break.
21       Q.   All right.  And you stayed in
22  Martin County for the rest of 10th grade and a
23  portion of 11th grade?
24       A.   Yes, sir.
25       Q.   All right.  Then you dropped out at some

Page 147

1  point in the 11th grade?
2       A.   Yes, sir.
3       Q.   And then you mentioned going to get a high
4  school degree or G -- was it a GED?  Is that what
5  you got?
6       A.   They claimed it was a high school diploma,
7  but it could have been a GED.  It was through the
8  Stuart School of Business.
9       Q.   Okay.
10       A.   If I -- if I was under the age of 18, I
11  had to do 30 hours a week of classes.  So I just
12  waited till I was -- turned 18 and went in there,
13  and I took it -- and I scored the highest out of
14  everybody.
15       Q.   I saw -- I saw something on Google called
16  Stuart Adult Community High School.
17            Was that -- is that another name for
18  school that you went to, or you're not sure?
19       A.   I'm not sure.  Like I said, that was
20  20-something years ago, so...
21       Q.   Understood.  That's fair.  You don't know,
22  that's okay.
23            Where did you go to middle school?
24       A.   I went to Stuart Middle School, and then I
25  went to Murray Middle School.

Page 148

1       Q.   What grades for each?
2       A.   I went to Stuart Middle School -- or
3  Murray Middle for 6th grade, Stuart middle for 7th
4  and 8th.
5       Q.   Okay.  You mentioned some of the
6  medications that you are currently on.  We talked
7  about that a little bit.
8            Have you ever taken an antidepressant
9  before the shooting in 2020?
10       A.   No, sir, except for when I tried quitting
11  smoking, like, in 2007 or whatever, they gave me
12  Wellbutrin.
13       Q.   That's right.  You did mention that.
14  Thank you.  I forgot about that.
15            And did you -- have you taken any type of
16  antidepressant besides that before the shooting in
17  2020?
18       A.   No, sir.
19       Q.   Any counseling, mental healthcare
20  treatment, psychologists, psychiatrists, anything of
21  that nature before the shooting in 2020?
22       A.   No, sir.  Except for family Al-Anon
23  meetings and AA meetings when I was younger.
24       Q.   But that wasn't for you, that was for a
25  family member, correct?

Page 149

1       A.   That was for my dad, yes.
2       Q.   Okay.  But besides that --
3       A.   And that --
4       Q.   Understood.  But besides that, any
5  individual mental health counseling that you've gone
6  to for your own mental health before this shooting?
7       A.   No, sir.  Oh, I'm sorry.  Wait a minute.
8            When I started the business, I went -- I
9  was working at Walmart Distribution Center, and I
10  did go see a counselor to write me a prescription
11  note, stating that the separation and divorce of the
12  wife, I -- they requested me to take a leave of
13  absence for -- under FMLA act for a year.  And that
14  was just so that way I could see if this business
15  was going to work out or not.  And I still held a
16  job at Walmart Distribution Center if I decided to
17  go back there instead of running this business.
18            Because my wife -- I -- I've always wanted
19  to do actually CDL truck driving, and I've had
20  actually a couple opportunities to do it, but my
21  wife did not like the idea of me being gone for a
22  week or so at the time.  So I never really got to do
23  it.  And then once we split up, I decided to start
24  the business on my own.  And I wanted to keep up a
25  backup plan just in case it didn't work out and keep

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 150

1   my job at Walmart if it didn't work out, so...
2       Q.  Understood.  Have you ever taken the CDL
3   examination or sat for it?
4       A.  Nope.
5       Q.  All right.
6       A.  No, sir.
7       Q.  And going back to your Walmart experience,
8   did you -- did you step away for that year?  Were
9   you not working for a year for some reason?
10      A.  Yeah.  Like I said, I went to the
11  counselor to get medical -- a medical prescription
12  to allow me to take a leave of absence under the
13  FMLA act.
14      Q.  Understood.  And just to make sure I'm
15  understanding.  But did you take the leave of
16  absence for the full year?
17      A.  Yes.
18      Q.  All right.  And what year was that?
19      A.  I -- I never went back.
20      Q.  Well, what year would it have been when
21  you were collecting payments for your leave of
22  absence?
23      A.  I wasn't collecting payments for the leave
24  of absence.  It was just the unpaid leave of absence
25  for the year.  But I believe -- it was either 2010

Page 151

1   or 2011.
2       Q.  Okay.  All right.  We talked about your
3   subsequent motor vehicle accident.
4           Did you have to give a deposition in
5   that -- as a part of that lawsuit, like you're doing
6   today?
7       A.  No, sir.  No, sir.  This is my second
8   deposition ever.
9       Q.  Okay.  And as part of that motor vehicle
10  accident that you mentioned, you said you injured
11  your shoulder, your back.  Did you have injuries to
12  your neck?
13      A.  My neck's always kind of given me
14  problems, but it was definitely worse after I got
15  shot.  I would definitely get a lot of nerve
16  pinching and strain -- especially sleep -- while
17  sleeping or when I could sleep.
18      Q.  Did you report any pains in your neck from
19  the time of this shooting up to the time of the
20  motor vehicle accident to any medical provider?
21      A.  I'm pretty sure -- I'm pretty sure I -- I
22  mentioned it maybe to the urgent care that I went
23  and saw a couple times before I got my primary,
24  because I think I got my primary after the car
25  accident.

Page 152

1       Q.  What urgent care --
2       A.  Actually, my -- my primary gave -- or
3   that -- that urgent care -- because I was referred
4   to them by somebody saying that they were a primary,
5   but I found out that they weren't a primary -- it
6   was my lawyer Eberst referred me to them.
7           It was the urgent care of Stuart, saying
8   that they had a primary doctor.  And when I went and
9   saw him two or three times, and he told me that they
10  didn't have a primary, but they did actually
11  prescribe me painkillers.  They had me on Lortabs.
12      Q.  Understood.  But that would have been
13  after -- that would have been the motor vehicle
14  accident, correct?
15      A.  No.  That was before the motor vehicle
16  accident.
17      Q.  Okay.  What urgent care was it, again?
18      A.  Urgent care of Stuart.  It's on -- it has
19  a Monterey address, Monterey Road.
20      Q.  All right.  And you think that that would
21  have been between the time that you were shot and
22  the time that this motor vehicle accident happened
23  in that three-week period?
24      A.  Yes.  Not that -- not as far as I can
25  re -- recall, that's pretty sure.  I usually have my

Page 153

1   girlfriend here.  She's usually my memory bank.
2       Q.  That's okay.  I can only ask you what you
3   remember.  And you're doing fine.
4           Did you have any issues with neck pain or
5   receiving medical treatment for neck pain prior to
6   this shooting?
7       A.  No.
8       Q.  You mentioned your teeth.  We talked about
9   that a little bit.
10          Have you been to a dentist since this
11  accident?
12      A.  Just the -- I just went and saw the
13  surgeon since he's an oral surgeon and had him look
14  at it, and he said it could be -- could be from
15  hitting your chin and it cracked it and whatever, or
16  it could have been from decay.
17          But either way, in my opinion, I think
18  it's basically from me opening the door and hitting
19  my chin.  And even if it did have a little bit of
20  decay or whatever, it probably cracked it even more
21  to where I lost it sooner than I should have or
22  whatever.  Could it have been fixed if I would have
23  known about it, but it's --
24      Q.  Okay.  Were you missing any teeth at the
25  time of this accident?

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 154

1     A.    This one, no -- no.  But I've had my lower
2  right jaw all pulled prior to the accident, and I
3  have another tooth that was pulled over here.
4     Q.    And what dentist would you go do those
5  kind of things at?
6     A.    I believe it was Regency Dentist (sic)
7  that did them --
8     Q.    I'm sorry.  One more time --
9     A.    -- in Port St. Lucie.
10    Q.    -- I didn't --
11    A.    Regency -- Regency dentist in
12 Port St. Lucie -- or Regency Dental.
13    Q.    All right.  I want to talk a little bit
14 about the incident.  Before I do that, so when
15 you -- when you go fill up for gas, are you using a
16 credit card, or are you paying cash?
17    A.    I use credit cards.
18    Q.    Is that -- is that in your company's name,
19 in your name, is it a personal card?
20    A.    Some are business cards, some are personal
21 cards.  I usually use -- the main one I've been
22 using is, like, either ShopYourWay, because I get
23 points that I can turn into gift cards.  And then
24 the other one is, like, my Best Buy card, because I
25 get points towards Best Buy and also my Bass Pro

Page 155

1  card, because I get points for that.  I usually use
2  the ones where I get rewards and points.
3     Q.    Understood.  And so if you -- if you
4  are purchasing gas, like, I think you mentioned you
5  left North Carolina, and you were heading down to
6  the TA facility where this incident occurred.  I'm
7  sure you had to have stopped at some point to either
8  get gas and maybe buy cigarettes; is that correct?
9          MR. McBRIDE:  He froze.
10         MR. CORRENTI:  Can you guys hear me?  Or
11    did I freeze or is it him?
12         MR. McBRIDE:  No.  It's him.  I guess
13    we'll give it -- give it a minute.  We know at
14    this point he's going to try and get back in
15    immediately.
16         MR. CORRENTI:  Sure.  He might drop and
17    then come back in.  That's fine.
18         MR. McBRIDE:  Right.  Sure enough.
19         VIDEOGRAPHER:  Do we want to go off the
20    record?
21         MR. McBRIDE:  Yes, please, for a moment.
22         VIDEOGRAPHER:  We are now off the record.
23    The time is now 1:04 p.m. Eastern.
24              (Recess taken.)
25         VIDEOGRAPHER:  Okay.  We are now back on

Page 156

1  the record.  The time is 1:33 p.m. Eastern.
2  BY MR. CORRENTI:
3     Q.    Okay.  Sir, can you hear me okay?
4     A.    Yes, sir.
5     Q.    All right.  If at any point you break up
6  just like before, let me know, okay?
7     A.    Yes, sir.
8     Q.    All right.  Before we took a break, we
9  were talking about the subject incident and your
10 trip down to the TA facility.  And I was asking you
11 at some point during that trip, obviously a 9
12 10-hour trip, you had to stop and get gas, correct?
13    A.    Yes, sir.
14    Q.    All right.  And when you stop and get gas,
15 I think you mentioned that you typically use credit
16 cards?
17    A.    Yes, sir.
18    Q.    All right.  Do you go into the store to
19 pay, or do you usually pay at the pump?
20    A.    I usually pay at the pump.
21    Q.    All right.  And then if you want
22 cigarettes or something of that nature, then I guess
23 you go into the store to go get those?
24    A.    Yes, sir, food, drink.
25    Q.    All right.  What -- how -- how soon before

Page 157

1  the shooting did you get to the TA parking lot?
2     A.    I'm sorry?
3     Q.    Yeah.  How -- how soon before the shooting
4  did you get to the TA parking lot?
5     A.    Maybe five minutes, five or ten minutes.
6  It's on the GPS recording that the state attorney
7  has.
8     Q.    Understand.  I -- I have not had the
9  benefit of seeing that yet, so I'm just gonna ask
10 questions.  If you remember, you do; if you don't,
11 just tell me you don't remember, okay?
12    A.    Yes, sir.
13    Q.    All right.  Did you go inside of the TA at
14 any point prior to the shooting?
15    A.    No, sir.
16    Q.    All right.  When you pulled into the --
17 the parking spot, what was the reason why you chose
18 that parking spot?
19    A.    It was the first one available, and
20 closest to the building.
21    Q.    Okay.  Understood.
22         Did you choose a -- a parking spot that
23 was purposely dark so you could sleep?
24    A.    That -- basically dark everywhere, so it
25 didn't really matter.  I don't know.  Like I said, I

Page 158

1  just pulled in, found the first parking spot, and
2  pulled into it.
3       Q.  But were you -- were you looking for a
4  dark area so you could sleep?
5       A.  It doesn't matter if it's dark or not.  I
6  can sleep in light or dark.
7       Q.  All right.  And which way did you --
8       A.  I can sleep --
9       Q.  Sorry.
10      A.  -- I can sleep in the middle of the day.
11      Q.  All right.  And which way did you park
12  your vehicle?  Did you park your vehicle --
13      A.  I pulled --
14      Q.  -- front first or back in?
15           MR. McBRIDE:  Anthony, let Michael finish.
16           COURT REPORTER:  One at a time, please.
17           MR. CORRENTI:  It's -- no.  I'll -- I'll
18      rephrase it.  Sorry.  That may have been on me.
19  BY MR. CORRENTI:
20      Q.  Which way did you park?  Did you pull into
21  the parking spot front first, or did you back in?
22      A.  I pulled in front first, where the front
23  was at the back of the trailers.
24      Q.  All right.  And what was the reason you
25  did that?

Page 159

1       A.  That's just the way I always park.
2       Q.  All right.
3       A.  It's easier to pull in.  It's because most
4  of the time by the time I wake up, most of the other
5  semis are gone, and it's easier for me to back out.
6       Q.  All right.  Did you pull in head first
7  into that parking spot so that the -- that the
8  trucks would be blocking the lights of your vehicle
9  so you could sleep?
10      A.  Sometimes I do that if the parking lot is
11  lit up, but it's just a habit of me pulling straight
12  in on -- anywhere I sleep.
13      Q.  Under -- and was that part of the reason
14  in this instance why you parked with the nose facing
15  in so the trucks could block the light?
16      A.  No.  Because I had a little 16-foot
17  trailer, and even if I backed in, the -- there
18  was -- there was no light to be blocked, so it would
19  have been dark either which way I pulled in, but
20  backing up a 16-foot trailer in between two semis in
21  the dark is quite difficult, because the 16-foot
22  trailer turns very quickly, and I didn't -- I don't
23  want to risk hitting another truck.
24      Q.  Understood.  Let me see if I can refresh
25  your -- your recollection.

Page 160

1            Do you recall giving a series of
2  interviews to Detective Cohen at the hospital
3  following this incident?
4       A.  I remember a detective.  I don't remember
5  his name, but yes.
6       Q.  Okay.  But you remember speaking to a
7  police officer at the hospital, and giving a
8  recorded statement?
9       A.  Yes, sir.
10      Q.  All right.  I'm gonna play for you a clip
11  from that -- from that statement that was provided
12  by Plaintiff's counsel.  I want you to listen to it,
13  and then I'm gonna go ahead and ask you some
14  questions, okay?
15      A.  Okay.
16           MR. CORRENTI:  All right.  And
17      Madam Court Reporter, you don't have to
18      transcribe this portion, because I'm gonna go
19      ahead and just mark this audio clip as
20      Exhibit 1 to the deposition so we'll have it.
21           COURT REPORTER:  Yes, sir.
22  (Defendants' Exhibit 1 was marked for
23  identification.)
24           MR. CORRENTI:  Okay.  And just for
25      purposes of the record, I'm about to share my

Page 161

1  screen, but this is from the 6:26 a.m. clip
2  that was produced by Plaintiff's counsel, and
3  now I'll share my screen.
4            All right.  Let's see if this works.  I'm
5  hoping this'll work.
6  BY MR. CORRENTI:
7       Q.  Can you see an audio player?  Did it come
8  up on your screen?
9       A.  Yes.  It says my music, songs --
10      Q.  Yes.
11      A.  -- artists, albums.
12      Q.  Okay.  Great.
13           I'm gonna -- it should work.  I'm gonna
14      play it.  It's a total of 27 seconds.  And then
15      I'm gonna ask you some questions.  I'm not
16      gonna ask questions during the playing.
17           And if you need me to go back and replay
18      it, I'll be happy to do so, okay?
19      A.  Yes, sir.
20      Q.  All right.
21           (Video played on Zoom platform.)
22  BY MR. CORRENTI:
23      Q.  All right.  Were you able to hear that,
24  sir?
25      A.  Yes, sir.

Page 162

1    Q.   All right.  You heard yourself talking to
2  the police officer?
3    A.   Yes, sir.
4    Q.   All right.  And so is it a correct
5  statement that you chose that spot because it was
6  dark?
7    A.   Evidently I did, but, like I said, it was
8  still the first parking spot that was available,
9  that was open.
10    Q.   Understood.  And you chose that spot
11  because you had no tint on your windows, and it was
12  difficult to sleep with the light on your truck,
13  correct?
14    A.   Not normally, but, yeah, that's what I
15  told him, I guess.
16    Q.   That's what you told the officer, correct?
17    A.   Yeah.
18    Q.   And you would be truthful to the officer,
19  correct?
20    A.   Yes, sir.
21    Q.   All right.  And so it is a true
22  statement --
23    A.   But I was also kind of drugged up, too, at
24  the point where he was asking me, too, so...
25    Q.   Understood.  But my question to you, it's

Page 163

1  a true statement that you chose that spot because
2  you had no tint on your windows, and it is difficult
3  to sleep with lights on your car, correct?
4        MR. McBRIDE:  Object to form.
5        You can answer.
6        MR. CORRENTI:  I'm sorry?
7    A.   Light normally doesn't affect me when I
8  sleep, so I don't know why I would really say that.
9  But sometimes it does.  It depends.  But I was so
10  tired at that point, it wouldn't have mattered if
11  there was light or not.
12  BY MR. CORRENTI:
13    Q.   Okay.
14    A.   It was 4:00 in the morning.
15    Q.   And you did tell the officer that you
16  chose that spot because it was hard to sleep with
17  the light on you; is that correct?
18    A.   Yes.
19    Q.   And you also --
20    A.   With some of these other truck stops that
21  are very well lit up.  I was just, like I said, more
22  referring to other truck stops.  I don't -- like I
23  said, I don't know what was going through my mind at
24  that point in time.
25    Q.   All right.

Page 164

1    A.   So the whole parking lot was already dark,
2  so I don't see why it would have really mattered if
3  I chose that spot or whatever, but I've always just
4  pulled in my truck in nose first.
5        MR. CORRENTI:  And I'll move to strike the
6        nonresponsive portion of the witness' answer.
7  BY MR. CORRENTI:
8    Q.   The question -- the next question is you
9  pulled in nose first into that parking spot, so that
10  the trucks would be blocking light so you could
11  sleep, correct?
12    A.   Yes.  That's what I normally do, yeah, at
13  every truck stop.  But, like I said, there was no
14  real lights there to block lights, so I don't know
15  why I would have said that to the police officer.
16  It was dark already.
17    Q.   All right.  And your intention to going to
18  TA's parking lot was to get sleep, correct?
19    A.   Yes.
20    Q.   Were there other open spots you could have
21  parked at if -- if you wanted to?
22    A.   I have no clue.  I didn't drive around.
23    Q.   Okay.  I'm gonna share my screen here
24  again.
25    A.   Like I said, I've got GPS recording of me

Page 165

1  driving through the Pilot and pulling into the TA
2  and pulling straight into the very first parking
3  lot -- spot that I saw was available.
4    Q.   I understand.  But, again, you told the
5  officer you were parking in that spot because it was
6  a dark spot and you wanted to sleep, correct?
7    A.   Yeah.  I wanted to sleep, and, like I
8  said, it was the very first parking spot I found.
9  So I don't know why I would have said because it was
10  dark or whatever else, if it's the very first one.
11  All of them were dark.  I didn't drive around the
12  parking lot to look to see if there was any lighted
13  or dark or anything else.
14        MR. CORRENTI:  Okay.  I'm gonna mark this
15        as Exhibit 2, which is a photograph taken by
16        the police department on the night of the
17        incident, and I just want to confirm.
18  (Defendants' Exhibit 2 was marked for
19  identification.)
20  BY MR. CORRENTI:
21    Q.   Is this the manner in which your truck
22  with that 16-foot trailer that we just talked about,
23  is this how it was parked in relation -- well, let's
24  strike that.  Let me start over.
25        Let me first talk about your truck.  Is

Page 166

1  this the way that your truck was parked at the time
2  of the shooting?
3      A.   Yes, sir.
4      Q.   All right.  And then my understanding is
5  the truck to the left, the blue truck, that would
6  have been Mr. Simmons' truck; is that correct?
7      A.   After the fact of the shooting, yes.
8      Q.   All right.  And at the time of the
9  shooting, this represents how both cars,
10  Mr. Simmons' and your truck, were both parked; is
11  that correct?
12      A.   Correct.
13      Q.   All right.  And you would have pulled your
14  truck, it looks like, all the way up the -- the
15  front of your truck all the way up to the back end
16  of Mr. Simmons' truck; is that correct?
17      A.   Well, I'm -- I'm to the back end of all
18  the trucks.
19      Q.   All right.  And I can't see here in this
20  photograph, but what is in front of you?  Is it more
21  parking spots, or is it --
22      A.   It's another -- it -- it was another
23  truck.
24      Q.   Okay.  So there was a truck parked
25  directly in front of you?

Page 167

1      A.   Yes, sir.
2      Q.   All right.  Let me share my screen again.
3          MR. CORRENTI:  And this is going to be
4      Exhibit 3.
5  (Defendants' Exhibit 3 was marked for
6  identification.)
7      A.   And I pulled up like that because, like I
8  said, I knew I needed to use the restroom, so I
9  pulled up there, so that way I was blocked instead
10  of having to go inside.
11  BY MR. CORRENTI:
12      Q.   And you also wanted to -- to -- to block
13  the light so you could get some sleep, correct?
14      A.   Well, if there's no light to be blocked --
15  you could see that that parking spot's pitch black,
16  period.  There's no light anywhere around that
17  parking spot or around any of the parking spots.
18      Q.   All right.  Well, you told the officer
19  you -- you wanted to pull in so you could block the
20  light from the --
21      A.   Well, like I said, I could have been
22  referring to other truck stops.
23      Q.   Hold on a second.
24      A.   When I talked to him, I was kind of
25  drugged up, when I talked to him, so I don't know

Page 168

1  exactly what I was being -- or what I was talking
2  about, but I could have been, reculating (sic) other
3  truck stops that are lit up.
4      Q.   In regard to the reason of why you said
5  it, you did say that you pulled into that parking
6  lot -- spot, so that the trucks would block the
7  light.
8          You said that, correct?
9      A.   Yes.  But if you look at the picture you
10  don't see any light to be blocked, so, like I said,
11  I don't know why I would have said that to the
12  officer unless it was -- I was remembering another
13  truck stop or something that is lit up, and that's
14  why I pulled in.
15      Q.   All right.  I'm gonna share another
16  photograph.
17          MR. CORRENTI:  I'll go ahead and mark this
18      as Exhibit 3 (sic).
19  (Defendants' Exhibit 4 was marked for
20  identification.)
21  BY MR. CORRENTI:
22      Q.   And this is an overview of our property.
23  And I'll scroll down a bit just so you can see.
24          I've made some red markings on this just
25  for context so we know what we're looking at.  And

Page 169

1  you can see an arrow pointing to the service center,
2  an arrow pointing to the diesel fuel station, an
3  arrow pointing to the travel store, and an arrow
4  pointing to the fuel station.
5          And I want to make sure I'm understanding
6  where these trucks were on TA's property.
7          Is the red circle that I added to this
8  photograph, would that be the general area where you
9  were parked at the time that this incident occurred?
10      A.   Yes, sir.
11      Q.   All right.  It looks like there -- we
12  talked about that there's two rows of vertical
13  parking right there in this left section.
14          Where in that circle, was it the first
15  spot?  Second spot?  Third spot?  How far down the
16  line, starting from the closest to the -- to the
17  service center and moving to the back?
18      A.   I would guess probably about the fourth or
19  fifth spot is what I can remember.
20          My girlfriend, when she picked up the
21  truck said it might have been the sixth or seventh
22  spot, but it wasn't too many spots past the first
23  one.
24      Q.   Okay.
25      A.   I drove her straight through the diesel

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 170

1  aisles and went right down that aisle and made the
2  first left into the first free parking spot.
3      Q.  All right.
4      A.  Straight across from the exit of the
5  Pilot, I went straight across the highway.
6      Q.  All right.  And your intention, we -- we
7  talked about this earlier, your intention was to
8  sleep.  And did you also state that you wanted to
9  shower inside of TA's facility?
10     A.  No, sir.  There was nothing mentioned
11  about a shower.
12     Q.  Okay.
13     A.  The -- I -- I read the deposition on that.
14  The only thing I can think of is when I went in
15  there all -- arrived late and everything else and
16  saying that someone just shot me, maybe she
17  misunderstood me and said -- thought I said
18  something about wanting to take a shower.  'Cause
19  shoot me and shower kind of does -- especially when
20  you're yelling and being erratic, but, no, I -- I
21  had no intentions of showering or needing to shower
22  or anything else.
23     Q.  And when you say you reviewed the
24  deposition, what are you talking about?  What
25  deposition?

Page 171

1      A.  The deposition on the criminal case
2  between the defendant's lawyer and the employees of
3  the T&A (sic) truck stop.
4      Q.  Okay.  All right.  I'm going to go ahead
5  and mark this as Exhibit 5.  This is an audio clip
6  of an interview with the detective and yourself, and
7  it is labeled 5:38 a.m. and it was provided --
8  whoops.  Sorry.  And it was provided by Plaintiff's
9  counsel.  And I'm gonna do the same thing.  So I'm
10  gonna --
11         MR. CORRENTI:  Madam Court Reporter, you
12     don't have to transcribe it, because I'm gonna
13     send a copy of this as an exhibit.  But I'm
14     gonna play it.  And this one has two series of
15     questions in it.
16         I'm gonna play it, and then I want to ask
17     you some questions, and then we'll come back to
18     the second series.  So let me share my screen
19     right here.  Okay.
20  (Defendants' Exhibit 5 was marked for
21  identification.)
22         (Video played on Zoom platform.)
23         MR. CORRENTI:  I'm gonna play it one more
24     time.
25         (Video played on Zoom platform.)

Page 172

1  BY MR. CORRENTI:
2      Q.  All right.  So in that clip, we hear the
3  detective asking you what you were gonna do on the
4  property.  You told him that you were going to
5  shower, and you were going to sleep; is that
6  correct?
7      A.  No, sir.  I did not say nothing about a
8  shower that I know of.
9         MR. CORRENTI:  All right.  Let me play it
10     again.  And if you're having trouble hearing
11     it, let me know, and I'll try to make it a
12     little bit louder.  I'm not sure what else I
13     can do.
14         (Video played on Zoom platform.)
15  BY MR. CORRENTI:
16     Q.  All right.  Did you did you hear yourself
17  say in that audio clip that you were gonna take a
18  shower?
19     A.  No.  I hear the detective asking me if I
20  was gonna take a shower.
21     Q.  All right.  I'm gonna play it one more
22  time.
23         (Video played on Zoom platform.)
24
25  BY MR. CORRENTI:

Page 173

1      Q.  Did you hear a person say I was actually
2  going to take a shower and sleep, yes?
3      A.  I -- I may have said yes to going to
4  sleep, but I know I didn't say anything about taking
5  a shower.
6         Again, I must have misunderstood him when
7  he asked me or whatever.  But I was just there to
8  sleep for three or four hours, because I had to meet
9  the guy at 8:00 a.m. the next morning to pick up a
10  golf cart.
11     Q.  I'm sorry.  I'm just asking you in that
12  clip, can you hear yourself saying, I was going to
13  take a shower and sleep, yes, your words?
14     A.  I hear -- I don't know if that's my words
15  or if that's the detective's words.
16     Q.  Well, listen to it again.  I'll play it
17  again.
18         (Video played on Zoom platform.)
19  BY MR. CORRENTI:
20     Q.  I was actually going to take a shower and
21  sleep, yes.
22         Did you hear that?
23     A.  No.  I -- like I said, I can't tell if
24  that's my voice or the detective's voice.
25     Q.  All right.  I'm not asking who -- I'm not

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 174

1  asking you whose voice it is, I'm asking do you hear
2  somebody say, I was going to take a shower and
3  sleep, yes.
4            Did you hear that?
5      A.   I hear -- I hear something about were you
6  or something about shower and sleep, but, like I
7  said, I know I didn't mention anything about no
8  shower, because I would have had to pay for a
9  shower, and I would go to the Pilot where I got free
10 credits to take a shower if I needed a shower.
11           I get -- I get shower credits for filling
12 up at Pilot.  That's the only place I do take
13 showers is Pilots and Flying Js, because they're
14 free.
15     Q.   All right.
16     A.   Why am I going to pay for a shower when I
17 got free credits to take showers, especially $13 or
18 $12 for a shower when I get them for free at --
19     Q.   All right --
20     A.   Pilots and Flying Js.
21     Q.   Sorry.  Are you done?  I didn't mean to
22 cut you off.
23           Are you done?
24     A.   Yes.
25     Q.   Okay.  And then same clip, same exhibit.

Page 175

1  I'm gonna play the rest of it, and I want to ask you
2  a question.
3      A.   Okay.
4            (Video played on Zoom platform.)
5  BY MR. CORRENTI:
6      Q.   All right.  So in that clip, you tell the
7  officer that you have stopped off in a TA a couple
8  of times, correct?
9      A.   I have no clue.  I didn't -- I can't
10 hardly understand what that is.  There's so much
11 echo.
12     Q.   All right.  Try it again.
13           (Video played on Zoom platform.)
14 BY MR. CORRENTI:
15     Q.   All right.  Did you hear yourself say that
16 you stopped in there a couple of times before?
17     A.   Yeah.  I heard that, but I don't know why
18 I would have said that, because I don't recall going
19 into that one.
20           Like I said, there's two Pilots there.  I
21 go to Pilot, Flying J, and that's usually the only
22 truck stops I stop at because I get shower credits
23 and food credits and everything else.
24     Q.   You don't --
25     A.   I got -- I got the Flying J app.  And

Page 176

1  that's the only app I have on my phone.
2      Q.   You'd agree that the majority of -- of
3  parking lots that you sleep in, they don't have
4  security, correct?
5      A.   Yes.  But they're well lit or they've got
6  people walking around picking up trash and
7  everything else.
8      Q.   All right.
9      A.   If they do have security, that a lot of --
10 at all their stops.
11           MR. CORRENTI:  All right.  I move to
12      strike that unresponsive portion of the
13      witness' statement.
14 BY MR. CORRENTI:
15     Q.   My -- my question was very simple.
16           You would agree that the majority of
17 parking lots you go to do not have security.  That's
18 a correct statement, right?
19     A.   I believe so.  I don't know.
20     Q.   Well, I mean based on your experience --
21     A.   I don't go -- I don't go around asking if
22 they have security or anything like that, so...
23     Q.   Even today, right, you're sleeping in --
24 hold on a second.
25           Even today you're sleeping in parking lots

Page 177

1  in Walmarts, in Home Depots, in Lowe's parking lots,
2  none of those facilities have security, correct?
3      A.   Correct.  But they've got cameras on every
4  light pole there that -- that records the whole
5  parking lot.
6      Q.   All right.  So even after this shooting,
7  you continued to sleep in your car in parking lots
8  that have no security; is that a fair statement?
9      A.   I don't -- no, because they have security
10 cameras in the parking lots, and that's considered
11 security.
12     Q.   All right.  Let me ask it this way.
13           Even today after this shooting, you
14 continue to sleep in parking lots that do not have
15 active security officers or personnel on site?
16     A.   I sleep in them, yes.  And a lot of them
17 do have security patrols that go through their
18 parking lots on a regular basis, and they do have
19 security cameras, so if anything happens to
20 someone -- someone steals anything off my trailer, I
21 can walk in there, and they can pull up footage of
22 someone stealing anything off my trailer.
23     Q.   You knew that the bathrooms inside the
24 TA -- or strike that.
25           You knew you could go inside of TA and use

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 178

1    the bathrooms, right?
2        A.   Yes.  And I would have had to wear -- wear
3    a mask and disinfect to get back into my truck
4    because my girlfriend has an autoimmune system (sic)
5    and like I said before, I was trying to --
6        Q.   Well --
7        A.   -- trying to avoid contact with as many
8    people as I could and only to go into a place if it
9    was absolutely necessary.
10       Q.   Understood.  My --
11       A.   4 o'clock in the morning to urinate was
12   now an absolute emergency to go inside the building
13   and work -- putting on a mask and having to
14   disinfect.
15       Q.   How about buying cigarettes?  I'm sure in
16   that week time, that one-week time you went inside
17   to buy cigarettes, right?
18       A.   I did not go in -- I buy my cigarettes in
19   Georgia where they are $60 a carton.
20       Q.   Okay.  And did you -- so is it your
21   testimony here today that --
22       A.   Right here.  I got cartons sitting in my
23   dash.
24       Q.   Okay.  Is it your testimony -- I want to
25   make sure I understand you.

Page 179

1        Q.   Is it your testimony here today that in
2    the two weeks leading up to this incident, you did
3    not go inside of any facilities?
4        A.   Not unless I absolutely had to.
5        Q.   And give me some reasons why you would
6    absolutely have to.
7        A.   To either get food or get cigarettes.
8        Q.   Okay.
9        A.   Or drinks.
10            But I even was carrying a cooler so that
11   way I could buy multiple drinks.  I actually got an
12   electric cooler, refrigerator right here, so I could
13   buy, like, 12 packs at a time and buy sandwiches and
14   lunch meat and everything else and keep them in my
15   cooler.  That way I could eat without having to go
16   into places.
17       Q.   All right.  You understand that it's
18   illegal to urinate in a -- in a parking lot,
19   correct?
20       A.   And what male person has not urinated
21   anywhere outside?  I guarantee you, you have, going
22   out in the woods or anything else have urinated
23   outside.
24            MR. CORRENTI:  All right.  Move to strike
25       the unresponsive portion of the witness'

Page 180

1        statement.
2    BY MR. CORRENTI:
3        Q.   I'll ask you again.
4             Is it your understanding, sir, that it is
5    illegal to urinate in a public parking lot?
6        A.   It is.  And I'm sure, like I said, you
7    have done it yourself.
8             MR. CORRENTI:  Move to strike the
9        unresponsive portion of the witness' statement.
10            THE WITNESS:  Oh, so it's all right for me
11       to make the legal --
12            MR. McBRIDE:  Anthony, Anthony, answer his
13       questions.
14            THE WITNESS:  Yes, sir.  Yes, sir.
15   BY MR. CORRENTI:
16       Q.   I'm not being questioned here, sir.
17   You're the one who decided to bring a lawsuit.  I'm
18   just trying to get your understanding, okay?  Do you
19   understand?
20       A.   Yes, sir.
21       Q.   You would agree that if you were not
22   urinating in a public parking lot, this incident
23   would have never occurred?
24       A.   Not necessarily, because I still would
25   have gotten out, and walked around and checked my

Page 181

1    tires, and my lights and everything else like I
2    always do when I park to make sure everything's
3    working.
4        Q.   All right.  Take me through that.
5             So you exit out of your car and take me
6    from -- you're -- talk me through your path of
7    travel from the moment that you leave your car to
8    the spot where you urinate.  Which way do you go?
9        A.   I got out of the driver's door and walked
10   straight ahead, and right there at the corner of my
11   front -- front of my truck is where I urinated.
12       Q.   Are you --
13       A.   My truck was blocking me.
14       Q.   Are you on the driver's side of your
15   vehicle when you're urinating?
16       A.   Yes, sir.
17       Q.   All right.  And how long was the total
18   time between the time that you got out to urinate
19   and the time that you got shot?  How long would you
20   say that total interaction was?
21       A.   I -- maybe two or three minutes.
22       Q.   And how long -- sorry.  Go ahead.
23       A.   I was already done urinating, and I was
24   about ready to get in my truck when I saw the
25   flashlight walking up on me.

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 182

1      Q.   And how long would you say it was from the
2  time that the flashlight was first shined on you to
3  the time that you were shot?  How long was that
4  entire sequence?
5      A.   By the recording that the state attorney
6  played for me on the conversation, I believe it was
7  about 65 seconds, if I remember correctly.
8      Q.   All right.  So when the -- when the -- let
9  me back up.
10          Is it -- my understanding is that your
11  driver's side would have been parked directly next
12  to Mr. Simmons' driver's side; is that correct?
13      A.   Yes, sir.
14      Q.   All right.  And so when Mr. Simmons gets
15  out of the car, and he shines the light in your
16  face, where are you both standing?  Like, had you
17  made your way back towards your driver's door?
18      A.   I was -- yes, I was making my way back to
19  the driver's door, and he was coming up on my
20  passenger side of my truck.  So we were standing --
21  you know how a dually is?
22      Q.   Yes.
23      A.   It's got the fender flares on it.  So
24  basically from the end of the cab in between the
25  dually, we were both standing basically in the same

Page 183

1  spot across from each other on the bed of my truck.
2      Q.   Got it.  So I -- I think I'm following
3  you.  I just want to make sure.
4          So you are standing towards the back of
5  your -- the trailer?
6      A.   No.
7      Q.   I'm sorry.
8      A.   No.  I was standing right -- right where
9  you're filling the gas cap.
10      Q.   Okay.
11      A.   Between the cab and the dually fender.
12      Q.   Got it.  Okay.  So on the driver's side --
13      A.   The middle of the truck.
14      Q.   On the driver's side of your car?
15      A.   Yep.  And he was on the opposite side, on
16  the passenger side.
17      Q.   Okay.  So you were in between his car and
18  your car, though?
19      A.   I was between -- yeah, I was between my
20  truck and his truck, he was between my truck and
21  someone else's truck.
22      Q.   Understood.  Okay.
23          And at that time, did you have anything in
24  your hands?
25      A.   No, sir.  It wasn't till the argument

Page 184

1  started and he would -- refused to remove the light,
2  then I reached into my truck and grabbed my light
3  and shined it back in his eyes, asking him how he
4  likes it to be blinded and everything else.  And
5  then I shut my light off, and he still refused to
6  shut his light off.
7      Q.   Understood.  So I want to break that down.
8          How long would you say it was from the
9  time he shined the light in your face until the time
10  you went to go get your light?
11      A.   Maybe 10, 15 seconds.
12      Q.   All right.
13      A.   It was very, very brief, because I told
14  him several times -- or asked him several times to
15  turn the light off out of my face, that way we can
16  talk about this or figure out what needs to be done.
17      Q.   All right.  And when you go to get your
18  flashlight, is it -- I think I saw some photographs,
19  but is it kind of like a bigger or yellow
20  flashlight?
21      A.   Yes, sir.
22      Q.   Is that what it looked like?
23      A.   Yes, sir.  It's a Rhino D spotlight.
24      Q.   All right.  Give me one second.  I want to
25  share my screen real quick.

Page 185

1          MR. CORRENTI:  This is going to be the
2      next exhibit in line which,
3      Madam Court Reporter, am I on 5?
4          COURT REPORTER:  You're on 6, Counsel.
5          MR. CORRENTI:  6, okay.  All right.  It
6      should be coming up here in a second.
7  (Defendants' Exhibit 6 was marked for
8  identification.)
9  BY MR. CORRENTI:
10      Q.   All right.  Can you see that photograph?
11      A.   Yes, sir.
12      Q.   All right.  And so what I'm highlighting
13  right here, would that have been your yellow
14  flashlight?
15      A.   Yes, sir.
16      Q.   All right.  Did your door remain open the
17  entire time during this interaction?
18      A.   Yes, sir.
19      Q.   And where -- where do you keep that
20  flashlight?  Where would you have to go to get it?
21      A.   Right on the floorboard, right in the
22  middle.
23      Q.   Okay.  And looking at this photograph, is
24  that -- I mean, is that where you would have been
25  approximately standing at the time that you were

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 186

1  shot?
2      A.   Yes, sir.  Because that flashlight was in
3  my right hand, so I was closer to the cab as
4  body-wise, like I said, my body was in between that
5  fender and the cab.
6      Q.   Okay.  And Mr. Simmons had --
7      A.   And --
8      Q.   Sorry.  Go ahead.
9      A.   And if you go to the other pictures,
10  you'll actually see where the blood spots dropped.
11  And I was about a foot away from my truck, so I
12  wasn't even near my truck or going -- attempting to,
13  like, climb over my truck or anything like that.
14      Q.   Understood.  And if I'm -- so if I'm
15  understanding correctly, Mr. Simmons would have been
16  on the passenger side or the right side of this
17  photograph?
18      A.   Yes, sir.
19      Q.   All right.
20      A.   Straight across.
21      Q.   At any point during this verbal
22  altercation, did you get closer to Mr. Simmons than
23  being on separate sides of the truck?
24      A.   No, sir.
25      Q.   All right.  At that -- and Ms. Burby may

Page 187

1  have asked you this.  But at the time that the
2  shooting occurred, did you still have your
3  flashlight on, or did you shut it off?
4      A.   It was off.  Like I said, I only shined it
5  maybe two or three seconds at him, and then I shut
6  it off.  Because I was being a little more
7  considerate, and hopefully he was going to respond
8  with the same reaction and shut his off.
9      Q.   All right.  Did you -- did you tell the
10  police officers that you had -- that you saw the gun
11  prior to being shot?
12      A.   I think I did.  I don't know.  I -- I -- I
13  keep having flashbacks of seeing a gun, and I can't
14  remember if that's when he shut his light off for
15  just a quick second to show me the gun, and
16  basically tell me that I'm going to die, or if it
17  was the muzzle flash that made me see a gun briefly.
18      I just remember seeing a gun for a brief
19  second.  And I can't remember if he shut his light
20  off or if it was the muzzle flash.
21      Q.   And -- and that's --
22      A.   Being shown.
23      Q.   And that's fair.  You can only remember
24  what you remember.  But I want to make sure that I
25  understand your testimony, because earlier you were

Page 188

1  asked if you saw the gun, and you gave an emphatic
2  no.  And so if you don't know that's fine.  But I
3  want --
4      A.   Yeah.
5      Q.   -- to understand your testimony.
6      Are you able to testify with 100 percent
7  certainty as to whether or not you did or did not
8  see the gun prior to being shot?
9      A.   I -- I -- honestly, like I said, I have
10  flashbacks of seeing it, but I don't know if I seen
11  it that night.  Like I said, I don't know -- I don't
12  know if he actually did shut his light off.  I --
13  I -- because I own guns and everything else -- but I
14  wouldn't foresee why he would shut the light off,
15  because then it would have been black, and his eyes
16  would have had to readjust to the night in order for
17  me to -- for him to get a direct aim on my head.  So
18  it had to have been the muzzle flash that I saw that
19  maybe portrayed the gun.
20      Q.   In the photograph we're looking at, I see
21  a -- a trash bin.  At any point when you were
22  urinating, did you use the trash bin or go anywhere,
23  you know -- did you use the trash bin?
24      A.   No.
25      Q.   All right.

Page 189

1      A.   No.  I'm not gonna -- rain will wash
2  urination away.  I'm not going to put urination in a
3  bag that someone's going to handle.  I have a little
4  more respect than that.
5      Q.   I can't remember if you were asked this or
6  not, so I'll just ask.
7      Did you make any threats to Mr. Simmons
8  before he shot you?
9      A.   No, sir.
10      Q.   All right.  Were -- were you raising your
11  voice or yelling in -- in any way?
12      A.   Yes, sir.
13      Q.   All right.
14      A.   Because my truck was on still.  It was
15  loud.  The other semi trucks were on, and it was
16  loud.  So we basically did have to yell at each
17  other in order for us to hear each other.
18      Q.   How long would you say that you had your
19  flashlight shined on him before you were shot?
20      A.   Like I said, about three -- about maybe
21  three to five seconds, if that.  Like I said, I was
22  just trying to prove a point that it's hard to see
23  and talk to somebody when you're blinded.
24      And, like I said, I tried to be
25  considerate.  I showed him how it was, and then I

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 190

1  turned my light off, and I told him to turn his
2  light off again.  He still wouldn't do it.  So
3  that's when I was just at -- at the point of where I
4  was just telling him to go back to this truck and go
5  back to sleep, and I was going to get in my truck
6  and go back to sleep.  And that's basically when I
7  heard the gunshot.
8        Q.   All right.  And your car was on the entire
9  time during this altercation?
10       A.   Yes, sir.
11       Q.   All right.  Have you ever been in any type
12  of physical altercation at any -- any parking lot --
13  or parking stop before?
14       A.   No, sir.
15       Q.   I saw the statement that you provided to
16  the police that part of the reason you were
17  urinating in -- in the parking lot was because you
18  were being lazy.  That was your words.  Is that a
19  correct statement?
20       A.   I wasn't being lazy.  I was being -- like
21  I said, I've got a girlfriend that's got an
22  autoimmune system, CVS and fibroids (sic).  And,
23  like I said, I was trying to stay away from as many
24  buildings and people as I can so that way I didn't
25  bring the COVID to her and make her sick and

Page 191

1  possibly die.
2        Q.   All right.  Quick -- I'll just ask it
3  again.
4             Did you tell the police officer that part
5  of the reason why you were urinating in the parking
6  lot was because you were being lazy?
7        A.   Not that I recall, no.
8        Q.   After you were shot, you did go into the
9  TA facility, correct?
10       A.   Yes, sir.
11       Q.   All right.  And you spoke to a couple of
12  TA employees?
13       A.   Yes, sir.
14       Q.   And you --
15       A.   Well, I don't know if I spoke to them.
16  But I went in there yelling and screaming that I had
17  just got shot in the parking lot, and I needed help
18  and everything else.  And the lady behind the
19  counter came around to me.
20            And then some -- the janitor -- I guess
21  the janitor or shower guy came up with some towels,
22  and they said I was bleeding all over the floor
23  inside.  And they got me a desk chair, and put me in
24  the foyer, and had me wrapped -- hold the towels
25  over my face to contain the blood.

Page 192

1        Q.   Understood.  So did the TA employees, did
2  they -- did they help you?
3        A.   They, like I said, they brought me a towel
4  and a chair.
5        Q.   Were they respectful?
6        A.   To the most point, yes.  I hope so.  If --
7  if someone just got shot in the head, who wouldn't
8  be considerate and helpful?
9        Q.   I -- I wasn't there, so I'm just asking
10  you based on your experience, were the TA employees,
11  were they respectful to you?
12       A.   Yeah.
13       Q.   Did they seem to care about your
14  well-being?
15       A.   I guess so.  I don't know.  I -- I wasn't
16  in there for that long.  The cops showed up within
17  maybe a minute or two.  And then they pulled me out
18  of the foyer and started questioning me.  So I did
19  not have much contact with the employees at all,
20  except for them bringing me the towel and the chair.
21       Q.   Besides the one or two employees that you
22  spoke to on that evening, have you spoken to anyone
23  else from TA since this shooting?
24       A.   No, sir.
25       Q.   Did you call 911?

Page 193

1        A.   Yes, I did.
2        Q.   Do you know if TA called 911?
3        A.   Nope.
4        Q.   Did --
5        A.   As soon as I got shot, I reached into my
6  truck.  You can see one of the photos.  It's got a
7  bunch of blood on the running boards and some blood
8  on the seat.  That's when I grabbed my phone, and I
9  hit 911.  I hit send.  And then I heard 911 answer,
10  and I ran into the store.  And then when I got into
11  the store, I started talking to 911 while I was
12  yelling to get help from the employees.
13       Q.   Okay.  Have you ever been in a -- have you
14  ever been in a parking lot like a Walmart or a
15  Home Depot, attempting to sleep and a police officer
16  has come up on you and told you you're not supposed
17  to sleep there?
18       A.   Yes.
19       Q.   All right.  And what do you do when that
20  happens?  You just go to a different parking lot?
21       A.   Yes, sir.
22       Q.   Is there a reason why you don't go to
23  hotels?
24       A.   Save money.
25       Q.   Okay.

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 194

1   A.   $100 a night, it's -- adds up.
2        And then also I don't have -- especially
3   when I have my open trailer, I don't have a way to
4   see if anyone's on my trailer or messing with my
5   trailer or anything else.
6        I'm a -- kind of a light sleeper.  And if
7   someone's trying to take -- because I've got --
8   usually high-dollar motorcycles or cars or something
9   like that that could be easily taken off, crotch
10  rockets and everything else, so I stay with my truck
11  and trailer at all times, so that way no one can
12  take anything off of it.
13  Q.   Okay.  Understood.  But you -- you do
14  understand that you're not supposed to sleep in open
15  parking lots like Walmarts and Home Depots?
16       Do you understand that?
17  A.   Actually, Walmart has a policy that they
18  do invite truckers to sleep in their parking lots.
19  Q.   Okay.  Are you considered to be a trucker?
20  A.   I --
21  Q.   Are you talking about people -- people
22  that have semi rigs with -- with sleeping parameters
23  inside of their trucks?
24  A.   They allow RVers; they allow semi trucks;
25  they allow pretty much anybody with a truck or

Page 195

1   trailer or even a car.  I see cars parked in
2   Walmarts all the time sleeping.
3   Q.   How many times have you been in a
4   situation where you've been sleeping in a parking
5   lot and a police officer's come up to you and told
6   you you can't be there?
7   A.   Maybe three or four times in the 12 years
8   I've been doing this.  It's usually up in the
9   northern states.
10  Q.   What -- what would you do when you were
11  traveling with your -- your brother and there's two
12  of you?  Would you both sleep in the car?
13  A.   Most of the time, we would -- do not stop
14  driving.  One of us would sleep while the other was
15  driving.  But, yes, the front seat is a bench seat
16  as well.  And if we had to stop to deliver something
17  and we had a few hours to kill, one of us would
18  sleep in the bed, and the other one would sleep
19  across the front seat -- seat.
20  Q.   Understood.  Are there any times where
21  you've booked a hotel?  You stayed in a hotel?
22  A.   Yes, there was.  When there was an ice
23  storm, the ice storm that went through Texas last
24  year, the dealerships were closed for two or three
25  days, and we got a hotel room for there.

Page 196

1   Q.   Okay.  But -- and you would agree nobody
2   was forcing you to stay at a TA if you felt unsafe,
3   correct?
4   A.   I'm sorry?
5   Q.   Nobody was forcing you to spend the night
6   in a TA's parking lot.
7        You'd agree with that, right?
8   A.   No.  Nobody forces me to do anything.  But
9   when I have limited choices of what to do, then --
10  then that's what I'm stuck with.
11  Q.   And there was nothing preventing you from
12  booking a hotel that evening, correct?
13  A.   There was -- the hotels in the area, but,
14  again, I don't book hotels unless I necessarily have
15  to.  But at 4:00 in the morning, I'm not booking a
16  hotel, spending $100 for four hours' worth of
17  sleep --
18  Q.   Okay.
19  A.   -- because I have to meet the person at
20  8:00 in the morning.
21       So for four hours at $100, it's not worth
22  booking a hotel.
23       Would you book a hotel for four hours?
24  Q.   Let me ask you this.  Have you -- I want
25  to make sure I understand your testimony with 100

Page 197

1   percent certainty.
2        Have -- you've never been to a TA parking
3   lot to sleep since this shooting happened; is that
4   correct, not once?
5   A.   Nope.
6   Q.   All right.  I mean, that is a correct
7   statement -- it was a poor question.
8        But that is a correct statement?
9   A.   I have not been into any truck stop to
10  sleep since I've been shot.
11  Q.   Okay.  My understanding is you've had two
12  surgeries related to this incident to your forehead;
13  is that correct?
14  A.   Yes, sir.
15  Q.   All right.  Do you have any -- I think you
16  mentioned maybe sinus surgery but any other
17  surgeries planned besides that in the future?
18  A.   Yes, sir, to cover the hole on the -- in
19  my forehead --
20  Q.   Okay.
21  A.   -- and to do scar repair, trying to get it
22  back to look back to normal.
23  Q.   You mentioned the motor vehicle accident
24  in June of 2020.
25       Were you also involved in a motor vehicle

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 198

1  accident in May 2018?
2      A.   I believe I hit somebody lightly, I think,
3  if that's the one you're talking about in Tampa.
4  There was no injuries.  She was a con artist,
5  because I had my enclosed trailer, and I remember we
6  watched her go from behind me, sped around me, cut
7  me off, slammed on the brakes to turn onto the
8  street that she lives on, but I put a little bit of
9  paint on her Honda Civic, no body lines were moved
10 or anything else.  But yet she claimed medical
11 damage and was trying to go for my full uninsured
12 motorist and medical coverages, and she didn't win.
13     Q.   All right.  Did you -- were your cited as
14 a result of that accident by the police officers?
15     A.   No, sir.
16     Q.   All right.  Any other motor vehicle
17 accidents from 2005 to 2018?  Any other ones in
18 between there?
19     A.   I believe I had one in Washington, D.C.
20 where the lady went around me in the triangle of the
21 off-ramp to try get in front of me, and she cut too
22 short; and I hit her in the side doors, and she got
23 cited for improper change of lane.
24     Q.   Okay.  And any other motor vehicle
25 accidents in that time frame?

Page 199

1      A.   Not that I can recall right now.
2      Q.   Have you ever been at fault for -- found
3  at fault for a motor vehicle accident?
4      A.   I know my insurance found me at fault for
5  the -- that 2018 accident.  But as far as the police
6  was concerned, they saw that there was no damage or
7  anything else, and that -- the story I told them was
8  basically true.  That's what made me get a dash cam,
9  was after that accident because it increased my
10 insurance rates.  I lost my safe driver and
11 my no-claim discounts.
12     Q.   We talked about some trips you've taken
13 since the shooting.  I want to make sure that I've
14 gotten everything.
15          Have you -- have you been on any vacations
16 since the shooting?
17     A.   No, sir.
18     Q.   Have you been on an airplane since the
19 shooting?
20     A.   No, sir.
21     Q.   Have you been on -- on a boat since the
22 shooting?
23     A.   No, sir.
24     Q.   Have you been to any theme parks since the
25 shooting?

Page 200

1      A.   No, sir.
2      Q.   Do you belong to a gym?
3      A.   No, sir.
4      Q.   Are you right-handed or left-handed?
5      A.   Right.
6      Q.   Have you ever filed for unemployment?
7      A.   No, sir.
8      Q.   Since this incident occurred, have you
9  been hospitalized for any reason, other than going
10 to Ocala Regional immediately following the
11 shooting?
12     A.   No, sir.
13     Q.   Before this accident -- in, like, the five
14 years before this accident, if you were sick or had
15 some type of cold or needed to go see a doctor, who
16 would you go see?
17     A.   No one.
18     Q.   You just would not get treatment?
19     A.   I don't get sick.
20     Q.   Okay.  Were there any -- any instances you
21 can think of in the -- in the five years preceding
22 this accident where you had to go for any type of
23 medical treatment?
24     A.   I broke -- I got what's called a coaxial
25 fracture where I broke the bone right before my

Page 201

1  pinky on my right-hand.  And I broke my wrist on my
2  left hand.
3      Q.   And where -- where did you go for
4  treatment at that time?
5      A.   I believe Traditional Hospital.
6      Q.   What time frame was that?  If the accident
7  was 2020, when would that have been?
8      A.   Sometime within the ten years I've been
9  with my girlfriend, because first time I ever broken
10 bones.
11     Q.   Okay.
12     A.   I would take one maybe around -- let me
13 see.
14          2013 is ten years -- maybe one around
15 2005, 2007; and the other one, maybe around 2008 or
16 2000 -- no.  Wait.  I'm sorry.
17          We got back together in 2013, so probably
18 around '15 or '16, and then the other one maybe
19 around '16 or '17.  They were only a couple of years
20 apart.
21     Q.   But they were two separate incidents?
22     A.   Yes, sir.
23     Q.   At any time --
24     A.   One was I hit a wall.  And the other one
25 was a Mustang was rolling out.  We were unloading a

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 202

1  Mustang from the -- my trailer, and it was going
2  towards the wall of my warehouse, and I put my arm
3  in between the wall and the Mustang to stop it, and
4  that's when I broke my left wrist.
5       Q.   All right.  And the first one when you say
6  you hit a wall, are you talking about physically
7  punching a wall, or what happened there?
8       A.   Yes.
9       Q.   Physically punching a wall?
10      A.   Yes.
11      Q.   What was the reason you did that?
12      A.   Argument with girlfriend.
13      Q.   Is this the same girlfriend you have now?
14      A.   Yes.
15      Q.   All right.  Have you guys been together
16 the entire time, ten years, or has there been times
17 where you've broken up and gotten back together?
18      A.   Nope.  Entire time.
19      Q.   Okay.  I'm just flipping through my notes,
20 but I'm almost done.  I just want to make sure I
21 didn't miss anything.  Give me one second.
22           THE WITNESS:  Well, there's -- there's
23      times where I tried to break up with her or
24      whatever else, but she still didn't leave, and
25      we still lived together.  But, yeah.  It wasn't

Page 203

1  really, I guess, a breakup if she never left.
2  So -- but, yeah, we have had arguments where I
3  told her to leave or I'm done, but she never
4  left.  And she won't go nowhere, so I don't
5  know if you really call that a breakup or not.
6  But, yeah, we've had our arguments where we've
7  had those words come out.
8  BY MR. CORRENTI:
9       Q.   Okay.  All right.  Since this shooting
10 there have been times where you've driven 40-plus
11 hours in a week; is that -- is that correct?
12      A.   Probably, yes.
13      Q.   Have there been times where you've driven
14 50-plus hours in a week?
15      A.   I can't recall.  I don't -- like, I don't
16 keep track of my hours of when I'm driving and
17 especially when I have my brother with me, I didn't
18 keep track of hours when he was driving.
19           I don't keep track of hours.  I don't keep
20 track of the log book.  I drive until I either get
21 tired or I get to my spot of where I need to be.
22 That's why I don't have DOT numbers, because I don't
23 need a body of government telling me how many hours
24 I can drive a day.  I know my body better than
25 anybody else, so...

Page 204

1       Q.   All right.  And I'm going to show you one
2  more thing, and then I'm almost wrapping up here.
3            This is going to be the next exhibit in
4  line, which is going to be Exhibit 7.
5  (Defendants' Exhibit 7 was marked for
6  identification.)
7  BY MR. CORRENTI:
8       Q.   Give me one second.
9            All right.  These are your
10 interrogatories.  These are those written questions
11 we talked about before.  And I just want to make
12 sure I'm not missing anything.  So on number 10 here
13 we ask you to basically identify all of the -- the
14 medical expenses that you incurred resulting from
15 this particular incident, and there's a list of
16 providers in response to number 10.
17           I want to make sure, are there any other
18 providers you could think of that are not
19 specifically listed in the response to Interrogatory
20 Number 10, or does that cover everyone that you've
21 treated with involved in this incident?
22      A.   Oh, there's Alexandria Berger.  I don't
23 see my back doctor on there, Sherban Spinal
24 Institute.  The -- oh, there's Treasure Coast Urgent
25 Care.

Page 205

1           MR. McBRIDE:  Counsel, we're not -- we're
2      not making --
3           THE WITNESS:  DR -- DR --
4  BY MR. CORRENTI:
5       Q.   Go ahead.
6           MR. McBRIDE:  Yeah.  Go ahead.
7       A.   Oh, Radiology Associates.  There might be
8  another radiology in Port St. Lucie I might have
9  seen, but I can't remember if I did or not.  It
10 would be -- it would be called Radiology Associates.
11 I know I've contacted them.
12           I don't see my chiropractor on there.
13 BY MR. CORRENTI:
14      Q.   All right.  Let me ask you that.
15           MR. CORRENTI:  Mr. McBride, were you going
16      to say something?  You're not making a --
17           MR. McBRIDE:  Yeah.  Yeah.  We're not
18      formally making a claim for those -- for the
19      injuries related to the car crash.
20           MR. CORRENTI:  Okay.  These are the back
21      injuries he was talking about?
22           MR. McBRIDE:  Correct.  That's why it's
23      not on there.
24           Anthony, we'll talk more about that after
25      your deposition concludes.

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 206

1         MR. CORRENTI:  Okay.  All right.  No
2   problem.  So then in light of that I'm going to
3   forego the questions that I would have
4   typically asked in regards to that treatment
5   and then I'll move on.  Let me stop this.
6         THE WITNESS:  Was there the --
7   Dr. Jad Jaffal on there, or it's -- I can't
8   remember the business name, but it's something
9   like Myofacial and Oral Surgeons of Florida or
10  something like that.  I don't remember what
11  it's recalled, but he's the surgeon that did
12  everything on my head.
13  BY MR. CORRENTI:
14        Q.   Okay.  I think he's in there.  But that'll
15  be noted.
16             Have you had any kind of therapy since
17  this shooting, either occupational therapy, physical
18  therapy, anything of that nature?
19        A.   Just the therapy I had there with the
20  doctor, Adam Iglesias, when he called me once a
21  week, but I wouldn't really call that much a
22  therapy.  He didn't really give me any kind of
23  coping skills or anything else.  He just called to
24  see how I was doing and --
25        Q.   Got it.

Page 207

1         A.   -- just talk about everyday things.
2              He wouldn't ask me how I'm feeling or what
3   I'm thinking or anything like that, like a therapist
4   should.  So that's why I wasn't too worried when he
5   stopped calling me.  But...
6         Q.   All right.
7         A.   Yes.  I have been suppressing my feelings
8   and trying to cope with everything the best way I
9   can and know how it...
10        Q.   Understood.  Okay.  And in terms of your
11  activities, I know we talked about this a little
12  bit.
13             Is there anything that -- that you would
14  do before the accident in terms of either lifting or
15  whatnot that you absolutely will not do today?
16        A.   Right now, I know I won't probably go --
17  unless I -- unless I can get the hole fixed or
18  something like that, I don't -- scuba diving, I
19  don't think I would be able to handle, because the
20  pressure on the sinuses and stuff like that.  I
21  don't think I would be able to handle it.  I'd
22  either -- probably either royally mess up my sinuses
23  or get vertigo or something like that.  And that's
24  the one main thing I love out of everything, that

Page 208

1   and boating.  And I don't know.  It's just so much
2   there it -- to do that requires the use of your back
3   and your knees and -- that causes jarring and
4   whatnot.
5         Q.   Understood.  Okay.  Last -- last couple of
6   questions I have for you.
7              Is there anything else you can think about
8   your injuries that we haven't already discussed here
9   today?
10        A.   Not at the moment.  I'm -- I'm just
11  overwhelmed, and I don't know.  I'm just -- I had
12  some questions and some things and everything else,
13  but I forgot what they were.  I -- I don't.
14        MR. McBRIDE:  Mr. Voltz, you're not asking
15  questions today, all right?
16        THE WITNESS:  Yeah.
17        MR. CORRENTI:  And we're almost done.
18  BY MR. CORRENTI:
19        Q.   Is there anything else you can think about
20  the incident itself that we haven't already covered
21  that you would like to share?
22        A.   The fact he just frickin' shot me for
23  no -- just to shoot me.  He even posted on Facebook
24  the night before that if I stay clear -- or word to
25  the wise, stay clear of my truck and posted a video

Page 209

1   on how he was going into Tampa, and it was the heart
2   of the riots and if anyone got in his way they'd be
3   sorry.  And he was just itching to hurt somebody for
4   any reason at all.  And that's what I believe he was
5   trying to do.
6              He was trying to kill me, get away with
7   it, open up his truck, put whatever he had in his
8   truck in my truck, and basically get away with
9   murder.  So he's just, to me, psychotic and trigger
10  happy, and I don't know.
11        MR. CORRENTI:  All right.  I don't have
12  any further questions at this time.
13        Thank you, sir.
14        MR. McBRIDE:  All right.  I'm not -- we're
15  not going to have questions either.
16        MS. BURBY:  I have some follow-up
17  questions on Mr. Voltz's testimony.  This is
18  Jennifer Burby again representing Mr. Simmons.
19             REDIRECT EXAMINATION
20  BY MS. BURBY:
21        Q.   Mr. Voltz, how do you know that my client
22  is psychotic and trigger -- trigger happy?
23        MR. McBRIDE:  Form.
24
25  BY MS. BURBY:

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 210

1    Q.   Is that just your opinion?
2    A.   That's my opinion and based upon his
3 videos on Facebook.
4    Q.   What videos on Facebook?
5    A.   He's -- he -- he deleted the one right
6 after I got shot, but then he reposted the memory of
7 it saying that he's going into the heart of Tampa
8 where the heart of the riots are, and that the truck
9 protesters, if they get in his way, that he'll
10 basically deliveries run them over, and that he's gonna make
11 his deliveries unscathed and unhurt and anybody
12 messes with him, they'll be sorry and all kinds of
13 stuff.  He goes on and on and on.
14        I mean, he's also got other posts on
15 there.  Is your property worth more than a person's
16 life, and he says yes.  He's got a picture of a gun
17 collection of over 100 assault rifles and everything
18 else posted all over Facebook.
19        He's got all kinds of just weird red flag
20 posts on Facebook.  It all has to do with guns and
21 politics and, like, take -- taking someone's life.
22 He was talking about the North Carolina shooting
23 where the -- the shooter was on the run and
24 everything.
25        And he said, well, let me go over there

Page 211

1 and they -- they won't have -- they'll have -- oh,
2 it was a stand-off.  He said, let me go in there,
3 and I'll end the stand-off immediately, meaning he's
4 just gonna shoot them.
5        There's all kinds of posts like that all
6 over his Facebook page.  I've got them all recorded
7 on my phone.
8    Q.   How much time have you spent on
9 Mr. Simmons' social media?
10   A.   Not much.  It's basically been my brothers
11 and my girlfriend.
12   Q.   Okay.  Well, how do you know that he was
13 trying to kill you, as you characterized?
14   A.   Bullet to the head.
15        How do you other -- how do you explain
16 that in any other way.
17   Q.   Well, how do you know that he wasn't
18 trying to defend himself?
19   A.   How can you --
20        MR. McBRIDE:  Form.
21   A.   -- defend yourself when there's a truck in
22 between us?  I'm not superman.  I can't jump a truck
23 in a single bound.
24
25 BY MS. BURBY:

Page 212

1    Q.   Are you --
2    A.   I had nothing -- I had nothing in my hands
3 to threaten him.  I never threatened him to begin
4 with.  My very last sentence was -- to him was just
5 for him to get in his truck and go back to bed.
6        So where is the threat for him to try to
7 take my life?
8    Q.   At this juncture, sir --
9    A.   If he wasn't trying to kill me, he could
10 have shot me in the shoulder --
11        MR. McBRIDE:  Mr. Voltz, Mr. Voltz, she
12     was starting to ask a question.  You gotta let
13     her ask.
14        THE WITNESS:  Yes.  Sorry.
15 BY MS. BURBY:
16   Q.   At this juncture, sir, this appears to be
17 a he said/she said or a he said/he said with regard
18 to the skirmish that you two had prior to the
19 shooting.
20        Are you aware, as you sit here today, of
21 anybody that can be a tie breaker as to what
22 happened that night?
23   A.   I -- I don't understand what you're
24 saying.
25   Q.   Okay.  At this point it's your word

Page 213

1 against Mr. Simmons'.  Are you aware of any
2 witnesses whatsoever who saw or heard the argument
3 that you two had before the shooting happened
4 that --
5    A.   Yeah.
6    Q.   -- pertains to what happened?
7    A.   My GPS audio recording.  It's got the
8 whole conversation on there.
9    Q.   And you deny ever telling the police
10 officer that your intention was to park, take a
11 shower, and then stay the night in the parking lot?
12   A.   I had no intentions of a shower at all.
13 Why would I take a -- why would I waste the time if
14 I only had four hours to meet the guy, to pick up
15 the golf cart?  Why would I waste an hour or so
16 getting ready to go in there and take a shower?
17   Q.   Okay.
18   A.   I had no -- and -- and I was only three
19 hours from home.  I could take a shower when I get
20 home.
21   Q.   Another thing I wanted to clarify, sir,
22 for the record, is that earlier you testified that
23 you've had longstanding issues with insomnia, that
24 you can't drink coffee because it -- or that
25 drinking coffee isn't going to make you go to sleep,

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 214

1  that your mom gave you Mountain Dew when you were a
2  baby, but then yet when Mr. Correnti was asking you
3  about whether you needed it to be dark in order to
4  fall asleep in your car in the parking lot, you said
5  that you -- it doesn't matter because you can fall
6  asleep anywhere.
7          So --
8      A.   Yeah.
9      Q.   -- so which one is it?
10     A.   I can fall asleep anywhere.  If I'm tired
11 enough, I'll fall asleep anywhere, just like anybody
12 else.
13     Q.   Okay.  So as long as you're not having an
14 insomniac episode, it doesn't matter if it's a lit
15 area or a dark area where you're falling asleep?
16     A.   Well, it depends on how long I'm up and
17 everything.  It's when I get tired is when I fall
18 asleep.  That's why I said I know my body better
19 than anybody else, so I know when I can sleep and
20 when I can't sleep.
21     Q.   Okay.  When --
22     A.   There have been times I've got to actually
23 take sleeping aid pills to fall asleep at a -- any
24 kind of decent hour when I'm at home.  Otherwise,
25 I'll stay up all night and sleep all day.

Page 215

1      Q.   Now, when my client confronted you in the
2  parking lot before the shooting, were you still
3  actively urinating, or had you finished?
4      A.   I had finished.  I was actively getting
5  into my truck to go to sleep.
6      Q.   When my client confronted you, did you
7  have your hands in your pockets for any reason, or
8  were you zipping up your pants?
9      A.   No, sir -- no, ma'am.  My hands were free,
10 and he could see them above the truck bed, because I
11 made sure he could see my hands; hence, why he
12 thought I was all tatted up, because he must have
13 seen the one tattoo that was on my one arm.
14     Q.   Any attempt to wash your hands after you
15 went to the bathroom but before you got in your
16 vehicle?
17     A.   I usually do.  I have scrubbing towels,
18 degreaser towels in here that -- for me to wash my
19 hands.
20     Q.   Well, I know that's what you said that you
21 usually do, but is that what you did at the day of
22 the shooting?
23     A.   I didn't get a chance to.  He approached
24 me too quickly before I even got in my truck.
25     Q.   Do you have any knowledge beyond

Page 216

1  speculation regarding my client's preshooting mental
2  health or psychiatric history?
3      A.   I'm sorry?
4      Q.   Do you have any knowledge about my
5  client's mental health or psychiatric history before
6  the shooting and beyond --
7      A.   I --
8      Q.   -- speculation?
9      A.   -- I never met your client before in my
10 life, so no.
11         MS. BURBY:  Okay.  I don't have any other
12     questions.
13         MR. CORRENTI:  I have one follow-up, and
14     then -- I have one or two follow-ups, and then
15     I'll be done.
16             RECROSS-EXAMINATION
17 BY MR. CORRENTI:
18     Q.   You were talking about, you know, the
19 parking lot and whatnot.  Can you give me a couple
20 examples of parking lots that you've slept in,
21 specific locations since the shooting occurred?
22     A.   I'm sorry?
23     Q.   Yeah.  Give me some specific locations
24 where you've slept in your vehicle, those parking
25 lots, locally here in Florida, where have you slept

Page 217

1  since the shooting?  Give me a couple specific
2  examples.
3      A.   I just slept at the Gainesville
4  RideNow Powersports parking lot.
5          I've slept in -- at the Jacksonville
6  Indian motorcycle dealership's parking lot.
7          I've slept at almost any Walmart across
8  the state of Florida.
9          MR. CORRENTI:  That's all I've got.
10     Thank you, sir.
11         MR. McBRIDE:  All right.  Give me one
12     moment here, everybody.
13         Actually -- all right, I'm just gonna -- I
14     have a very kind of brief question for you,
15     Mr. Voltz, or a couple brief questions.
16             CROSS-EXAMINATION
17 BY MR. McBRIDE:
18     Q.   At -- at the time that you first -- that
19 you first saw the light being shown upon you, was
20 the person with the flashlight directly across the
21 bed of your truck?
22     A.   Not at the -- no.  It was coming --
23 walking up towards me from the back of my trailer.
24     Q.   Okay.
25     A.   And I thought he was either like a

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 218

1 security guard or a police officer or something like
2 that or someone needing help and wanting tools,
3 because I've had people ask -- come up and ask me if
4 I've got certain tools or something like that
5 because they're broke down, and they need help or
6 something like that.
7         So there was all kinds of -- all kinds of
8 scenarios going through my mind. I wasn't thinking
9 of anyone starting a confrontation or an argument
10 with me.
11         MR. McBRIDE: All right. All right.
12 Understood.
13         I don't have any other questions.
14         MR. CORRENTI: Nothing for TA.
15         MS. BURBY: (Nonverbal response.)
16         VIDEOGRAPHER: All right. If counsel has
17 nothing further, I'll go ahead and read us out.
18         MR. McBRIDE: Sounds good.
19         VIDEOGRAPHER: All right. This concludes
20 volume one of the deposition of
21 Anthony S. Voltz in the matter of Voltz vs.
22 TA Operating, LLC, et al.
23         We are now off the record. The time is
24 2:45 p.m. Eastern time.
25         COURT REPORTER: Question --

Page 219

1         MS. BURBY: I'm gonna order.
2         Are you guys going to read or what did you
3 say?
4         MR. McBRIDE: We did not say. We'll read.
5         MS. BURBY: Okay. I'm gonna go ahead and
6 order, please, and no rush.
7         COURT REPORTER: Got it.
8         Would anyone like a copy?
9         MR. CORRENTI: I'll -- I'll take a copy,
10 please. I don't need the video, though, right
11 now.
12         MS. BURBY: I don't need the video either.
13         MR. McBRIDE: We'll take a copy and no
14 video -- well, yeah, I guess we will actually.
15         (Deposition concluded at 2:45 p.m.)
16                 - - - - -

Page 220

1                 REMOTE DECLARATION
2
3 STATE OF FLORIDA
  COUNTY OF FLAGLER
4
5         I, Vanese Killingbeck, RPR, CRR,
6 Registered Professional Reporter, Certified Realtime
7 Reporter, and Notary Public of the State of Florida,
8 certify that ANTHONY VOLTZ declared his testimony in
9 this matter is under penalty of perjury, before the
10 giving of his deposition.
11
12         Signed this 25th day of January 2023.
13
14
15
16
17
18
19         *Vanese Killingbeck*
20 _____
         Vanese Killingbeck, RPR, CRR
21         Notary Public, State of Florida
         Commission No: HH 345922
22         Commission Expires: January 13, 2027
23
24
25

Page 221

1         REPORTER'S DEPOSITION CERTIFICATE
2 STATE OF FLORIDA
  COUNTY OF FLAGLER
3
4         I, Vanese Killingbeck, RPR, CRR,
5 Registered Professional Reporter and Certified
6 Realtime Reporter and Notary Public, certify that I
7 was authorized to and did stenographically report
8 the deposition of ANTHONY VOLTZ, pages 5 through
9 218, that a review of the transcript was requested;
10 and that the transcript is a true record of my
11 stenographic notes.
12         I further certify that the deposition was
13 taken remotely within the State of Florida at the
14 time and place specified herein above and that I am
15 not a relative, employee, attorney, or counsel of
16 any of the parties, nor am I a relative or employee
17 of any of the parties' attorneys or counsel
18 connected with the action, nor am I financially
19 interested in the action.
20
21         Dated this 8th day of February 2023.
22
23         *Vanese Killingbeck*
         _____
24         Vanese Killingbeck, RPR, CRR
         Registered Professional Reporter
         Certified Realtime Reporter
25

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

Page 222

```
 1   PLEASE ATTACH TO THE DEPOSITION OF ANTHONY S. VOLTZ
     TAKEN ON January 25th, 2023 IN THE CASE OF VOLTZ VS.
 2   TA OPERATING, LLC, ET AL.

 3
 4   PAGE        LINE    CORRECTION AND REASON THEREFOR
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
     I HAVE READ THE FOREGOING PAGES AND, EXCEPT FOR ANY
20   CORRECTIONS OR AMENDMENTS INDICATED ABOVE, I HEREBY
     SUBSCRIBE TO THE ACCURACY OF THIS TRANSCRIPT.
21
22   _____       _____
     ANTHONY S. VOLTZ                DATE
23
24   _____       _____
     WITNESS TO SIGNATURE            DATE
25
```

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

**Exhibits**

**Exhibit 02** 3:11 165:15,18

**Exhibit 03** 3:13 167:4,5 168:18

**Exhibit 06** 3:16 185:7

**Exhibit 07** 3:17 204:4,5

---

**$**

**$100** 194:1 196:16,21

**$12** 174:18

**$12,000** 137:17

**$13** 174:17

**$185,000** 129:5

**$20** 64:12

**$200** 41:2

**$285,000** 97:13

**$350** 41:17

**$450** 135:21

**$60** 178:19

**$800** 140:9

---

**-**

**--this** 60:7

---

**1**

**1** 160:20,22

**10** 101:3 118:7 141:21 142:14 184:11 204:12,16, 20

**10-hour** 156:12

**10-minute** 45:2

**10-pound** 141:9

**100** 188:6 196:25 207:15 210:17

**1099** 12:23 129:5

**10:00** 35:9,16 57:19

**10:11** 45:9

**10:20** 45:3

**10:22** 45:12

**10th** 23:22,23 24:11,13 25:13 146:13,14,18,22

**11** 12:16 13:24 145:23

**11:36** 99:9

**11:45** 99:3,12

**11th** 24:12 118:1 146:23 147:1

**12** 12:16 33:14 43:4 67:25 114:6 118:7 142:15 179:13 195:7

**15** 17:22 33:15 34:11 43:4 44:25 113:11 114:6 184:11 201:18

**15-year** 33:16

**16** 201:18,19

**16-foot** 27:1,2,6 159:16, 20,21 165:22

**17** 201:19

**18** 37:15 142:12 147:10,12

**1977** 16:22

**1983** 19:24

**1999** 41:7 42:13

**1:00** 35:15

**1:04** 155:23

**1:33** 156:1

**1st** 29:10 37:22 90:25

---

**2**

**2** 30:17 165:15,18

**20** 42:15 128:6,7 145:5

**20-something** 147:20

**200** 97:17 115:4

**2000** 26:18,24 201:16

**2002** 26:9,21

**2003** 34:11

**2005** 198:17 201:15

**2007** 13:12 33:25 148:11 201:15

**2008** 201:15

**2009** 15:7

**2010** 13:23 117:24,25 150:25

**2011** 151:1

**2013** 201:14,17

**2016** 18:15

**2017** 15:14,15

**2018** 15:14,15 198:1,17 199:5

**2019** 26:18 97:12,16 101:12 102:17 104:21 105:1 129:5

**2020** 12:6 16:9 17:2 46:23 97:18,23 98:12 100:8 104:25 113:3,10 130:1 134:6 135:20 144:1 148:9, 17,21 197:24 201:7

**2021** 49:11,12,15 129:25 135:20 145:6

**2022** 37:23 49:11 136:3 140:16 145:6

**2023** 4:8 18:14 129:9

**20s** 143:18

**21** 13:15 21:15 118:1,17

**2167** 9:15 10:12

**22** 13:14

**225** 16:12

**22nd** 19:25

**230** 16:12

**24** 30:23 31:3 32:24 34:25 35:21 55:14

**250** 16:7

**25th** 4:8 43:12,14

**26** 90:14

**26,000** 26:4

**27** 161:14

**279** 97:17

**27th** 19:24 43:9,14 98:12

**285** 97:14

**285,000** 97:17

**2:00** 35:15

**2:45** 218:24 219:15

**2nd** 23:23 91:1

---

**3**

**3** 57:25 167:4,5 168:18

**30** 38:13 147:11

**300** 30:17

**30s** 143:17,20

**30th** 54:16 57:18

**31st** 18:13 54:15,17 90:24

**34-foot** 26:19

**3rd** 16:22 101:12 141:16

---

**4**

**4** 18:10 168:19 178:11

**4-wheeler** 102:5

**4-wheelers** 102:6

**4-wheeling** 102:1

**40** 38:13 129:18

**40-foot** 26:18

**40-plus** 203:10

**42** 17:2

**43** 17:2

**45** 16:23

**4:00** 36:1 163:14 196:15

**4:30** 23:9 52:12 67:8

---

**5**

**5** 78:2 101:3 102:7 171:5,20 185:3

**5-** 141:9

**50** 129:18

**50-plus** 203:14

**500** 57:25

**53** 17:20

**5:22-CV-00431-JSM** 4:14

**5:38** 171:7

**5th** 23:22

---

**6**

**6** 16:3,4 52:19 185:4,5,7

**60** 77:20

**64** 77:21

**65** 182:7

**6:26** 161:1

**6th** 148:3

---

**7**

**7** 52:19 204:4,5

**75** 98:16 114:22

**7th** 148:3

---

**8**

**812 718-7917** 138:1

**89** 20:1

**8:00** 35:9,16 173:9 196:20

**8th** 20:2 148:4

---

**9**

**9** 156:11

**90** 84:23 86:21 136:6,14

**91** 20:3

**911** 82:2 84:5,11 86:24
192:25 193:2,9,11

**92** 20:3

**94** 24:9

**95** 24:9 43:18

**96** 24:9

**98** 42:13

**9:00** 35:9,16

**9:08** 4:7

**9:22** 16:16

**9:23** 16:19

**9:29** 20:21

**9:35** 20:24

**9th** 24:11 146:12,14

---

**A**

**a-l** 112:9

**a.m.** 4:7 16:16,19 20:21,24
36:1 45:9,12 99:9,12 161:1
171:7 173:9

**AA** 148:23

**above-level** 25:18

**absence** 149:13 150:12,
16,22,24

**absolute** 178:12

**absolutely** 45:1 67:17
178:9 179:4,6 207:15

**abused** 138:9,10

**AC** 101:21

**accept** 127:25 128:14

**accepts** 54:11

**access** 14:15

**accident** 32:16,19,22,23,
24 33:10,12,14,17 43:6,15,
17 44:4 46:16,20,23 47:8,
23 50:17 54:25 57:2 93:1,
25 95:10,18 96:17,21,23
97:5 100:8,12,15,20
103:19 111:13 113:2,10,
11,12 114:4,12 119:20
120:14 121:14 144:1,6,10
145:12 151:3,10,20,25
152:14,16,22 153:11,25
154:2 197:23 198:1,14
199:3,5,9 200:13,14,22
201:6 207:14

**accidents** 113:1 198:17,
25

**accommodate** 92:1

**accompanied** 23:1

**account** 124:10 125:13,25

**126:4** 127:3

**accounts** 126:11,16 127:7

**accusing** 76:9

**ACL** 22:5 48:4

**act** 149:13 150:13

**active** 177:15

**actively** 99:21 215:3,4

**activities** 100:22 101:25
207:11

**actual** 29:13

**acupuncture** 114:9

**Adam** 206:20

**add** 31:14,15 128:6

**added** 169:7

**addict** 22:9,12,19

**address** 10:12 14:6 55:13
128:20 152:19

**adds** 194:1

**admitted** 90:24

**adult** 37:12,14,16 147:16

**advance** 55:15

**advertise** 11:23

**advertises** 68:4

**advice** 22:14

**affair** 118:7

**affect** 60:1 163:7

**affirm** 5:9

**afraid** 122:13

**afternoon** 116:13

**age** 21:7,8,10 147:10

**agent** 124:23

**ages** 19:20 21:5

**agree** 8:12 9:12 56:23
103:18 143:9 176:2,16
180:21 196:1,7

**agreement** 146:9

**ahead** 13:22 39:21 59:2
64:18 75:12 89:12 96:6
110:11 124:9 160:13,19

**168:17** 171:4 181:10,22
186:8 205:5,6 218:17
219:5

**aid** 15:10 214:23

**aim** 188:17

**air** 101:20

**airplane** 199:18

**aisle** 170:1

**aisles** 170:1

**Al-anon** 148:22

**albums** 161:11

**alcohol** 34:12,15,16 138:6,
9

**alcoholic** 22:9,12 41:13
138:13,19

**alcoholics** 137:12

**alcoholism** 138:15

**Alexandria** 31:12 96:1
141:12 204:22

**alive** 17:9,25

**Allen** 117:4,6,18

**allowed** 39:6 40:1,4

**altercation** 186:22 190:9,
12

**altogether** 122:16

**Amber** 21:9

**ambigram** 72:17

**ambulance** 88:16,19 89:2
90:11

**America** 9:3

**ammo** 40:18

**amount** 115:15 130:2,8

**AMOXICOL** 31:7

**anesthesia** 106:1

**angel** 138:17

**answering** 9:4 79:1,11,13

**answers** 8:25 9:10 109:2

**Anthony** 4:9 5:15,22 74:3
85:1 89:18 107:24 108:21
125:16 126:6,10 127:5

158:15 180:12 205:24 218:21

**anticipate** 6:20

**antidepressant** 148:8,16

**antidepressants** 28:25 31:13

**anxiety** 32:10 33:23 34:7 48:15 97:2 121:10 130:18

**anymore** 24:20 53:22 105:7 106:10

**anyone's** 194:4

**anything's** 9:12

**apartment** 10:13,16,23 144:17,18,24

**apologies** 25:9

**app** 175:25 176:1

**appears** 8:24 9:14 50:22 212:16

**applied** 29:8 30:2,4 34:20

**appointment** 144:19

**appointments** 23:2 132:19 144:21

**approached** 215:23

**approve** 15:10

**approximate** 16:8

**approximately** 185:25

**April** 43:9,13 97:22

**area** 58:8 64:11 67:17 69:15 70:1 72:13 83:11,13, 14 110:19 120:21 128:17 140:10,11,25 158:4 169:8 196:13 214:15

**areas** 90:16

**argument** 56:22 80:18 81:1,5 183:25 202:12 213:2 218:9

**arguments** 203:2,6

**arm** 72:16 77:25 202:2 215:13

**arrest** 38:14 41:21 140:15

**arrested** 37:3,11,21 41:6

**arresting** 42:1

**arrests** 41:18

**arrived** 69:16 83:15 87:16 170:15

**arrow** 169:1,2,3

**article** 89:6

**artist** 198:4

**artists** 161:11

**Ashley** 20:2 21:4

**asleep** 35:9 36:7 214:4,6, 10,11,15,18,23

**asphalt** 69:25 70:2

**assault** 210:17

**asset** 14:20

**asshole** 90:8

**assistance** 131:13

**Associates** 205:7,10

**assume** 7:14 9:25 84:10

**ate** 95:2

**Atomoxetine** 31:8,14

**attempt** 75:13 78:14 215:14

**attempting** 186:12 193:15

**attendant** 64:3,11 65:13

**attention** 31:24 82:12 110:8

**attorney** 6:8,10 84:22 86:24 100:24 107:7,9 115:11 139:8 157:6 182:5

**auction** 53:5,10 54:2,15,21 55:10 56:11,18 57:15 58:7, 21 60:4

**auctioned** 53:6

**audio** 81:2 86:1 140:5 160:19 161:7 171:5 172:17 213:7

**August** 18:13 19:25 104:9, 21

**Aunt** 137:9

**autoimmune** 68:20 178:4 190:22

**Avenue** 9:15 10:12 14:5

**average** 30:14 129:3

**avoid** 122:16 178:7

**awake** 59:12,15,19

**aware** 49:1 50:18 65:8,11 80:25 81:9 82:15 212:20 213:1

---

**B**

**baby** 49:6 59:23,24 214:2

**back** 7:25 12:6 16:8,18 20:23 22:6,16 25:12 33:24 36:5,9,14 38:12,13 41:15 43:21,22 44:7,8,9 45:3,11, 21 49:8,13 51:12,16,18 52:9 56:9 58:10 63:16,17 68:25 70:7,9,21,23 71:6,14 75:3 76:12,19 80:23,24 85:10 93:4,12,21,24,25 94:2,6 99:3,11 100:6,11, 16,18 103:5,7 105:7 107:14 110:24 111:21 114:8,10 115:2 117:23 121:9 127:11 130:10,13 132:7,24 138:23 139:1,18 145:1 149:17 150:7,19 151:11 155:14,17,25 158:14,21,23 159:5 161:17 166:15,17 169:17 171:17 178:3 182:9,17,18 183:4 184:3 190:4,5,6 197:22 201:17 202:17 204:23 205:20 208:2 212:5 217:23

**backed** 159:17

**background** 23:17

**backing** 71:16 159:20

**backpay** 6:8

**backup** 149:25

**bad** 36:25

**bag** 94:7 189:3

**balance** 134:21

**banged** 43:23

**banging** 73:16

**bank** 153:1

**bankruptcy** 15:25

**Bar** 114:19

**barber** 27:14

**barely** 123:1,4,7

**base** 119:4

**based** 83:18 84:10 145:22 176:20 192:10 210:2

**basically** 12:20 14:20 15:11 18:11 22:8,21 24:3 27:23 72:4 76:21 80:19 93:12 107:11 117:17 122:7 126:22 130:14 137:13 153:18 157:24 182:24,25 187:16 189:16 190:6 199:8 204:13 209:8 210:10 211:10

**basis** 34:6 91:22 94:6 127:1 177:18

**basketball** 23:22

**Bass** 154:25

**bathroom** 215:15

**bathrooms** 177:23 178:1

**battery** 85:3

**battling** 56:6

**bays** 10:15

**Beach** 17:7 118:10 124:22

**bear** 123:24

**bed** 80:16,24 144:15 183:1 195:18 212:5 215:10 217:21

**beelined** 103:24

**begin** 4:8 212:3

**beginning** 31:17 32:12 145:5,6

**behalf** 4:17,19,23 5:1,2 124:16

**belief** 79:15

**belong** 200:2

**belt** 114:22

**bench** 36:11,12 40:8 195:15

**bend** 105:7

**bending** 100:6

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

**benefit** 157:9

**bent** 93:6

**benzonite** 31:8

**Berger** 31:12,18 32:7,11
47:12 96:1 141:12 204:22

**bid** 127:24,25 128:14

**big** 92:6 105:12 106:2
107:19 118:5

**bigger** 51:14 92:9 184:19

**biggest** 53:19

**bike** 55:13 122:1 128:21
139:14

**bikes** 54:13 55:20 56:15
57:25 128:17 136:23
142:7,9 143:2

**billboard** 113:25

**bills** 29:21

**Billy's** 117:25 118:2

**bin** 188:21,22,23

**biological** 17:23 18:2,24
21:13

**birth** 16:21

**birthday** 101:11 102:15
103:10

**bit** 9:11 17:4 57:5 71:16
79:10 83:25 85:2 86:1 88:3
93:4 94:4 111:17 116:19
136:5 148:7 153:9,19
154:13 168:23 172:12
198:8 207:12

**BL** 145:13

**black** 72:1 167:15 188:15

**blaming** 138:14

**bleeding** 83:13 111:23
191:22

**blinded** 88:5 184:4 189:23

**blinding** 70:16 92:22

**block** 159:15 164:14
167:12,19 168:6

**blocked** 159:18 167:9,14
168:10

**blocking** 159:8 164:10

**181**:13

**blood** 50:16 76:1 81:13
83:12 91:20 186:10 191:25
193:7

**blue** 72:2 122:12 166:5

**Bluetooth** 74:14

**board** 128:12

**boards** 193:7

**boat** 199:21

**boating** 208:1

**boats** 11:13

**Bobcat** 121:22

**body** 43:20 93:10 130:16
186:4 198:9 203:23,24
214:18

**body-wise** 186:4

**bond** 37:7 107:9

**bone** 92:11 200:25

**bones** 18:11 201:10

**Bonnie** 117:10,11

**book** 25:21 196:14,23
203:20

**booked** 195:21

**booking** 196:12,15,22

**borderline** 118:22

**born** 17:6,7 72:19

**bother** 91:21 106:10

**bottles** 59:23

**bottom** 43:24

**Boulevard** 43:19 113:13

**bounce** 116:19

**bound** 211:23

**bowl** 103:14

**bowling** 99:24 103:12

**boxes** 114:21

**brace** 94:9,10,12

**braces** 94:15

**brain** 8:7 46:3 48:12 96:25

**brakes** 198:7

**break** 44:24 45:2,23 76:9
85:11 86:13 91:23 92:1
101:1 117:1 146:20 156:5,
8 184:7 202:23

**breaker** 212:21

**breaking** 75:4,8 84:25
85:2 86:19

**breakup** 203:1,5

**breathing** 111:23

**Brendan** 53:24

**Brewery** 114:19

**briefly** 187:17

**bright** 70:8

**bring** 101:19 119:15
132:10 137:1 180:17
190:25

**bringing** 192:20

**brings** 125:6

**broke** 46:8 76:23 89:20,21
112:20,21 200:24,25 201:1
202:4 218:5

**broken** 112:24 201:9
202:17

**brokerage** 125:23 127:20

**brother** 19:2,5,12 22:16
115:25 116:1,4 130:21
131:13,17,18 132:15
133:12 135:2 136:6,7,10,
12,13,15 138:18,20 195:11
203:17

**brother's** 133:21

**brothers** 18:18,21,23
21:18,22 89:8,23 211:10

**brought** 83:11,13 93:24
192:3

**Bucky's** 122:8

**buddy** 126:17

**buffet** 123:14

**bug** 91:15

**buggy** 102:2,4

**build** 36:12 84:2

**building** 63:21 102:10
157:20 178:12

**buildings** 190:24

**Bull** 59:21

**bullet** 50:24 51:3,9 81:12
90:25 91:5 96:8,14,25
100:18 211:14

**bunch** 28:4 111:21 193:7

**Burby** 4:25 5:1,19 16:13,
20 20:4,9,13,18 21:1 27:5
39:15,20 45:1,5,13 74:7
77:5 79:12,14 85:7,25
86:6,11,15,18 90:10 99:2,
7,13 108:5 109:4,8,21
116:8,20 186:25 209:16,
18,20,25 211:25 212:15
216:11 218:15 219:1,5,12

**business** 10:18,20 11:14
12:8 24:6,19 98:5 115:1
123:24 124:13 127:13
130:13 145:12,15 147:8
149:8,14,17,24 154:20
206:8

**businesses** 12:12 145:8,
9,18

**busy** 81:18 129:4

**buy** 14:13 54:8 63:25 64:8
154:24,25 155:8 178:17,18
179:11,13

**buying** 98:13 178:15

---

**C**

**C-A-R-R-I-E** 13:10

**cab** 36:5,6,9 182:24 183:11
186:3,5

**Cactus** 104:17

**caffeine** 31:8 59:15,21,25

**calf** 72:13

**call** 20:16 28:18 49:7 78:14
81:25 84:4,5 86:24 95:21
128:16 192:25 203:5
206:21

**called** 12:2 23:8 28:16
31:21 51:22 53:2,9 68:20
84:11 101:15 123:12 124:2
125:14 126:1 147:15 193:2

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

200:24 205:10 206:20,23

**calling** 29:12 98:8 207:5

**calls** 108:22 109:7,14

**calves** 72:13

**cam** 140:5 199:8

**camera** 7:7 85:8

**cameras** 177:3,10,19

**camo** 72:1

**camouflage** 71:25

**camper** 101:17,22

**camping** 99:23 101:7,10, 14,24 102:1 117:23

**cancer** 17:22 18:8,9,10 56:6

**cap** 183:9

**capacity** 60:13 61:2 71:22 146:1,9

**capital** 9:24

**captured** 81:5

**car** 33:14,17 38:13 42:17, 19,22 46:15,16,20 87:22 95:10,18 96:17 100:8,12, 15,19 103:19 111:13 113:11 122:18 145:12 151:24 163:3 177:7 181:5, 7 182:15 183:14,17,18 190:8 195:1,12 205:19 214:4

**card** 154:16,19,24 155:1

**cards** 124:13 154:17,20, 21,23 156:16

**care** 22:25 25:20 61:20 95:22,25 151:22 152:1,3,7, 17,18 192:13 204:25

**careful** 107:25

**carefully** 64:25

**Carmax** 54:8

**Carolina** 52:17 58:21 60:4 129:14 155:5 210:22

**carp** 130:20

**carpal** 130:20

**Carrie** 13:10,11,19 14:8

15:12

**carriers** 42:23 125:19

**carry** 38:17,19,22 39:1,6,8, 19,25 132:9

**carrying** 94:7 101:3 179:10

**cars** 11:12 132:9 142:19 166:9 194:8 195:1

**cart** 52:18 173:10 213:15

**carton** 178:19

**cartons** 178:22

**case** 4:11,13 22:4 47:3 49:22 51:25 132:20 137:3 149:25 171:1

**cash** 154:16

**catalyst** 14:10

**caused** 112:22 135:17

**causing** 103:17

**cavities** 111:19

**cavity** 51:15 52:7 111:19

**CCW** 38:7,8,9,17

**CDL** 25:23 26:2 149:19 150:2

**center** 27:18 28:14,15,18 114:21 134:17 149:9,16 169:1,17

**Centers** 9:3

**certainty** 188:7 197:1 207:16

**certificates** 124:12

**certifications** 27:13

**certified** 4:2 27:19 104:5

**chair** 83:14 191:23 192:4, 20

**chance** 215:23

**change** 141:23 198:23

**changed** 106:8

**characterized** 211:13

**charge** 41:12,17

**charges** 40:25 41:14 64:12 125:23

**check** 36:25

**checked** 46:4 68:13 180:25

**checking** 70:11 124:10

**child** 37:18

**children** 10:3,6

**chin** 46:7,10 91:6 103:25 104:1 112:21,22 153:15,19

**chips** 59:18

**chiropractor** 95:9 96:3 205:12

**choice** 130:14,17

**choices** 196:9

**choose** 33:5 157:22

**choppy** 86:1

**chose** 66:23 67:16 157:17 162:5,10 163:1,16 164:3

**Chris** 117:12

**Christmas** 146:20

**chronology** 76:5

**Chuck** 72:19

**chunk** 145:14

**cigarette** 68:13

**cigarettes** 34:2,4 155:8 156:22 178:15,17,18 179:7

**circle** 169:7,14

**circumstance** 6:3 33:7

**cited** 198:13,23

**city** 8:18 29:4 121:1,2,22

**Civic** 198:9

**civil** 49:21 51:25

**claim** 65:22 137:16 145:25 205:18

**claimed** 147:6 198:10

**claiming** 45:25 96:15

**claims** 43:1 113:9

**clarify** 213:21

**class** 24:9

**classes** 25:17,19,20

147:11

**cleaner** 60:24

**cleanest** 60:21

**clear** 6:22 7:9,11 122:21 208:24,25

**client** 52:23 71:18 89:13 108:10 109:5,10 116:6 209:21 215:1,6 216:9

**client's** 216:1,5

**climb** 186:13

**clip** 160:10,19 161:1 171:5 172:2,17 173:12 174:25 175:6

**close** 44:18 61:6 63:21 100:16 142:11,16

**closed** 27:7 195:24

**closer** 186:3,22

**closest** 19:8 28:16 62:21 90:13 111:2 157:20 169:16

**clothed** 72:9,10

**clubs** 99:14

**clue** 107:5 109:6 164:22 175:9

**Coast** 204:24

**coaxial** 200:24

**coffee** 213:24,25

**cognitive** 8:2,6

**Cohen** 160:2

**cold** 91:20 200:15

**collecting** 150:21,23

**collection** 210:17

**color** 84:2 106:9

**comments** 89:13 90:7,8

**commotion** 78:9,12

**communicated** 84:15

**community** 28:16 147:16

**comp** 22:4 132:20

**companies** 29:12

**company** 42:20 53:2 121:23 124:1,4,25

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

**company's** 124:12 154:18

**compare** 61:22

**comparison** 62:10

**complaining** 90:15
135:18

**completely** 6:21 40:25
41:14 107:20 111:17

**con** 198:4

**concealed** 38:17,19,21
39:1,6,8,19,25

**concerned** 199:6

**conclude** 63:6

**concluded** 219:15

**concludes** 205:25 218:19

**conclusion** 61:8 109:15

**concrete** 69:25 70:2

**concussion** 46:2 50:5

**condition** 51:7 108:8
110:5

**conditions** 18:6 50:11
108:17

**confirm** 57:12 165:17

**confrontation** 218:9

**confronted** 66:9 73:19
118:3 215:1,6

**confusing** 7:16

**connection** 17:24 40:7

**considerate** 187:7 189:25
192:8

**considered** 177:10
194:19

**constantly** 70:15 93:6
94:8

**contact** 21:19 23:13,14
52:8 53:21 55:14 68:22
73:15 107:10,12 118:11
119:3 125:12,21 128:1,4,
15,19 178:7 192:19

**contacted** 127:14 205:11

**context** 168:25

**continue** 79:1 177:14

**continued** 71:9 177:7

**continuous** 130:9

**control** 14:15 98:17

**controlled** 41:9

**convenience** 87:6 109:23

**conversation** 87:17
115:10,17 182:6 213:8

**conversations** 116:5

**converted** 10:22

**conveyer** 114:22

**convicted** 36:18,21

**convince** 127:23

**cook** 114:19

**cooks** 126:22

**cooler** 179:10,12,15

**coordinator** 53:15 56:9

**cop** 70:10

**cope** 207:8

**coping** 206:23

**cops** 66:7 83:25 192:16

**copy** 101:5 171:13 219:8,
9,13

**corner** 70:9 181:10

**Corporation** 114:17

**correct** 9:16 10:1,2,7,24
13:20 14:4 16:23 39:2,9,
10,19 40:3 45:20 47:18
54:16 60:5 63:4 66:24
67:10,11,18 71:19 74:10,
11 75:14,15 76:10 79:18
81:23 110:7 124:2 132:25
135:5 145:20,21 146:3,4,
12 148:25 152:14 155:8
156:12 162:4,13,16,19
163:3,17 164:11,18 165:6
166:6,11,12,16 167:13
168:8 172:6 175:8 176:4,
18 177:2,3 179:19 182:12
190:19 191:9 196:3,12
197:4,6,8,13 203:11
205:22

**corrected** 45:22

**correctly** 32:13 111:24

132:22 182:7 186:15

**Correnti** 5:2 116:12 146:2,
5 155:10,16 156:2 158:17,
19 160:16,24 161:6,22
163:6,12 164:5,7 165:14,
20 167:3,11 168:17,21
171:11,23 172:1,9,15,25
173:19 175:5,14 176:11,14
179:24 180:2,8,15 185:1,5,
9 203:8 204:7 205:4,13,15,
20 206:1,13 208:17,18
209:11 214:2 216:13,17
217:9 218:14 219:9

**cortisone** 44:15 47:13,18

**cosmetology** 27:14

**cost** 103:5

**couch** 144:15

**counsel** 4:20 5:4 78:25
116:9 160:12 161:2 171:9
185:4 205:1 218:16

**counseling** 148:19 149:5

**counselor** 22:13 149:10
150:11

**counselors** 120:13

**counter** 83:7 191:19

**country** 122:24

**county** 15:18,19 24:2,16
41:20,21,23 42:2 82:23
146:17,19,22

**couple** 17:23 35:10,13
65:20 79:6 120:16 149:20
151:23 175:7,16 191:11
201:19 208:5 216:19
217:1,15

**court** 4:12,18 5:7,13 6:17,
22 7:12,25 27:2,4 39:12,17
41:25 76:22 84:24 89:16,
20 158:16 160:17,21
171:11 185:3,4 218:25
219:7

**cover** 47:25 82:3 83:3
112:5 197:18 204:20

**coverages** 198:12

**covered** 208:20

**covering** 98:10 116:21

**COVID** 49:4 68:19,20

97:24 98:6 145:13 190:25

**cracked** 46:11 153:15,20

**crash** 205:19

**crashed** 15:8

**credit** 15:22 154:16,17
156:15

**credits** 24:15 174:10,11,17
175:22,23

**crew** 36:6,9

**crime** 82:21,22 84:18

**crimes** 36:21

**criminal** 49:22 51:25
171:1

**criminals** 137:13

**cross** 66:25 67:24 110:10,
12

**CROSS-EXAMINATION**
116:11 217:16

**cross-talk** 39:11

**crotch** 194:9

**CRR** 4:2

**crunchiness** 59:19

**crunchy** 59:18

**CT** 51:20 52:6,9 96:11,12

**cuff** 44:1 62:18 96:19

**current** 26:9 119:6 130:7

**cursing** 83:9

**cuss** 70:20

**customer** 54:10 55:13
139:16

**customers** 53:20 61:20
98:10,22

**cut** 51:14 76:25 174:22
198:6,21

**CVS** 68:20 190:22

---

**D**

**D.C.** 198:19

**dad** 17:12,23 18:24 136:12
138:12,14 149:1

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

**damage** 103:17 134:9
198:11 199:6

**dark** 67:4,6,9 72:6,8
107:18,21 157:23,24
158:4,5,6 159:19,21 162:6
164:1,16 165:6,10,11,13
214:3,15

**dash** 43:24 140:5 178:23
199:8

**date** 13:20 16:21 32:23
43:6,8 72:19 129:25 130:1
139:17,18

**dates** 102:15 103:10

**day** 34:8,9 35:19 36:2 55:1,
16 57:3,20 64:25 72:20
78:23 89:7 94:10 102:24
143:21,22 158:10 203:24
214:25 215:21

**days** 90:2,23 195:25

**de-escalate** 75:5

**dealership** 54:7 121:6
122:2

**dealership's** 217:6

**dealerships** 195:24

**death** 17:21 106:19 118:1,
2

**decay** 153:16,20

**deceased** 17:10

**December** 16:22 51:18
52:5 101:12 103:10 129:11
133:22,23 135:19 136:5

**decent** 214:24

**decide** 60:16 62:17,18
82:14

**decided** 63:14 68:24 91:20
110:6 149:16,23 180:17

**decision** 14:10

**declined** 6:9 29:25

**decompression** 44:10

**defend** 211:18,21

**Defendant** 5:1

**defendant's** 171:2

**Defendants** 5:3

**defendants'** 160:22
165:18 167:5 168:19
171:20 185:7 204:5

**deficit** 31:24

**degreaser** 215:18

**degree** 147:4

**delete** 107:2

**deleted** 106:3 125:8 210:5

**deliver** 55:19 122:1 127:17
136:23 195:16

**delivered** 54:1 55:22 98:2
121:6 139:16

**deliveries** 140:17 210:11

**delivering** 52:22,25
114:16,18

**delivery** 56:12 132:24
140:20

**demanding** 142:4,23
143:5,10

**denial** 138:24

**denied** 30:3

**Dental** 154:12

**dentist** 153:10 154:4,6,11

**deny** 213:9

**department** 122:7 128:25
165:16

**depends** 34:6 119:23
120:2 129:4 143:4,16
163:9 214:16

**depo** 86:10

**deposition** 4:1,8,15 5:24
6:4,6,16 36:16 58:13
121:21 151:4,8 160:20
170:13,24,25 171:1 205:25
218:20 219:15

**Depot** 122:6 193:15

**Depots** 177:1 194:15

**depression** 32:10 33:22
34:7 48:16 97:2

**derive** 27:25

**dermatologists** 51:6

**describe** 69:7 119:6

**description** 52:24 54:9
87:25

**desk** 191:23

**details** 90:4 127:25

**detective** 160:2,4 171:6
172:3,19

**detective's** 173:15,24

**detention** 37:18

**Dew** 59:23,24 214:1

**diabetes** 18:8 50:16

**diagnosed** 25:5,15 31:23,
25 48:11

**dialed** 82:2

**diary** 105:16

**Diazepam** 31:6 120:18

**die** 18:9 187:16 191:1

**died** 72:20

**diesel** 63:19 169:2,25

**difference** 15:23 109:13

**differences** 118:3

**difficult** 159:21 162:12
163:2

**diploma** 23:18,19 24:6,21,
24 147:6

**direct** 5:18 188:17

**directed** 9:2 84:5

**directly** 50:23 69:3 125:21
128:4 166:25 182:11
217:20

**dirt** 69:25

**dirty** 62:9

**disabilities** 25:6

**disability** 6:5,7,9 25:16
100:24 130:15 141:8

**disconnected** 21:2

**discounted** 61:18

**discounts** 199:11

**discuss** 108:1

**discussed** 21:16 105:22
208:8

**discussion** 16:17

**disease** 68:20

**dishonesty** 36:22,23

**disinfect** 178:3,14

**disorder** 31:24

**dispatch** 84:4

**distracted** 7:24

**distracting** 74:2

**Distribution** 27:18 114:20
149:9,16

**District** 4:12

**diving** 99:24 104:8,12,15,
20,25 105:14 207:19

**Division** 4:13

**divorce** 14:11,17,21
149:11

**divorced** 118:17

**doctor** 30:6 32:9 34:1
44:11 48:1 50:19 95:25
100:21,23 112:6,10,23
141:6,11 152:8 200:15
204:23 206:20

**doctor's** 144:19

**doctors** 31:10 51:6 52:1
111:5 120:13

**doctors'** 23:2 132:18
144:21

**document** 139:6

**documents** 139:19

**dog** 95:2,5 144:20

**domestic** 41:12

**Donald** 18:3 21:6,12

**donations** 145:11

**door** 61:6 73:8,9,17
103:22,24 104:2 153:18
181:9 182:17,19 185:16

**doors** 198:22

**DOT** 127:20 128:22 203:22

**downs** 119:12

**draining** 111:20

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

drank 34:16

drawer 73:17

drink 34:12,14 59:20 60:1
156:24 213:24

drinking 59:24 213:25

drinks 61:18 138:15 179:9,
11

drive 55:2 93:15 96:18
164:22 165:11 203:20,24

driven 58:10 131:15 132:7,
23 133:3,9,10,16 135:25
203:10,13

driver 47:5 62:24 199:10

driver's 42:4,11 134:2
181:9,14 182:11,12,17,19
183:12,14

driving 26:21,23,24 27:17
36:2,3 59:16,20 62:6,16
66:12 93:14 104:3 111:3
115:12 132:14 142:25
149:19 165:1 195:14,15
203:16,18

drop 24:7 57:19,22 121:22
155:16

drop-off 54:16 128:1

dropped 24:11 40:25
41:14,15 54:14,21 55:9
57:15,19 58:3,6 134:8,19
146:25 186:10

dropping 24:5

drove 58:9 63:9,18,19
107:16 169:25

drug 22:9,12 138:6,9,21

drugged 106:1 162:23
167:25

drunk 117:24

dry 111:21

dually 26:13 182:21,25
183:11

due 25:3 42:9 49:4 51:24
93:20 103:19,21

duly 5:16

duty 65:10,14

dying 106:21

---

**E**

E-B-E-R-S-T 47:2

e-l 112:9

E-L-D-R-I-D-G-E 17:18

e-mail 55:12,21 128:19

e-mailed 55:23

e-mails 57:21

ear 111:25 112:1

eardrum 112:2

earlier 28:3 50:13 52:11
120:19 135:8 140:13 141:1
170:7 187:25 213:22

earn 97:18

earning 146:1,8

easier 159:3,5

easily 91:10 194:9

Eastern 4:7 16:16,19
20:21,24 45:9,12 99:9,12
155:23 156:1 218:24

easy 14:16

eat 58:20 106:9 123:12
179:15

Eberst 46:24 47:2 152:6

echo 175:11

education 23:17 146:11

educational 23:16

effect 59:22 80:14

EIDL 145:13

Eldridge 17:17 19:11,13,
22,25 20:2

Eldridges 19:23

electric 179:12

elementary 25:8,9

else's 183:21

emergency 95:5 115:22
178:12

emphatic 188:1

employed 11:7 12:23 56:1

employees 12:19 61:14
66:10 78:11 83:4 84:15
87:9 171:2 191:12 192:1,
10,19,21 193:12

employment 121:24

EMT 96:12

enclosed 26:19 101:20
198:5

end 76:23 86:9 115:2 128:5
131:7 145:5 166:15,17
182:24 211:3

ended 24:4

endorsement 134:3

energy 60:1

engage 100:22

engaged 99:21

enjoyed 105:15

enrollment 29:9

ensure 79:10

ENT 51:23

entire 89:21 133:9 182:4
185:17 190:8 202:16,18

entity 124:16

entrance 63:18

entry 75:14

episode 214:14

equipment 11:13 27:20
28:2

eraser 92:8

erratic 170:20

escalated 22:20 75:5

Escanaba 119:2

essays 25:20

estate 137:19,21

et al 4:10 218:22

evening 110:2 192:22
196:12

event 41:5

events 81:11

eventually 103:8

everyday 207:1

everything's 12:4 143:5
181:2

evicted 14:12

evictions 37:2

Evidently 162:7

Ex-brother-in-law 117:13

ex-father-in-law 117:8

ex-mother-in-law 117:11

ex-wife 118:12

exact 43:8 55:4 57:11,12
87:12

examination 5:18 150:3
209:19

examined 5:16

examples 216:20 217:2

Excel 139:14

exception 136:4

excuse 58:24

exhibit 160:20,22 165:15,
18 167:4,5 168:18,19
171:5,13,20 174:25 185:2,
7 204:3,4,5

exit 62:15,17,20 63:17
110:19,24 170:4 181:5

exited 115:16

expect 85:22

expenses 204:14

experience 150:7 176:20
192:10

explain 127:12 133:20
211:15

Express 114:16

extended 36:5

exterior 110:1

extra 36:4 120:16

eye 51:1,2 111:16,17

eyes 71:8 184:3 188:15

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

## F

**F250** 26:10,21

**F350** 26:24 98:13

**face** 74:19,22 75:17 76:8, 16,20 77:1 80:6 83:20,21 92:5 182:16 184:9,15 191:25

**face-to-face** 50:21

**Facebook** 83:18 89:9 106:5 107:11 125:7,13,17, 20 126:4,10 128:2,9,10 208:23 210:3,4,18,20 211:6

**facilitate** 79:7

**facilities** 122:24 123:10 177:2 179:3

**facility** 123:17,18 155:6 156:10 170:9 191:9

**facing** 159:14

**fact** 83:19 166:7 208:22

**facts** 19:16

**fair** 69:18 84:9 92:9 144:8 147:21 177:8 187:23

**fall** 35:8 36:7 134:21 214:4, 5,10,11,17,23

**fallen** 133:21

**falling** 19:3 21:21 136:18 214:15

**family** 18:6 22:24 59:5 133:5 138:9 148:22,25

**father's** 18:2

**fault** 199:2,3,4

**favor** 93:22

**February** 20:2 29:10 97:22

**Fedex** 27:16 114:16

**feel** 81:12 98:19

**feeling** 207:2

**feelings** 207:7

**fees** 125:23 128:8

**feet** 78:2 134:18

**fell** 46:9 48:9 49:6,17

**felonies** 36:19

**felony** 36:23

**felt** 76:1 88:7 196:2

**fender** 182:23 183:11 186:5

**fibroids** 190:22

**figure** 92:6 95:4 109:9 184:16

**figured** 61:6 70:9

**file** 124:14

**filed** 15:25 124:7 200:6

**filing** 124:15,16

**fill** 154:15

**filled** 28:5,20 33:6 95:23 100:24 141:15

**filling** 51:19 174:11 183:9

**finally** 15:12,16 22:20 131:7

**financial** 15:10

**find** 11:13,25 12:21 51:23 52:3 57:22 60:20 95:25 106:17 107:1,2,3 110:24 122:8 125:20 126:8 127:22 128:4,9 137:7

**finding** 55:11

**fine** 7:2 20:7 38:11 40:11, 23,24 42:10 85:20 86:14, 17 99:5 107:25 109:1 114:14 153:3 155:17 188:2

**fines** 41:4

**finish** 6:21 74:4 158:15

**finished** 64:20 215:3,4

**fire** 82:6

**firearm** 39:7 40:19

**firearms** 38:10,12 40:18

**fired** 75:21,22

**first-born** 22:17

**fit** 142:11

**five-bay** 10:14

**fixed** 41:2 50:1 153:22 207:18

**fixing** 114:9

**flag** 210:19

**flares** 182:23

**flash** 75:23 187:17,20 188:18

**flashbacks** 187:13 188:10

**flashed** 77:1

**flashlight** 74:19,22 75:24 76:8,13,16 79:17 80:5 108:25 109:2,10 181:25 182:2 184:18,20 185:14,20 186:2 187:3 189:19 217:20

**flatbed** 26:18

**flipping** 202:19

**floor** 116:9 141:23 191:22

**floorboard** 185:21

**Florida** 4:4,12 6:14 11:18 28:10 38:9 39:1 40:1 41:19 52:19 54:5 55:8 65:9 117:19 118:19,21 124:22 129:13,14 132:4,23 135:25 206:9 216:25 217:8

**fluid** 52:7

**Flying** 60:21 61:9,16,19,23 174:13,20 175:21,25

**FMLA** 149:13 150:13

**foam** 36:13

**focus** 32:6 129:6 133:13

**follow-up** 46:17 52:9 95:19 209:16 216:13

**follow-ups** 95:17 116:22 216:14

**food** 59:2 61:18 68:6 126:22 156:24 175:23 179:7

**fooled** 117:24

**foot** 16:3,4 186:11

**footage** 81:6 108:7 177:21

**Football** 23:24

**forces** 196:8

**forcing** 196:2,5

**Ford** 26:9,13,15,21,24 36:3

**forearm** 72:15

**foreclosed** 14:25

**foreclosure** 15:5,15,22,24

**forego** 146:7 206:3

**forehead** 50:23 90:17,20 91:9 92:7 197:12,19

**foresee** 188:14

**forget** 113:25

**forgot** 7:23 148:14 208:13

**forklifts** 27:19

**form** 7:21 100:24 108:22 109:14 163:4 209:23 211:20

**formally** 205:18

**Fort** 118:15,18,19

**forward** 118:4

**found** 40:5 96:1 106:23 138:13 152:5 158:1 165:8 199:2,4

**fourth** 169:18

**foyer** 83:14 191:24 192:18

**fracture** 200:25

**frame** 12:7 55:15 57:12 59:12 78:7 198:25 201:6

**free** 64:6,15 108:24 170:2 174:9,14,17,18 215:9

**freeze** 155:11

**frequently** 34:15

**frickin'** 113:20 208:22

**friend** 98:9 107:2 117:15, 16 119:1

**friendlier** 61:14

**friends** 59:4 72:18 99:25 105:4 106:13

**front** 68:24 69:22 70:5 71:2 73:4 115:5 120:22,24 158:14,21,22 166:15,20,25 181:11 195:15,19 198:21

**froze** 20:4 155:9

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

**fuel** 55:3 58:23 61:18
169:2,4

**full** 5:21 61:2 110:21
138:24 150:16 198:11

**fully** 72:9,10

**function** 142:23

**furthest** 131:14,19

**future** 111:6 112:14
145:25 197:17

---

**G**

**Gabapentin** 31:7

**gain** 75:13

**Gainesville** 121:7,18,19
217:3

**game** 105:5

**gap** 79:2

**gas** 58:8 64:1 66:12 68:3,4,
5 83:2 84:13 88:23 115:20
116:1 154:15 155:4,8
156:12,14 183:9

**Gatlin** 113:13

**gave** 6:4 130:20 135:13
141:8 145:14 148:11 152:2
188:1 214:1

**GED** 24:22 147:4,7

**general** 67:10 169:8

**Georgia** 118:21 129:14
178:19

**get all** 28:5

**gift** 154:23

**girlfriend** 9:19 12:21
35:11 62:5 68:14 89:23
94:21 106:25 115:20 116:5
119:7,20 139:13 144:20
153:1 169:20 178:4 190:21
201:9 202:12,13 211:11

**girlfriend's** 9:21

**give** 5:10 6:6 7:4,17 8:9
20:12,15 44:24 45:14 55:3
56:24,25 65:4 67:8 79:9
87:25 116:9 134:21 144:12
151:4 155:13 179:5 184:24
202:21 204:8 206:22

216:19,23 217:1,11

**giving** 8:16 47:19 64:20
160:1,7

**God** 37:22

**golf** 52:18 173:10 213:15

**good** 4:6,24,25 5:20 29:14
45:6 50:14 58:17 62:19
65:6 68:14,15 71:4 72:22
92:2 99:2,4 114:23 116:13,
21 117:15 118:7 137:25
218:18

**Goodrx** 30:13

**Goodwill** 61:24 62:11

**Google** 124:19 125:19
126:8 147:15

**Googled** 54:25

**gotta** 212:12

**government** 15:9 203:23

**GPS** 81:2 139:8,10 140:1,
8,9 157:6 164:25 213:7

**grab** 58:24 81:21

**grabbed** 71:5 82:10 184:2
193:8

**grade** 23:22,23,24 24:11,
12,14 25:13 146:13,14,18,
22,23 147:1 148:3

**grades** 25:12 68:5 148:1

**graduate** 24:18

**grand** 41:16,17 129:20

**grandmother** 137:14

**grapevine** 56:5

**gray** 72:2 83:25 88:3

**Great** 161:12

**grew** 59:24 138:12

**gripping** 130:19

**grocery** 94:7

**gross** 62:9

**grossed** 97:12,16

**guarantee** 179:21

**guard** 65:9 66:4 70:10
218:1

**guard-looking** 66:15

**guards** 66:20

**guess** 6:24 18:15 46:7
49:6 83:11 100:14,17,19
133:20 142:1 146:17
155:12 156:22 162:15
169:18 191:20 192:15
203:1 219:14

**guessing** 18:15 38:23

**guesstimate** 30:17 57:24
77:19

**gun** 75:23 77:7,14 78:18
79:17,20 187:10,13,15,17,
18 188:1,8,19 210:16

**guns** 41:2 73:2 80:12
188:13 210:20

**gunshot** 71:15 87:3 88:7
90:20 190:7

**guy** 83:10 173:9 191:21
213:14

**guys** 45:2 119:21 123:13,
22 155:10 202:15 219:2

**gym** 200:2

---

**H**

**H-A-R-M-O-N** 53:17

**habit** 159:11

**hair** 83:25

**half** 11:1 18:21,23 34:8
48:2 104:23 135:9 146:14

**hall** 105:5

**hand** 5:7 93:16 186:3
201:2

**handcuffed** 40:8

**handful** 62:3 133:11,15

**handguns** 38:15 40:12

**handle** 22:15 189:3
207:20,22

**hands** 130:20 183:24
212:2 215:7,9,11,14,19

**hang** 126:20

**hanging** 99:25

**happen** 43:17 113:12
122:14

**happened** 12:6,11 14:6
15:15 16:9 17:1 20:10,19
33:17 35:5 43:7 46:17
54:22 67:8 75:19,25 81:5
82:7,16 87:23 95:6 96:24
97:24 140:15 144:9 152:22
197:3 202:7 212:22 213:3,
6

**happening** 52:12

**happy** 7:17 20:15 117:1
161:18 209:10,22

**hard** 31:4 40:5 89:19 114:7
130:19 143:6 163:16
189:22

**Harmon** 53:15

**Haston** 4:17

**hate** 85:11 119:14

**he'll** 210:9

**head** 7:6 46:1 56:19 75:25
79:3 84:1 88:4 91:21 92:14
93:7 106:22 113:23 138:20
159:6 188:17 192:7 206:12
211:14

**headache** 32:22 92:21,23,
25

**headaches** 92:15,22

**headed** 121:20

**heading** 155:5

**heads** 7:17 137:12

**health** 29:7,8,13,17,20
47:24 49:23 50:3,14
114:23 120:13 149:5,6
216:2,5

**healthcare** 30:19 148:19

**hear** 7:19 56:4 89:25
108:10 116:15 155:10
156:3 161:23 172:2,16,19
173:1,12,14,22 174:1,4,5
175:15 189:17

**heard** 71:15 86:20 162:1
175:17 190:7 193:9 213:2

**hearing** 6:8 86:24 87:3
89:19 98:7 172:10

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

**heart** 209:1 210:7,8

**heavy** 11:12 114:21

**height** 84:2

**held** 16:17 25:12 40:8
149:15

**helped** 90:20 130:22

**helpful** 192:8

**helping** 21:24 22:23 98:22

**helps** 32:6

**Hey** 128:16

**high** 23:18 24:1,2,7,16,21,
23 25:8,14 50:15 119:1
121:10 130:18 147:3,6,16

**high-dollar** 194:8

**highest** 23:17 82:22
147:13

**highlighting** 185:12

**highway** 38:1,3,6 170:5

**hinder** 8:8

**hire** 12:1 14:21 113:16
130:15

**hired** 52:25 53:13

**history** 216:2,5

**hit** 46:10 73:17 81:12 82:2
104:1 111:15 112:21 193:9
198:2,22 201:24 202:6

**hitting** 74:9 153:15,18
159:23

**hobbies** 99:17,20

**hold** 83:12 85:1 89:18
123:6 167:23 176:24
191:24

**hole** 46:1 50:25 51:3 92:10
96:25 112:5 197:18 207:18

**home** 10:13 105:11 122:6
129:20 130:3,9 131:5
136:3 139:18 177:1 193:15
194:15 213:19,20 214:24

**Honda** 198:9

**honest** 60:19

**honestly** 15:7 42:8 54:23
135:16 188:9

**honors** 23:21 25:19

**hope** 192:6

**hoping** 161:5

**Hops** 114:19

**Hoskins** 6:13

**hospital** 17:8 23:11 30:4
90:12,14 94:20 95:1 96:9
105:25 115:24 116:2,3
160:2,7 201:5

**hospitalized** 200:9

**hotel** 195:21,25 196:12,16,
22,23

**hotels** 193:23 196:13,14

**hour** 44:25 85:14 116:23
213:15 214:24

**hours** 30:23 31:3 32:24
34:25 35:10,21 40:9,22
55:14 56:24 115:23 129:2,
9,18 143:21,23 147:11
173:8 195:17 196:21,23
203:11,14,16,18,19,23
213:14,19

**hours'** 196:16

**house** 10:9,13 14:13,19
15:9 54:2,15,21 55:10
57:16 58:7,21 144:24

**houses** 54:4

**How's** 116:14

**humanely** 91:20

**hurt** 92:12 93:4 209:3

**hurting** 94:2 100:6

**hurts** 93:6,11 102:3 142:25

**husband** 14:3 137:20

**hydrocodone** 45:18

---

**I**

**I-10** 98:16

**I-N-T-O-S-H** 9:24

**IB** 25:20,22

**ice** 195:22,23

**ID** 38:6

**idea** 108:6 149:21

**identification** 160:23
165:19 167:6 168:20
171:21 185:8 204:6

**identify** 4:20 204:13

**idiot** 90:9

**IDS** 38:11

**Iglesias** 48:21,22 49:17,19
206:20

**Iglesias'** 48:25

**illegal** 179:18 180:5

**illuminated** 109:11

**imagine** 28:17 46:10 54:17
79:21

**immediately** 82:1 155:15
200:10 211:3

**impact** 100:18

**impacted** 105:17

**impediment** 25:7

**implies** 123:8

**important** 25:1

**imposed** 41:3

**improper** 198:23

**improve** 51:7

**inadequate** 67:21

**inaudible** 27:1

**incarcerated** 37:5 40:6

**inches** 77:20,21

**incident** 12:6 21:16 46:10
71:22 90:3 91:17 122:23
123:10,16 125:9 130:1,6
135:7,12 154:14 155:6
156:9 160:3 165:17 169:9
179:2 180:22 197:12 200:8
204:15,21 208:20

**incidents** 201:21

**includes** 36:24

**income** 27:25 97:4,25 98:3

**incorporated** 11:17

**incorrect** 9:12

**increased** 199:9

**incurred** 204:14

**indention** 50:23

**Indian** 217:6

**Indiana** 23:10 41:16
131:21 132:1 133:2,3,6,9,
18 136:10,20,22

**indirectly** 46:15

**indiscernible** 86:4

**individual** 149:5

**individually** 124:15

**indoor** 101:21

**infected** 51:12

**infection** 51:16 52:6

**influences** 118:5

**information** 128:2,15
131:2

**informed** 38:8

**inheritance** 137:17

**inhumane** 91:19

**initially** 51:8,10 79:16

**injured** 43:15,20 104:3,4
113:14 151:10

**injuries** 8:7 44:20 45:24
46:13 105:23 113:2 114:4
151:11 198:4 205:19,21
208:8

**injury** 42:25 48:12 93:20
103:19 113:8 138:23

**Inlet** 104:18

**inside** 69:10 72:15 73:6
157:13 167:10 170:9
177:23,25 178:12,16 179:3
191:23 194:23

**insisted** 71:3

**insisting** 71:11

**insomnia** 35:3 213:23

**insomniac** 214:14

**Instagram** 106:6 126:17
127:3

**instance** 27:13 50:12

159:14

**instances** 122:17 138:5 200:20

**Institute** 23:20 44:13 204:24

**insurance** 29:7,9,11,17,20 30:12 42:17,19,22 47:24 49:23 50:3 51:24 137:16 199:4,10

**integrity** 107:22

**intended** 88:13

**intention** 164:17 170:6,7 213:10

**intentions** 170:21 213:12

**interaction** 181:20 185:17

**interesting** 57:7

**interrogatories** 8:25 9:2, 10 204:10

**interrogatory** 145:23 204:19

**interrupted** 79:6

**interrupting** 78:22

**intersection** 63:2

**interstate** 62:15 110:24

**interview** 171:6

**interviews** 160:2

**intestines** 95:3

**intimacy** 119:10,20

**intimate** 119:21

**invite** 194:18

**involve** 36:23

**involved** 46:20 49:21 51:25 197:25 204:21

**involving** 36:22 113:2

**Iron** 123:12,20

**issue** 60:7 67:25 70:12

**issues** 20:15 32:2 35:2 48:15 61:16 67:1,23 109:18 153:4 213:23

**itching** 209:3

**item** 128:13

---

**J**

**J-A-D** 112:8

**J-A-F-F** 112:8

**J-O-N** 47:2

**jack** 141:23

**jack-of-all-trades** 27:23

**Jacksonville** 122:1 217:5

**Jad** 51:9 112:8 206:7

**Jaffal** 51:9 95:15 112:8 206:7

**jail** 21:14 37:6,8,10 116:7

**janitor** 191:20,21

**janitorial** 66:17

**January** 4:8 97:21 129:8, 12 133:23 135:20 141:16

**jarring** 208:3

**jaw** 154:2

**Jeff** 137:8,22

**Jeffrey** 19:11,22,24 21:4, 18,23 136:16 138:18,23

**Jeffrey's** 137:5

**Jennifer** 5:1 209:18

**Jensen** 118:10

**jerked** 96:18

**jerking** 100:18 102:2

**Jersey** 64:10 140:11

**job** 53:13 116:21 142:23 149:16 150:1

**job's** 143:10

**jobs** 139:5,22

**John** 117:14 121:23

**Jon** 47:2

**Joseph** 124:23

**Js** 174:13,20

**judge** 40:9

**July** 37:22 104:22

**jump** 211:22

**juncture** 212:8,16

**June** 43:11,13,14 46:23,24 90:25 91:1 100:8 113:3,10 144:1 197:24

**Jupiter** 14:9

**juvenile** 37:12,14,17

---

**K**

**Kaufman** 26:18

**ketoralac** 92:23

**ketorolac** 31:7

**Keys** 104:12,14

**kicked** 65:21

**kidneys** 18:11

**kids** 137:17

**kids'** 137:20

**kill** 195:17 209:6 211:13 212:9

**killed** 98:18,23

**Killingbeck** 4:1,18

**kind** 9:19 19:5 26:17 29:15 31:5 44:22 56:7 70:19 75:4 83:19 87:25 114:7 118:3 130:22 139:14,23 151:13 154:5 162:23 167:24 170:19 184:19 194:6 206:16,22 214:24 217:14

**kinds** 210:12,19 211:5 218:7

**Kissimmee** 101:16

**knee** 43:21,23,25 44:2 48:3 49:24 93:6,12,13,20 94:8,9 114:5,10 134:19 135:8,12, 18 138:23

**knees** 208:3

**knew** 66:23 87:23 89:5 98:8 110:4,5 113:19,24 167:8 177:23,25

**knife** 73:7

**knives** 73:2 80:12

**knowledge** 17:3 23:6 41:7

49:15 215:25 216:4

**Koman** 31:21

**Kyleena** 137:9

---

**L**

**L-O-N-G-E-K-N-E-C-K-E-R** 18:4

**L-Y-N-N** 17:18

**L1** 44:10

**L5** 44:10

**label** 56:16

**labeled** 171:7

**lack** 25:3 42:10 51:24 52:23 107:23 119:19

**lady** 83:7 191:18 198:20

**laid** 118:4 144:15

**Lake** 8:18 104:17 121:2,22

**lane** 198:23

**lanes** 63:19

**large** 4:4 68:3

**Lariat** 26:24

**lasted** 47:14

**late** 170:15

**laundry** 83:11

**law** 40:16

**lawsuit** 151:5 180:17

**lawyer** 7:20 9:4 46:22 113:16,18 152:6 171:2

**lawyers** 14:21

**lay** 94:3

**lazy** 190:18,20 191:6

**LE** 26:24

**leading** 179:2

**league** 105:8

**leak** 70:24

**learning** 25:6,16

**leave** 56:17 60:3 71:5,10 139:17 144:16,18,24

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

149:12 150:12,15,21,23,24
181:7 202:24 203:3

**leaving**  79:2 98:15

**left**  7:6 17:23 38:11 44:2
48:3 50:23 51:1,2 57:17
58:21 63:3,7 72:15,16 77:9
88:21 93:20,22 111:16
112:1 135:12 137:19 155:5
166:5 169:13 170:2 201:2
202:4 203:1,4

**left-handed**  200:4

**leg**  93:22

**legal**  4:16 7:20 109:15
180:11

**legally**  14:2,14

**legs**  72:12,24

**level**  23:17 34:7 36:23

**license**  34:20 38:17,22
39:1,6,8,19,25 42:4,12
124:11 134:2

**licenses**  27:13

**life**  21:12 59:25 91:18
92:21 105:13,17 118:6
210:16,21 212:7 216:10

**lift**  115:1 141:23

**lifted**  141:20

**lifting**  141:5 207:14

**light**  69:10 70:8,16,17
71:6,8 75:17,22 76:19 77:1
79:24 80:2,4 88:5 107:19
146:6 158:6 159:15,18
162:12 163:7,11,17 164:10
167:13,14,16,20 168:7,10
177:4 182:15 184:1,2,5,6,
9,10,15 187:14,19 188:12,
14 190:1,2 194:6 206:2
217:19

**light-colored**  72:7,8

**lighted**  165:12

**lighting**  61:12 67:3,14,17,
22 107:23 108:8,17 109:12
110:1,4,5,14,25

**lightly**  198:2

**lights**  61:12 159:8 163:3
164:14 181:1

**likes**  106:20 184:4

**liking**  77:2 107:11

**limit**  141:9

**limited**  36:24 196:9

**lines**  198:9

**linings**  51:15

**list**  139:14 204:15

**listed**  204:19

**listen**  64:25 78:24 160:12
173:16

**listening**  73:21

**lit**  159:11 163:21 168:3,13
176:5 214:14

**literally**  129:20

**live**  9:14,18 10:10 102:11
118:9,14

**lived**  10:25 202:25

**lives**  9:19 118:10 119:2
133:6 198:8

**living**  10:21 14:2,5,8 23:9
137:8,9

**LLC**  4:10 218:22

**Lloyd**  6:12,13

**load**  58:3 127:16,18 134:7,
11,12 142:7,9

**loaded**  115:1

**loading**  48:8,10 114:17
143:1

**loads**  12:21 139:14

**loan**  145:13

**lobster**  104:9,10,16,21

**locally**  216:25

**located**  15:18 29:5 84:7

**location**  56:20 62:1,22
77:23 111:1

**locations**  216:21,23

**locked**  106:25 126:6

**log**  203:20

**logistics**  53:14 56:9

**loner**  137:6

**long**  6:1 10:25 12:3,14
13:11 14:1,11,23 18:12
34:10 35:5,22,24 57:12
84:20 93:5 95:11 101:2
113:22 116:20 131:4
141:13 181:17,19,22
182:1,3 184:8 189:18
192:16 214:13,16

**Longeknecker**  18:3 21:6,
8,10

**longer**  14:2

**longest**  130:2,8 131:5

**longstanding**  213:23

**looked**  55:1 83:19 89:8
124:19 184:22

**Lortabs**  152:11

**lose**  52:2 75:23 97:4 98:23
134:21

**loss**  8:7,11 18:17 50:9
97:8,19 112:18 145:25
146:8

**lost**  24:3 25:2 39:3 95:2
97:10,14,24 98:4,17
153:21 199:10

**lot**  51:25 61:12 63:10 65:16
66:1 67:13 71:10,11 83:8
97:24 100:19 107:20 112:1
116:21 122:8 125:18
142:19,20 151:15 157:1,4
159:10 164:1,18 165:3,12
168:6 176:9 177:5,16
179:18 180:5,22 190:12,17
191:6,17 193:14,20 195:5
196:6 197:3 213:11 214:4
215:2 216:19 217:4,6

**Lothrop**  51:22 52:4

**lots**  61:15 176:3,17,25
177:1,7,10,14,18 194:15,
18 216:20,25

**loud**  73:23 189:15,16

**louder**  172:12

**Louis**  6:12

**love**  207:25

**Love's**  60:23 61:17
120:23,25

**low**  85:4

**Lowe's**  122:6 177:1

**lower**  44:9,10 93:12 154:1

**Lucie**  6:13 9:15 15:19
28:10 43:18 154:9,12
205:8

**Luckily**  134:9

**lunch**  106:9 179:14

**lung**  18:10

**lying**  36:25

**Lynn**  17:17

---

**M**

---

**M-A-R-Y**  9:23,24

**M-C**  9:24

**M-I-L-T-O-N**  41:24

**M-O-R-G-A-N**  117:5

**Macy's**  61:23

**Madam**  160:17 171:11
185:3

**made**  15:16 30:1 42:25
73:15 75:23 82:6 93:21
94:18 106:15 109:12 113:8
168:24 170:1 182:17
187:17 199:8 215:11

**maiden**  19:19 21:9

**main**  53:21 83:13 117:21
154:21 207:25

**maintenance**  129:22

**major**  122:6

**majority**  176:2,16

**make**  6:18 7:4,20 14:16
19:16 26:8 29:10 64:21
66:1 68:16 71:10 76:5 80:8
89:15 115:6 122:21 124:21
128:21 131:7 132:24
135:10 150:14 169:5
172:11 178:25 180:11
181:2 183:3 187:24 189:7
190:25 196:25 199:13
202:20 204:11,17 210:10
213:25

**makes**  16:23 34:18

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

**making** 15:11 74:8 89:13
98:11 122:3 140:17 182:18
205:2,16,18

**male** 179:20

**man's** 79:3

**managed** 107:3

**Manheim** 53:5,10 56:11,
18

**manner** 165:21

**manning** 65:14,25

**map** 49:18

**March** 97:22

**Mariana** 146:17

**marijuana** 34:17,20

**marital** 14:19

**mark** 160:19 165:14
168:17 171:5

**marked** 160:22 165:18
167:5 168:19 171:20 185:7
204:5

**Marken** 126:18

**market** 15:8

**markings** 168:24

**married** 10:1 13:5,11,19
14:2,14 30:1

**Martin** 24:2,16 41:20
146:19,22

**Mary** 9:22 10:5,9 14:23
30:18

**Mary's** 17:8

**Maryum** 4:17

**mask** 68:24 178:3,13

**Matt** 126:18

**matter** 4:9 47:4 157:25
158:5 214:5,14 218:21

**mattered** 163:10 164:2

**matters** 119:15

**mattress** 36:14 101:20

**Mcbride** 4:22 20:6,11,14
44:22 45:4 74:3,6 78:25
85:1,5,9,17,21 86:2,8,17

89:18 98:25 99:5 101:4
107:21,24 108:4,20,21
109:7,14 146:2,4 155:9,12,
18,21 158:15 163:4 180:12
205:1,6,15,17,22 208:14
209:14,23 211:20 212:11
217:11,17 218:11,18
219:4,13

**Mccormick** 53:24

**Mcintosh** 9:22

**Mcnally** 140:9

**meaning** 211:3

**means** 38:17

**meat** 179:14

**mechanic** 27:14,22 28:1

**media** 89:14 105:20,24
106:4 126:14,16 127:8
211:9

**Medicaid** 29:24

**medical** 18:5 29:21 34:20
47:7 50:11 94:25 95:8
96:20 100:21 141:2,6
150:11 151:20 153:5
198:10,12 200:23 204:14

**medication** 8:8 30:12
45:17 93:9 143:13 144:11

**medications** 8:10 28:4,5,
20 30:22 31:11 32:10,15,
25 33:22 34:24 59:11,15
130:15 143:24 148:6

**medicine** 92:23

**meds** 31:3 48:5

**meet** 116:1,2 173:8 196:19
213:14

**meetings** 148:23

**member** 59:5 99:14
148:25

**memories** 90:6

**memory** 6:15 8:7,11 36:13
48:15 50:8 57:23 106:19,
20 153:1 210:6

**meniscus** 48:3 94:18
135:22

**mental** 120:13 148:19
149:5,6 216:1,5

**mention** 120:15 148:13
174:7

**mentioned** 122:20 126:13
127:15 133:2 135:7 136:13
140:13 141:1 147:3 148:5
151:10,22 153:8 155:4
156:15 170:10 197:16,23

**mesh** 51:10,13,19

**mess** 97:2 207:23

**message** 128:11,12

**messages** 49:13 57:21

**messes** 210:12

**messing** 194:4

**met** 17:23 21:11,13,14
56:11 71:21 84:23 105:4
216:9

**metal** 94:16

**meth** 138:20

**Michael** 5:2 117:18 158:15

**Michigan** 119:2

**mid** 44:9

**middle** 4:12 24:13 77:20
85:12 140:24 147:23,24,25
148:2,3 158:10 183:13
185:22

**migraine** 92:15,25

**mileage** 140:6

**miles** 52:19 90:14 139:5,7,
9,11

**military** 138:3

**Milton** 41:24

**mind** 59:19 66:25 67:24
69:19 110:10,12 113:21
163:23 218:8

**mine** 77:3 98:9 117:15
126:18

**Mini** 104:21

**minister** 22:13

**Minnesota** 131:16

**minute** 20:12 68:12 149:7
155:13 192:17

**minutes** 38:13 86:25 94:2

157:5 181:21

**mirror** 91:17

**misdemeanor** 41:1

**missed** 81:13

**missing** 22:10 137:15
153:24 204:12

**mistake** 82:6

**misunderstood** 170:17
173:6

**mobile** 10:13

**model** 26:8 123:24 127:13
128:21

**moderate** 46:2

**mom** 17:10,11,15 18:9,22
24:25 59:23 106:20 107:11
214:1

**mom's** 17:16 18:7 19:19
106:19

**moment** 31:9 44:14 56:5
99:18 155:21 181:7 208:10
217:12

**money** 30:1 52:2 54:12
97:10 98:11 128:8 130:12
137:7 145:14 193:24

**Monster** 59:21

**Monterey** 114:1 152:19

**month** 19:9 30:14 46:9
51:11 126:19 129:8 130:24

**months** 13:14 19:4 47:20
90:1 99:21 103:13 129:17,
20

**mood** 34:7 97:2

**moods** 120:3

**Moore** 21:9

**Morgan** 13:10 117:4,6,10,
12

**Morgan's** 117:11

**morning** 4:6,24,25 5:20
23:9,11 35:9,16,17 52:12,
17 67:8 68:15 93:9 111:21
163:14 173:9 178:11
196:15,20

**morphine** 31:7 143:17,20

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

**mother** 18:24

**motivated** 32:2 88:10

**motivation** 103:4

**motor** 96:23 113:2 114:12 144:1,6,10 151:3,9,20 152:13,15,22 197:23,25 198:16,24 199:3

**motorcycle** 48:10 115:1, 2,5 121:7 134:3,5,12,16 217:6

**motorcycles** 11:12 52:22, 25 53:3 54:1,8,15,21 55:8 57:15 58:6 134:23 140:22 142:12,15 194:8

**motorist** 198:12

**Mountain** 59:23,24 214:1

**mouth** 81:14

**move** 15:13,16 93:18 101:2 118:4 146:10 164:5 176:11 179:24 180:8 206:5

**moved** 15:13 23:25 41:15 118:15 198:9

**moving** 93:5 107:19 169:17

**MRI** 96:11 135:20

**MRIS** 96:12

**mudding** 99:23 103:9

**multiple** 132:2 179:11

**munch** 59:17

**murder** 209:9

**Murray** 147:25 148:3

**music** 73:21,23 74:12 161:9

**Mustang** 201:25 202:1,3

**mutable** 31:7

**muzzle** 187:17,20 188:18

**Myofacial** 206:9

**myofascial** 112:11

---

**N**

---

**nail** 106:8

**named** 46:14 53:15

**names** 19:20 21:5 30:22

**Nathan** 19:13,22 21:4,19 138:20

**Nathan's** 136:19

**Nathaniel** 19:25

**nature** 27:15 80:17 138:7 148:21 156:22 206:18

**nay** 128:18

**nearby** 63:13 110:16

**necessarily** 40:24 62:2 68:22 180:24 196:14

**neck** 44:9 46:6 93:19 97:1 114:10 151:12,18 153:4,5

**neck's** 151:13

**needed** 14:13 51:22 74:25 75:1 91:7 110:17 111:2,4 167:8 174:10 191:17 200:15 214:3

**needing** 170:21 218:2

**neighborhood** 28:13

**nerve** 93:19 151:15

**neurologist** 31:17,19 32:13 46:3 48:13

**neurologists** 96:4,11

**Neurology** 31:21

**newspaper** 89:6

**nice** 145:14

**night** 35:6 57:14,20 58:3 63:3,24 64:12 68:14,15 82:14,24 83:22 107:17 110:7,13 117:23 119:25 121:3,5,11 165:16 188:11, 16 194:1 196:5 208:24 212:22 213:11 214:25

**nights** 35:7 121:14 122:5

**nine-hour** 55:1

**no-claim** 199:11

**nod** 7:5

**noise** 74:8

**nonresponsive** 164:6

**nonstop** 118:6

**nonverbal** 218:15

**normal** 35:17 52:5 197:22

**north** 52:17 64:10 155:5 210:22

**northbound** 98:16

**northern** 195:9

**nose** 76:1 81:14 159:14 164:4,9

**Notary** 4:3

**note** 149:11

**noted** 206:15

**notes** 115:18 146:12 202:19

**notice** 67:2 69:9 91:9

**noticed** 22:9 70:8

**November** 13:12,13,14 49:5,10 118:16 129:11 133:22 136:5

**number** 4:13 16:14 55:14 124:18 128:20,21,22 137:22,24 145:23 204:12, 16,20

**numbers** 127:20 203:22

**NW** 9:15

---

**O**

---

**oath** 36:25

**object** 7:21 109:14 163:4

**objecting** 108:22

**objection** 7:24

**objections** 7:20

**observe** 88:21

**obvious** 81:10

**Ocala** 4:13 90:13 200:10

**occasionally** 10:10

**occasions** 135:4

**occupational** 206:17

**occupied** 69:9

**occur** 41:22

**occurred** 84:17 123:17 130:6 155:6 169:9 180:23 187:2 200:8 216:21

**October** 118:16

**off-ramp** 43:18 198:21

**off-the-record** 16:17

**offense** 36:15

**offer** 54:10,11

**offering** 131:2 133:25

**office** 10:15,22

**officer** 66:5 160:7 162:2, 16,18 163:15 164:15 165:5 167:18 168:12 175:7 191:4 193:15 213:10 218:1

**officer's** 195:5

**officer-looking** 66:20

**officers** 66:14 82:20,25 86:21 88:22 177:15 187:10 198:14

**Ohio** 136:22

**Okeechobee** 101:16 137:10,11

**oldest** 19:10,21 21:13

**one's** 56:5

**one-man** 12:19,20

**one-week** 178:16

**ongoing** 114:11

**online** 54:7

**open** 27:6,8 29:9 46:7 56:14 57:18 63:11,12 64:15 103:25 104:2,9 162:9 164:20 185:16 194:3,14 209:7

**opened** 51:14 73:16

**opening** 103:21 153:18

**opens** 104:23

**operate** 124:1

**operated** 109:22 134:5

**Operating** 4:10 218:22

**opinion** 153:17 210:1,2

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

opportunities 149:20

opposite 77:22 183:15

oral 112:11 153:13 206:9

orchestrated 137:15

order 96:5 188:16 189:17
214:3 219:1,6

ordinance 109:25

organizations 99:15

original 62:25

originate 54:3

orthopedic 49:25 50:2
135:23

other's 118:5

outer 72:13

overdose 138:17

overdosed 138:19

overnight 66:13 69:15
90:21

overview 168:22

overwhelmed 208:11

owners 127:23

oxycodone 31:6 45:18,19
143:18

oxycodones 143:21

**P**

p.m. 57:19 155:23 156:1
218:24 219:15

pack 34:8

packages 114:16,18

packs 34:9 47:19 179:13

paid 15:12,13 22:1 29:20
57:10 139:16

pain 33:18 46:6 47:20 48:5
50:15 90:16 93:3,7,24 97:1
100:11,16 114:11 130:16
135:18 138:24 143:13,15,
16,17,24 144:11 153:4,5

painful 92:3

painkillers 33:13 143:7
152:11

pains 151:18

paint 198:9

Palm 17:7

pants 72:6 215:8

papers 25:1

paperwork 14:14 54:11
139:3 141:8,15

paramedics 83:15

parameters 194:22

paraphrasing 70:20

parents 17:9 23:25

park 61:3,4 64:6,12 66:13,
23 67:16 69:3 71:12
101:16 146:13 158:11,12,
20 159:1 181:2 213:10

parked 66:19 67:5 68:10,
16 69:5 70:12 73:13
159:14 164:21 165:23
166:1,10,24 169:9 182:11
195:1

parking 61:12,15 63:9,16
64:6,11 65:16,22 66:1,2,9,
16 67:13 68:10 69:15
71:10,11 83:8 107:20
110:22 115:15 157:1,4,17,
18,22 158:1,21 159:7,10
162:8 164:1,9,18 165:2,5,
8,12 166:21 167:15,17
168:5 169:13 170:2 176:3,
17,25 177:1,5,7,10,14,18
179:18 180:5,22 190:12,
13,17 191:5,17 193:14,20
194:15,18 195:4 196:6
197:2 213:11 214:4 215:2
216:19,20,24 217:4,6

parks 199:24

part 19:2 36:9 87:10 93:10
112:3 114:10 151:5,9
159:13 190:16 191:4

partial 48:4

parts 43:20

passed 17:19 18:12 54:20
95:11 117:9 137:14

passenger 182:20 183:16
186:16

passenger-only 140:12

past 19:4 35:13 90:5 118:4
132:8 138:22 169:22

path 181:6

patrols 177:17

patrons 69:14 83:4

patted 87:20

Paul 4:22

pavement 74:9

pay 30:11,14 40:11,23
125:22 135:21 156:19,20
174:8,16

paying 21:25 82:12 110:8
154:16

payment 15:11 25:3 29:11
42:10

payments 150:21,23

pencil 92:8

pending 37:7 47:3,4

people 11:25 33:5 66:7,15,
17,20 88:23 91:9 97:24
98:5 106:8,13 107:1
125:18 128:3,8 176:6
178:8 190:24 194:21 218:3

people's 75:8

percent 128:6,7 136:6,14
188:6 197:1 207:15

perfect 20:17

perfectly 7:2 85:20 109:1
114:14

perform 120:11 139:22

performed 142:4

performing 119:11 139:6

period 33:16 35:22,25
67:15 152:23 167:16

person 35:6 39:7 40:13
53:12 56:10 65:25 73:3
83:6 128:13,20 173:1
179:20 196:19 217:20

person's 210:15

personal 42:25 119:14
125:16 126:4 154:19,20

personnel 177:15

pertains 213:6

pharmacies 28:21 29:1

pharmacy 28:6,8,23 29:2,
4

phlegm 111:21

phone 38:1 49:4 55:14
73:25 74:15 81:21 82:10
85:3,24 128:20 137:22,24
176:1 193:8 211:7

Phonetically 126:18
137:10

photograph 165:15
166:20 168:16 169:8
185:10,23 186:17 188:20

photographs 184:18

photos 193:6

physical 80:8 115:6
190:12 206:17

physically 8:19 40:14
101:24 142:3,23 143:10
202:6,9

pick 52:18 54:13 55:16
127:16,18 136:23 173:9
213:14

pick-ups 140:17

picked 31:18 54:4 55:7,9
111:2 139:15 142:10
169:20

picking 7:10 66:17 176:6

picks 30:18

pickup 55:17 56:20 62:22
70:11 128:1

pickups 140:21

picture 55:20 72:21 89:7
168:9 210:16

picture's 85:25

pictures 54:9 55:19,23
56:16 108:7 126:21 186:9

pill 22:19 137:12

pills 22:10 32:21 33:18
59:11,15 137:7 138:19,24
143:15 214:23

Pilot 60:20 61:1,16,19
63:1,2,7,15 66:12 110:19

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

115:13 165:1 170:5 174:9,
12 175:21

**Pilots** 61:9 62:20 110:20,
21 174:13,20 175:20

**pinches** 93:20

**pinching** 151:16

**pinky** 92:10 201:1

**pinpoint** 98:3

**pitch** 101:17 167:15

**Pittsburgh** 131:21,25
132:4,7,13,23

**place** 4:15 24:17 53:9
66:13 101:15 109:20
121:23 128:14 131:14
174:12 178:8

**places** 68:21 179:16

**plain** 72:5

**Plaintiff** 4:23

**plaintiff's** 16:14 160:12
161:2 171:8

**plan** 60:3 62:14,20 63:1
149:25

**planned** 197:17

**planning** 47:22 70:3

**plastic** 51:5

**Plate** 123:12

**platform** 36:13 128:11
161:21 171:22,25 172:14,
23 173:18 175:4,13

**platforms** 106:4 126:14
127:8

**play** 100:5 160:10 161:14
171:14,16,23 172:9,21
173:16 175:1

**played** 23:22 100:12
105:2,5,8 161:21 171:22,
25 172:14,23 173:18
175:4,13 182:6

**player** 161:7

**playing** 99:24 161:16

**Plaza** 120:25

**plow** 60:4

**plumbing** 22:3

**pocket** 30:13,15 73:7
135:21

**pockets** 215:7

**point** 24:25 29:16 76:12
77:6,10 78:5,7,17 79:18
80:1 82:12 84:7 91:25
93:17 111:3,22 116:25
146:18 147:1 155:7,14
156:5,11 157:14 162:24
163:10,24 186:21 188:21
189:22 190:3 192:6 212:25

**pointing** 169:1,2,3,4

**points** 154:23,25 155:1,2

**pole** 107:20 177:4

**police** 66:5,14,20 78:14
82:20,25 83:15 84:3,20
86:21 87:11,14,16,22 88:8,
22 89:6 160:7 162:2
164:15 165:16 187:10
190:16 191:4 193:15 195:5
198:14 199:5 213:9 218:1

**policy** 29:14 194:17

**politics** 210:21

**Pompano** 124:22

**pool** 99:24 100:5,12 105:2,
5,12

**poor** 120:21 197:7

**pop** 106:12

**Port** 6:13 9:15 28:10 154:9,
12 205:8

**portal** 125:11

**portion** 10:17 29:20
146:23 160:18 164:6
176:12 179:25 180:9

**portrayed** 188:19

**position** 66:8

**possession** 38:15 41:9
139:20

**possibility** 58:22 59:9

**possibly** 47:24 103:20
191:1

**post** 90:2 106:2 107:4
126:15

**posted** 208:23,25 210:18

**posting** 106:18

**posts** 210:14,20 211:5

**posture** 93:23

**potato** 59:17

**potential** 125:19

**pounds** 26:4 101:3 114:22
115:4 141:21

**Powersports** 121:7 217:4

**practice** 31:21 52:2

**Prairie** 101:15

**preceding** 200:21

**preclude** 8:3

**Premier** 31:21 32:12

**prescribe** 31:11 152:11

**prescribed** 31:17 33:2,13,
18 143:20,22

**prescribes** 32:10

**prescription** 30:11 31:15
32:25 149:10 150:11

**prescriptions** 30:7,15
33:5 95:22 143:25 144:11,
13

**presence** 126:16

**preshooting** 216:1

**pressure** 50:16 111:25
207:21

**pretty** 10:21 49:14 88:24
91:9 92:3 93:23 96:13
114:23 118:6 138:21 143:5
144:14 151:21 152:25
194:25

**preventing** 196:11

**price** 68:5

**primary** 32:1 95:25 120:15
135:17 141:12 151:23,24
152:2,4,5,8,10

**prior** 22:3 32:22 41:10
50:19 96:23 105:9 114:25
115:7 118:7 123:1 129:18
140:1 153:5 154:2 157:14
187:11 188:8 212:18

**posted** 208:23,25 210:18

**prison** 37:6

**private** 106:13,16,25

**Pro** 154:25

**problem** 75:6 79:12 206:2

**problems** 8:2,6 21:24 50:8
84:17 92:17 96:16 111:19,
20 119:11 151:14

**procedure** 51:22 52:5

**process** 6:16 38:2 81:20
134:13

**produced** 161:2

**professional** 4:2 27:12,24

**profile** 106:11,12,24 125:7,
18 126:1

**profiles** 125:7

**Progressive** 42:21

**promises** 68:8

**property** 11:5 14:16,25
15:18 66:21 168:22 169:6
172:4 210:15

**propofonol** 31:6,16

**proprietor** 11:19 124:17

**protection** 38:8

**protesters** 210:9

**prove** 189:22

**provide** 91:2,4 127:16

**provided** 120:14 141:10
145:24 160:11 171:7,8
190:15

**provider** 100:21 151:20

**providers** 204:16,18

**psychiatric** 216:2,5

**psychiatrists** 148:20

**psychological** 97:1

**psychologists** 49:20
148:20

**psychotic** 209:9,22

**PTSD** 48:15 97:2

**public** 4:3 15:22 64:6,15
71:11 106:11 180:5,22

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

**Publix** 28:9,11,19

**puddle** 71:2

**pull** 61:3 69:18 110:6
158:20 159:3,6 167:19
177:21

**pulled** 35:25 37:25 82:13
87:19 154:2,3 157:16
158:1,2,13,22 159:19
164:4,9 166:13 167:7,9
168:5,14 192:17

**pulling** 159:11 165:1,2

**pump** 156:19,20

**punching** 202:7,9

**puppy** 95:5

**purchasing** 155:4

**purpose** 66:4 82:7

**purposely** 157:23

**purposes** 38:16 58:13
131:6 160:25

**push** 143:6

**put** 51:10 59:23 80:16 89:1
94:15 101:20 106:1 127:24
134:16 189:2 191:23 198:8
202:2 209:7

**puts** 30:21 139:17

**putting** 107:19 178:13

## Q

**question** 6:20,25 7:13,22,
23 36:16 45:15 50:2 65:1,4
74:4 78:24 79:1 81:11
85:12 108:24 109:3 113:20
121:13 131:3,4 142:22
145:17 162:25 164:8 175:2
176:15 197:7 212:12
217:14 218:25

**questioned** 180:16

**questioning** 192:18

**questions** 7:5 8:14 9:5
87:23 116:9,18 145:24
146:7 157:10 160:14
161:15,16 171:15,17
180:13 204:10 206:3
208:6,12,15 209:12,15,17
216:12 217:15 218:13

**quick** 45:15 184:25 187:15
191:2

**quicker** 9:11

**quickly** 159:22 215:24

**quit** 34:1

**quitting** 148:10

## R

**R-A-M-B-O** 117:14

**racially** 88:10

**radar** 49:7

**radio** 84:4

**radiology** 205:7,8,10

**rain** 189:1

**Raise** 5:7

**raised** 17:11,14 21:20
79:20

**raising** 189:10

**Rambo** 117:14,19 118:9

**Rambo's** 121:23

**ramp** 134:17,25

**ramps** 134:14,16,17 143:2

**ran** 23:23 28:24 82:3 88:7
193:10

**Rand** 140:9

**ranting** 75:2

**rarely** 34:13,15,16

**rate** 82:22

**rates** 199:10

**raving** 75:3

**reach** 47:4 49:19 77:24
79:21

**reached** 49:8 76:3 78:18
82:10 184:2 193:5

**reaching** 81:21

**reaction** 187:8

**read** 7:8,25 106:3 170:13
218:17 219:2,4

**readjust** 188:16

**ready** 38:5 58:12 89:1
181:24 213:16

**real** 11:5 45:15 138:14
164:14 184:25

**realized** 81:15

**Realtime** 4:3

**Realtree** 72:4

**rear** 115:4

**rear-ended** 43:3

**rearrange** 101:2 142:10

**reason** 21:21 32:18 37:24
60:25 67:20 91:19,21
100:11 108:14 138:15
150:9 157:17 158:24
159:13 168:4 190:16 191:5
193:22 200:9 202:11 209:4
215:7

**reasoning** 49:24

**reasons** 117:22 179:5

**recall** 9:7 27:21 31:9,20
32:13 33:21,24 36:1 37:16
42:2 43:8 44:14 48:14 50:7
54:17,23,24 57:19,23 58:9
59:10 60:9 65:19 75:24
81:18 84:19 88:3,24 95:20
100:20 101:4 112:16
114:2,5 126:12 152:25
160:1 175:18 191:7 199:1
203:15

**recalled** 45:17 206:11

**receive** 24:14 30:7 38:21
44:3 96:7

**received** 24:21 29:24 38:7
43:22 94:25 95:8 96:9

**receiving** 47:7 114:21
153:5

**recent** 37:20

**recently** 19:3 29:8 46:5

**reception** 120:22

**recess** 20:22 45:10 99:10
155:24

**recognance** 40:10

**recognizance** 40:21

**recognize** 13:17 39:5

**recollection** 159:25

**recommended** 32:5
112:14

**record** 4:7 5:21 6:23 7:12
15:23 16:13,15,19 20:12,
21,24 38:16 39:13,18 45:8,
12 99:8,12 155:20,22
156:1 160:25 213:22
218:23

**recorded** 160:8 211:6

**recording** 81:3 115:9,12
140:6 157:6 164:25 182:5
213:7

**records** 55:5,11 97:7
139:5 177:4

**recovering** 22:8,11

**RECROSS-
EXAMINATION** 216:16

**reculating** 168:2

**red** 59:21 168:24 169:7
210:19

**REDIRECT** 209:19

**reduce** 47:20

**refer** 58:14

**referral** 50:2

**referrals** 12:4

**referred** 90:7 152:3,6

**referring** 71:17 90:6
163:22 167:22

**refinance** 15:8

**reflect** 50:24 51:3

**refrained** 77:4

**refraining** 68:21

**refresh** 6:15 159:24

**refrigerator** 179:12

**refused** 184:1,5

**regard** 168:4 212:17

**Regency** 154:6,11,12

**Regional** 90:13 200:10

**registered** 4:2 11:20
124:5,21,23 128:24

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

**regretted** 82:7

**regular** 91:22 94:6 104:23 126:25 177:18

**regulations** 110:1

**rehab** 114:9 138:6

**related** 23:2 29:21 30:15 96:22 112:15,23 113:9 197:12 205:19

**relating** 44:21 111:10

**relation** 73:13 165:23

**relationship** 119:7,8

**relax** 120:17

**relay** 55:16

**released** 40:10,21 91:1 94:20,24 95:10,14

**relief** 145:13

**relieve** 69:1

**rely** 143:7

**relying** 145:11

**remain** 185:16

**remedial-type** 25:17

**remember** 7:2 8:13,25 9:3 18:16 31:15 35:20 57:3,5 58:2 72:3 75:25 80:22 83:16 87:3,5,8,11,12,14 89:3,4 95:13 96:2,5 103:25 114:7 144:13 153:3 157:10,11 160:4,6 169:19 182:7 187:14,18,19,23,24 189:5 198:5 205:9 206:8, 10

**remembering** 168:12

**remind** 64:22

**reminds** 91:17

**remove** 51:13 184:1

**removed** 51:8 90:25

**rent** 11:3,4

**rent-a-cop** 66:5

**rent-a-cops** 66:11

**rental** 66:7

**reorganize** 142:16

**repair** 197:21

**repairs** 102:23

**repeat** 39:14,15 84:25 89:22 97:15

**rephrase** 158:18

**replace** 103:5

**replay** 161:17

**report** 15:22 42:1 101:4,5 151:18

**reported** 84:14 120:12

**reporter** 4:2,3,18 5:5,7,13 6:17 7:25 27:2,4 39:12,17 76:22 84:24 89:16,20 158:16 160:17,21 171:11 185:3,4 218:25 219:7

**reports** 25:21

**repossessed** 15:1

**repossession** 15:6,24

**repost** 90:5

**reposted** 210:6

**represent** 4:21

**representation** 146:7

**representing** 6:11 46:22 209:18

**represents** 166:9

**requested** 33:25 149:12

**require** 127:20

**requires** 68:14 208:2

**residence** 10:18 14:12

**residential** 54:4

**respect** 189:4

**respectful** 192:5,11

**respond** 187:7

**response** 204:16,19 218:15

**responses** 7:4

**responsible** 98:19

**rest** 101:4 120:21 146:22 175:1

**restaurant** 123:22

**restaurants** 123:13

**restriction** 141:11,13

**restrictions** 134:1,4 141:2,5

**restroom** 68:18,23 167:8

**result** 198:14

**resulting** 204:14

**results** 52:9

**retaining** 52:7

**returned** 56:9

**returning** 38:2

**reversed** 93:24

**reviewed** 170:23

**revoked** 107:9

**rewards** 61:17,18 155:2

**Rhino** 184:23

**rid** 98:20

**ride** 62:6 134:15 136:10, 22,24

**Ridenow** 121:7 217:4

**riding** 102:2 134:25

**rifles** 210:17

**right-hand** 201:1

**right-handed** 200:4

**righty** 8:16

**rigs** 194:22

**riots** 209:2 210:8

**risk** 103:17 159:23

**road** 28:24 44:23 62:16 114:1 122:5 129:19 130:3 145:2 152:19

**roads** 140:7,12

**rockets** 194:10

**rolling** 201:25

**room** 115:22 195:25

**rose** 36:22

**rotator** 44:1 96:19

**roughly** 56:23

**rows** 169:12

**royally** 207:23

**RPR** 4:1

**Rumbleon** 53:2 54:7,10 55:6,17 56:1,15,16 127:15 128:16 129:5

**run** 63:8 83:2 122:13 145:8 210:10,23

**running** 46:7 74:11 87:5 103:21 130:12 142:14 149:17 193:7

**runs** 101:21

**rush** 219:6

**RVERS** 194:24

**S**

**safe** 9:25 60:24 199:10

**safer** 61:7,9

**safest** 60:22

**safety** 65:16 66:4 68:8

**said/he** 212:17

**said/she** 212:17

**sake** 56:22

**sandals** 71:25

**sandwich** 58:24

**sandwiches** 179:13

**Saratoga** 42:1 140:25

**sat** 68:12 150:3

**save** 128:8 193:24

**saved** 115:10

**savings** 130:12

**scan** 51:20 52:6,9

**scans** 96:11,12

**scar** 51:7 91:8 92:7 197:21

**scenarios** 218:8

**scene** 88:18,21 89:4

**schedule** 35:15,17 55:15

**school** 23:18,20 24:1,2,4, 6,8,16,19,21,23 25:8,9,10

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

27:17 113:21 119:1 147:4,
6,8,16,18,23,24,25 148:2

**schools** 25:14

**scored** 147:13

**scraped** 51:14

**screaming** 35:12 70:18
81:19 191:16

**screen** 51:10 85:20 125:25
126:3 127:2 161:1,3,8
164:23 167:2 171:18
184:25

**screws** 51:11,14

**scroll** 168:23

**scrubbing** 215:17

**scuba** 99:23 104:5,7,12,
15,20,25 105:13 207:19

**search** 124:20

**searched** 87:20 106:12

**season** 104:9,10,16,21,22,
23

**seat** 36:5,11,12 193:8
195:15,19

**seconds** 84:23 86:21
161:14 182:7 184:11 187:5
189:21

**section** 10:21 169:13

**security** 16:14 65:9,13
66:4,5,14,20,24 67:1 70:10
75:1 107:23 124:17 176:4,
9,17,22 177:2,8,9,11,15,
17,19 218:1

**seeking** 145:25

**self-conscious** 91:14

**self-employed** 11:8

**sell** 103:4,6

**seller** 55:14 128:20

**sellers** 54:9

**semi** 65:22 98:17 189:15
194:22,24

**semis** 69:8 70:12 122:8
159:5,20

**send** 52:5 54:12 82:2
128:19 171:13 193:9

**sends** 54:10 126:20

**sentence** 37:8 71:13
212:4

**sentencing** 37:10

**separate** 131:22,24
186:23 201:21

**separated** 13:23,25 14:11
40:19 117:22

**separation** 149:11

**September** 19:24 98:12
118:1,16

**sequence** 111:18 182:4

**series** 160:1 171:14,18

**service** 169:1,17

**set** 6:8 61:15 125:17 127:5
128:2

**sets** 31:5

**setting** 143:2

**Settle** 9:15 10:12 14:5

**settled** 47:6

**settlement** 47:5 137:16
145:12

**seventh** 169:21

**sex** 119:11

**share** 160:25 161:3 164:23
167:2 168:15 171:18
184:25 208:21

**shattered** 111:15,18

**Sherban** 44:16,17 47:10,
15 96:4 204:23

**shine** 76:16

**shined** 71:6 80:6 182:2
184:3,9 187:4 189:19

**shines** 182:15

**shining** 74:19,22 75:17
76:8,19 109:10

**shipments** 127:22

**shipper** 128:12

**shippers** 127:23

**shipping** 128:13

**shirt** 72:7,8

**shock** 90:18

**shoot** 77:12 91:20 100:6
170:19 208:23 211:4

**shooter** 84:5 87:24 210:23

**shooting** 12:5,10 13:20
14:6 16:9,25 21:16 22:2,4
23:3,6,15 26:20 27:9
29:18,22 30:5,16 33:17
34:14,25 35:7,14,18,21
36:4 38:7,24 43:3,7 44:21
45:25 48:12,23 50:6,9,12,
20 52:10 54:22 67:8 71:22
77:11 80:9,15 81:1,4 82:1,
24 83:22 84:11 88:9 89:14
96:16,21 97:11 98:4,8
99:22 100:2,13 101:8,11
102:20 103:13,15,21
105:4,17,23 106:15 107:15
111:7,11,14,15 112:15,19,
24 114:13,15,25 115:7
119:9 120:11 130:7,11
131:6,11,15,20 132:6,25
133:4,8 134:6,12 135:5,13
136:1,8 139:21 140:2
141:20 142:5,22 144:9,14
145:3 148:9,16,21 149:6
151:19 153:6 157:1,3,14
166:2,7,9 177:6,13 187:2
192:23 197:3 199:13,16,
19,22,25 200:11 203:9
206:17 210:22 212:19
213:3 215:2,22 216:6,21
217:1

**shootings** 82:16 84:16

**shopping** 28:14,15,18
59:8

**Shopyourway** 154:22

**short** 129:13 133:25
198:22

**shortly** 106:3

**shorts** 72:1,8

**shot** 23:9 46:19 47:13,19
75:25 77:15,18 78:15 79:3
80:22 81:10,15,17,19,22
82:19 83:8 84:14 86:22
87:9 98:13,18 103:23
108:10,18 109:5 116:6
121:11 151:15 152:21
170:16 181:19 182:3 186:1

187:11 188:8 189:8,19
191:8,17 192:7 193:5
197:10 208:22 210:6
212:10

**shots** 44:15

**shoulder** 43:21,22,25
44:1,6,15 47:14,21,23
50:24 93:15,17 96:15
103:16,18 104:3,4 134:20
151:11 212:10

**show** 12:19,20 55:7 72:22
84:21 139:20 187:15 204:1

**showed** 89:7 189:25
192:16

**shower** 88:14 170:9,11,18,
19,21 172:5,8,18,20 173:2,
5,13,20 174:2,6,8,9,10,11,
16,18 175:22 191:21
213:11,12,16,19

**showering** 70:3 170:21

**showers** 174:13,17

**showing** 107:17

**shown** 187:22 217:19

**shut** 75:22 184:5,6 187:3,
5,8,14,19 188:12,14

**sibling** 19:7

**siblings** 19:1,15,21 21:3,5,
17 23:1 89:8

**sic** 23:21 31:6,8 40:10
44:16 71:6 74:22 96:1
133:25 146:13 154:6
168:2,18 171:3 178:4
190:22

**sick** 34:18 106:22 190:25
200:14,19

**side** 12:11 18:8 38:4 77:22
94:16 128:7 134:15,17
181:14 182:11,12,20
183:12,14,15,16 186:16
198:22

**side-by-side** 140:21

**sides** 27:8 55:20 72:14
77:22 186:23

**sideways** 115:3

**sight** 75:23

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

sightseeing 59:8

sign 56:13 73:1 127:21

signage 68:7

signed 56:12

signing 9:5

signs 68:3

Simmons 5:1 23:13,14
71:18 73:12 76:7 77:6,11,
17 78:18 80:9,11,22 81:16
82:4 83:16 84:10 88:22
115:7 182:14 186:6,15,22
189:7 209:18

Simmons' 166:6,10,16
182:12 211:9 213:1

simple 131:3 142:6 176:15

simply 67:21

simultaneous 39:11

singing 73:24

single 211:23

sinus 51:15,22 111:9,18,
19,23 112:3,4 197:16

sinuses 207:21,23

sir 5:20 16:21 58:1 64:19
66:18 72:9 74:5 78:21
86:20 91:23 99:14 116:13,
16,24 117:3,7,20 121:16
123:1,19 124:6,13 125:1
126:12 127:9 129:1 138:4,
8 139:24 140:3,24 141:18
144:3 146:24 147:2
148:10,18,22 149:7 150:6
151:7 156:3,4,7,13,17,24
157:12,15 160:9,21
161:19,24,25 162:3,20
166:3 167:1 169:10 170:10
172:7 180:4,14,16,20
181:16 182:13 183:25
184:21,23 185:11,15,18
186:2,18,24 189:9,12
190:10,14 191:10,13
192:24 193:21 197:14,18
198:15 199:17,20,23
200:1,3,7,12 201:22
209:13 212:8,16 213:21
215:9 217:10

sister 18:22,23 19:5
138:17

sisters 18:18

sit 23:12 82:18 83:14 87:2
93:3 94:3 101:1 105:6
212:20

site 127:20 177:15

sits 136:12

sitting 93:5 105:25 120:22
178:22

situation 22:15 110:5,14
195:4

sixth 169:21

size 92:8

Skillet 123:20

skills 206:23

skin 84:2

skirmish 212:18

slammed 198:7

sleep 35:8,10,12,19,21
36:8 58:6,12 60:2 68:17
71:14 110:9 111:4 121:3,5,
8 151:16,17 157:23 158:4,
6,8,10 159:9,12 162:12
163:3,8,16 164:11,18
165:6,7 167:13 170:8
172:5 173:2,4,8,13,21
174:3,6 176:3 177:7,14,16
190:5,6 193:15,17 194:14,
18 195:12,14,18 196:17
197:3,10 213:25 214:19,
20,25 215:5

sleeper 194:6

sleeping 35:23,25 69:19
122:18 151:17 176:23,25
194:22 195:2,4 214:23

sleeve 94:15,17

slept 121:15 123:15
216:20,24,25 217:3,5,7

slide 115:2,3

slip-and-falls 113:5

slipped 113:21

slow 25:16 129:12 133:23

small 50:22

smaller 92:9

smoke 34:2,4

smoked 68:13

smoking 34:1,10 148:11

snowbirds 132:3

sober 138:22

social 16:14 89:14 99:15
105:19,24 106:4 124:17
126:14,16 127:8 211:9

socket 111:16

sold 27:3 102:22

Sole 11:19 124:17

solely 96:21

solo 131:20 132:13,16
133:3,10,11,14

someone's 106:20 189:3
194:7 210:21

son 22:17

songs 161:9

sooner 153:21

sort 49:17 64:22

sound 58:17 65:6 74:9
87:3 92:2 99:3

sounds 7:20 65:24 81:10
99:2 218:18

south 58:21 60:4 65:11
129:14 146:13

southern 64:13

Southport 24:1

space 68:11

spaces 63:11,12

speak 48:13 83:3

speaking 88:22 160:6

special 68:6

specialist 29:13

specials 96:21

specific 11:11 41:23 53:13
56:10 110:15 216:21,23
217:1

specifically 94:18 101:6
111:7 142:1 204:19

specifics 55:12 57:3

speculate 6:24

speculation 108:16,23
109:7 216:1,8

sped 198:6

speech 25:7

speed 9:10

spell 46:25 53:16

spend 136:11 137:2 196:5

spending 122:5 136:25
196:16

spent 115:15 211:8

Spinal 44:13,16 204:23

split 46:6 103:25 149:23

spoke 191:11,15 192:22

spoken 108:2 192:22

spot 61:4 63:20 115:15
157:17,18,22 158:1,21
159:7 162:5,8,10 163:1,16
164:3,9 165:3,5,6,8 167:17
168:6 169:15,19,22 170:2
181:8 183:1 203:21

spot's 167:15

spotlight 184:23

spots 63:3,7,20 110:22
164:20 166:21 167:17
169:22 186:10

spouse's 13:9

spread 18:10

Springs 42:1 140:25

St 6:13 9:15 15:19 17:8
28:10 43:18 154:9,12
205:8

staff 88:12

Stage 18:10

stand 38:18

stand-off 211:2,3

standard 36:16

standing 69:14 73:10
182:16,20,25 183:4,8
185:25

**start** 32:3,14 53:25 76:19 94:2 112:2 149:23 165:24

**started** 12:3 24:2 36:1 48:22 51:12 57:8 70:17 74:19 81:13 86:19 96:2 98:7 130:21 135:18 138:14 149:8 184:1 192:18 193:11

**starting** 19:21 105:9,10 169:16 212:12 218:9

**starts** 29:9 75:2

**state** 4:4,21 5:20 11:18 37:25 38:3,9,15 39:1,7 40:1,2,17 41:2 84:22 86:23 101:16 107:7,8 115:11 135:25 139:8,12 140:19 157:6 170:8 182:5 217:8

**statement** 80:20 160:8,11 162:5,22 163:1 176:13,18 177:8 180:1,9 190:15,19 197:7,8

**states** 4:11 39:5 64:14 139:21 195:9

**states'** 39:5

**Statesville** 52:16,21,24 53:5 54:2,18

**stating** 100:25 149:11

**station** 58:8 64:1 66:13 68:3,4 83:2 84:13 88:23 115:21 116:2 169:2,4

**stations** 61:1

**stay** 26:4 59:15 62:8 63:3, 24 82:14 90:21,23 110:7, 13 122:9 190:23 194:10 196:2 208:24,25 213:11 214:25

**stayed** 61:25 65:12 79:24 104:13 144:15 146:21 195:21

**staying** 10:9 19:11

**stealing** 22:21,22 36:25 177:22

**steals** 177:20

**steering** 93:16 130:19

**Steno** 4:17,19

**step** 38:14 150:8

**stepdad** 18:22 22:15,18

**stepfamily** 133:6

**stepfather** 17:15 19:3 21:20,22 22:11 41:13

**steroid** 47:19

**Steven** 5:22

**stick** 92:10

**stitched** 51:16 91:6

**stitches** 91:7 104:1 112:22

**stocks** 68:13

**stop** 32:3,4 36:8 52:20 54:19 55:2 57:7,14 58:5,8, 12,15,16,20,23 59:1,3,7 60:7,11,14,16,17,19,20,24 61:10 62:14 63:24 65:13 75:17 76:17 78:12,22 81:6, 8 82:13,16,19,22 83:12 88:13 94:5 107:14 108:7, 18 109:12,22 110:2,6,13, 25 111:4 120:20 121:8,9, 10 130:25 156:12,14 164:13 168:13 171:3 175:22 190:13 195:13,16 197:9 202:3 206:5

**stopped** 15:11 57:2,4 58:2,7,19 60:8 87:22 98:8 146:14 155:7 175:7,16 207:5

**stops** 61:9,23,24 62:11,18 64:14 65:8 67:24 109:19 110:18 121:15 163:20,22 167:22 168:3 175:22 176:10

**storage** 25:1,2

**store** 46:7 57:4 62:13 66:10 82:3 83:13 87:6 88:7 109:23 156:18,23 169:3 193:10,11

**stores** 122:7

**storm** 195:23

**story** 199:7

**straight** 19:17 54:18 55:2 56:19 58:10 63:17,18 93:23 115:14 159:11 165:2 169:25 170:4,5 181:10 186:20

**strain** 151:16

**strains** 93:19

**strange** 20:16

**strap** 134:14

**street** 28:14 115:13 198:8

**stress** 34:7

**stretch** 93:13 94:3 130:9 131:5,10

**stretcher** 89:1

**strike** 129:25 164:5 165:24 176:12 177:24 179:24 180:8

**Stuart** 23:20 24:6,18 44:13 104:18 114:1 147:8,16,24 148:2,3 152:7,18

**stuck** 54:24 57:1 95:3 196:10

**studio** 10:16

**stuff** 22:19 25:2,21 61:19 62:7 65:16,21 68:19 70:19 71:8 75:4 83:9 89:9,10 97:3 100:6 102:2 103:8 114:22 115:3 116:22 119:5 120:3 126:22 130:16 137:6 207:21 210:13

**subject** 96:16 156:9

**submit** 54:9

**subpoena** 55:5

**subpoenaed** 52:1

**subsequent** 103:19 111:13 151:3

**substance** 41:9

**suffer** 48:14

**suggested** 82:5

**suggestion** 120:16

**Sunbiz** 11:20

**superman** 211:22

**supposed** 22:23 24:23 47:15 52:18 56:5 101:3 107:10 141:7,9 193:16 194:14

**suppressing** 207:7

**surcharge** 41:3

**surgeon** 46:17,18,19 51:9 111:8 112:11,12 153:13 206:11

**surgeon's** 96:13

**surgeons** 51:5 206:9

**surgeries** 96:10 111:6,9 112:4,14 197:12,17

**surgery** 44:3,6,7,12 47:17, 23 51:21,22 93:24 95:5 111:10 112:7,13 197:16

**surrendered** 41:1

**surveillance** 81:6,8

**suspended** 42:5,12

**suspensions** 42:9

**sustained** 45:25 92:15

**swear** 5:5,9

**swings** 97:2

**sworn** 5:16

**system** 111:23 112:3 139:3 178:4 190:22

---

**T**

**T&a** 171:3

**T-BONED** 98:17

**T-SHIRT** 72:4,5

**TA** 4:10 5:3 58:8,15 60:25 61:2,10,17,21,24,25 62:8 63:4,13,18 66:18 67:3,21 68:7 82:19 83:2 110:15,19, 21,22 115:14 116:10 122:21,24 123:10,11,15,21 155:6 156:10 157:1,4,13 165:1 175:7 177:24,25 191:9,12 192:1,10,23 193:2 196:2 197:2 218:14, 22

**TA's** 164:18 169:6 170:9 196:6

**table** 105:12

**takes** 128:5

**taking** 4:15 32:14,20 101:1 133:24 143:12,13,15 173:4

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

210:21

196:25 209:17

**talk**  6:18 19:4 29:13 52:10
64:21 74:14 94:19 119:16,
17 123:3 127:22 128:12
154:13 165:25 181:6
184:16 189:23 205:24
207:1

**talked**  49:3,5 105:22 118:2
135:8 140:14 148:6 151:2
153:8 165:22 167:24,25
169:12 170:7 199:12
204:11 207:11

**talking**  10:5 32:1 39:13
73:24 79:4 106:8 119:19
156:9 162:1 168:1 170:24
193:11 194:21 198:3 202:6
205:21 210:22 216:18

**tall**  16:2

**Tampa**  198:3 209:1 210:7

**task**  142:4

**tatted**  215:12

**tattoo**  72:16 215:13

**tattoos**  72:11,23

**taxes**  97:16 124:14,15,16

**tear**  48:6

**teeth**  112:17 153:8,24

**Teeto**  121:24

**telling**  21:3 32:2 87:8
111:8 190:4 203:23 213:9

**tells**  7:22 30:20

**ten**  14:24 28:21 42:23 62:3,
4 98:25 126:11 129:20
145:8,19 157:5 201:8,14
202:16

**tent**  101:18 107:19

**terms**  73:16 137:25
207:10,14

**terribly**  35:12

**testified**  5:17 28:3 32:15
52:11 62:25 213:22

**testify**  8:3 188:6

**testimony**  5:9 8:9,17 58:1
64:20 84:10 92:2 178:21,
24 179:1 187:25 188:5

**Texas**  29:1 98:15 195:23

**text**  49:13 57:21 68:15

**texted**  68:14

**texts**  49:14

**Thanksgiving**  19:12

**that'll**  206:14

**theft**  41:17

**theme**  199:24

**therapist**  48:18,19 207:3

**therapists**  49:17,20

**therapy**  206:16,17,18,19,
22

**Theresa**  53:15,21 55:24
56:1

**thing**  18:7 19:6 22:24
39:18 59:20 68:11 70:14
80:21 83:24 86:20 88:2
91:3 105:12 123:21 170:14
171:9 204:2 207:25 213:21

**things**  9:10 36:24 50:13
57:9 98:2 99:24 100:1
105:14 139:23 154:5 207:1
208:12

**thinking**  207:3 218:8

**this'll**  161:5

**thought**  22:1 75:7 81:13
88:9 170:17 215:12 217:25

**threat**  212:6

**threaten**  212:3

**threatened**  77:11 212:3

**threats**  80:9 115:6 189:7

**three-week**  131:10 152:23

**thrift**  62:13

**throat**  111:22

**throwing**  114:21

**thumping**  112:2

**ticket**  64:1

**tie**  212:21

**tiger**  72:25

**tight**  117:21

**till**  13:12 117:25 147:12
183:25

**time**  7:19 9:20 12:7 16:16,
19 20:21,24 21:15 23:10,
13 26:20 27:9 29:17 30:18
34:14 35:22,24 36:4 37:20
39:13 41:5,14 42:11 45:9,
12 49:2,4 50:1,12 51:21
53:14 54:20 55:4,7,15,17
57:11,12 59:12 62:19
73:14 78:7,19 79:10,24
88:6,25 89:19 91:13 94:25
95:8,11,14 98:10 99:9,12
101:10 102:13 103:1,9,12
104:7,19 105:2,11 109:20
114:2,12 115:15,24 116:7
119:24 120:9 122:23
123:11 126:23 129:19
130:2,8,24 132:1,10,14
135:15 136:6,11,15,25
137:2 139:17 140:2 142:15
144:9,10,18 145:1 149:22
151:19 152:21,22 153:25
154:8 155:23 156:1 158:16
159:4 163:24 166:1,8
169:9 171:24 172:22
178:16 179:13 181:18,19
182:2,3 183:23 184:9
185:17,25 187:1 190:9
195:2,13 198:25 201:4,6,9,
23 202:16,18 209:12 211:8
213:13 217:18 218:23,24

**timeline**  135:11

**times**  6:19 13:7 15:3 17:23
37:11,16 41:10 42:7 62:3
65:20 70:17 79:7,8 105:9
112:1 119:24 120:8,10
123:9 130:23 131:9 132:6,
7,9,13,22 133:7,15 135:24
141:20 143:22 151:23
152:9 175:8,16 184:14
194:11 195:3,7,20 202:16,
23 203:10,13 214:22

**timing**  112:20

**tint**  162:11 163:2

**tire**  141:23

**tired**  58:11 62:17 106:7
110:9 111:3 163:10 203:21
214:10,17

**tires**  181:1

**title**  54:12

**Toby**  21:8

**today**  8:4 12:5,11 23:12
82:18 120:20 130:7 151:6
176:23,25 177:13 178:21
179:1 207:16 208:9,15
212:20

**told**  21:3 23:7 35:11 41:18
50:13 71:13 75:11 76:18
77:7 82:25 86:24 87:25
95:24 100:22 101:7 107:7
111:5 112:6 152:9 162:15,
16 165:4 167:18 172:4
184:13 190:1 193:16 195:5
199:7 203:3

**toll**  140:7

**tolls**  140:7

**tomorrow**  137:1

**tools**  218:2,4

**tooth**  46:8 112:18,24 154:3

**top**  52:4 83:25 88:4 93:16
113:23

**topic**  146:10

**tore**  22:4 48:7 96:18 107:5

**torn**  44:1 48:3 94:18
135:22

**total**  96:20 129:21 161:14
181:17,20

**totally**  106:16,24

**touch**  18:25 77:25 92:12
119:4

**tow**  26:11,17

**towel**  83:11 192:3,20

**towels**  191:21,24 215:17,
18

**towing**  26:25

**town**  10:13 41:24

**track**  23:23 24:4 139:5,7,9,
11 140:7,8 203:16,18,19,
20

**tracked**  139:9

**Tradition**  28:17

**Traditional**  201:5

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

traffic 57:1 104:14

trail 139:6

trailer 26:11,17,19,25 27:3,
6,10 48:9 70:9 101:20
134:15 137:15 142:13
159:17,20,22 165:22
177:20,22 183:5 194:3,4,5,
11 195:1 198:5 202:1
217:23

trailers 129:23 158:23

transcribe 160:18 171:12

transcript 7:9

transfer 24:3 25:14 28:25

transferred 24:1,13
146:16

transport 11:12 26:3,6
105:10

Transportation 11:10,16
12:8,15,18 124:2,20 125:4,
6,8,15,17 126:1,9 127:12
128:25 139:2 145:2,19

transported 90:11

transporting 21:25

trash 66:17 176:6 188:21,
22,23

trauma 46:3 90:13 92:14
97:1

traumatic 48:11

travel 9:3 40:1 55:4 57:9
58:8,15 120:25 137:15
169:3 181:7

traveling 40:18 195:11

travelling 40:17

Treasure 204:24

treated 96:14 204:21

treating 44:17 47:11 48:4

treatment 43:22 47:7 91:2,
4 94:19,25 95:9 96:8,22
112:15 120:14 148:20
153:5 200:18,23 201:4
206:4

triangle 198:20

tribal 73:1

tricky 97:23

trigger 209:9,22

trip 130:18 131:19,25
156:10,11,12

trip-and-falls 113:6

trips 36:8 122:4 129:13
131:24 132:12 133:25
136:8,14 199:12

trooper 38:3

trouble 40:20 172:10

truck 8:20 36:3,14 52:19
54:19 58:8,11,15,20 60:7,
11,14,17,20,24 61:9,10,23,
24 62:11,18,23 63:24
64:14 65:8,13,21 67:24
68:12,25 69:14,15,22 70:6,
8,12,15 71:2,14 73:4,12,
16,17 74:11,17,21 76:3,7
77:20,22 78:12 80:5,12,23
81:6,8,21 82:10,13,16,19,
22 88:13 94:15 98:13,18,
20 107:14 108:7,17
109:12,19,22 110:2,6,13,
18,25 120:20 121:8,9,10,
15 129:22 134:23,24 140:1
149:19 159:23 162:12
163:20,22 164:4,13
165:21,25 166:1,5,6,10,14,
15,16,23,24 167:22 168:3,
13 169:21 171:3 175:22
178:3 181:11,13,24 182:20
183:1,13,20,21 184:2
186:11,12,13,23 189:14
190:4,5 193:6 194:10,25
197:9 208:25 209:7,8
210:8 211:21,22 212:5
215:5,10,24 217:21

trucker 63:24 140:8
194:19

truckers 68:8 69:10,13
78:8 194:18

trucks 66:1 69:1,3,6,7
70:19,23 75:3,8,14 76:9
114:17 159:8,15 164:10
166:18 168:6 169:6 189:15
194:23,24

true 162:21 163:1 199:8

trumpets 138:18

truth 5:10,11

truthful 9:6 162:18

truthfully 8:4

tune 84:16

tunnel 130:20

Turco 6:12,13

turn 22:18 63:15 70:17
154:23 184:15 190:1 198:7

turned 10:15 77:3 138:23
147:12 190:1

turning 77:4

turns 159:22

twin-sized 36:13

Twitter 127:7,9

type 18:9 26:3 59:14 66:3
92:15 112:10 125:5 132:24
138:6 141:4 148:15 190:11
200:15,22

types 18:5 27:19 50:15

typically 156:15 206:4

U

uh-huh 7:6

uh-uh 7:7

unable 108:12

unclear 39:14

understand 76:5 79:2
123:24 126:24 146:11
157:8 165:4 175:10 178:25
179:17 180:19 187:25
188:5 194:14,16 196:25
212:23

understanding 38:25
39:4,24 53:7 132:21
145:22 150:15 166:4 169:5
180:4,18 182:10 186:15
197:11

understood 7:14 120:4
121:12 122:11,15,17
124:11 125:24 129:6
130:25 131:8 132:21 135:4
139:19 140:13 142:21
143:9 147:21 149:4 150:2,
14 152:12 153:3 157:21
159:24 162:10,25 178:10

truthful 9:6 162:18

183:22 184:7 186:14 192:1
194:13 195:20 207:10
208:5 218:12

unemployment 200:6

unhurt 210:11

uninsured 198:11

unit 25:1,2

United 4:11

unknown 21:7,8,10

unload 134:7,11,12

unloading 114:17 143:1
201:25

unpaid 150:24

unplug 85:23

unresponsive 176:12
179:25 180:9

unsafe 196:2

unscathed 210:11

upbringing 17:5

ups 119:12

upset 83:9

Upstate 38:1

urgent 95:22 151:22
152:1,3,7,17,18 204:24

urinate 69:21,22 115:16
178:11 179:18 180:5
181:8,18

urinated 179:20,22 181:11

urinating 69:24 70:5 73:3,
10,19 180:22 181:15,23
188:22 190:17 191:5 215:3

urination 189:2

urine 74:9

username 126:4 127:2

uship 12:2,22 125:6,18,19,
22,23 127:14,19 128:5,11

V

V-E-R-A-N-O 28:12

V-I-C-K-I-E 17:17

vacations 199:15

Valium 120:16,18

Vanese 4:1,18

vaping 34:22

vehicle 26:5 38:9,10,12 40:13,15 66:19 73:6 74:12 76:13 78:18,20 79:16 96:23 113:2 114:12 115:16 144:1,6,10 151:3,9,20 152:13,15,22 158:12 159:8 181:15 197:23,25 198:16, 24 199:3 215:16 216:24

vehicles 69:4 78:8

Velcro 94:17

venlafaxine 31:6,16

vent 101:21

venued 4:11

Verano 28:9,11,13

verbal 7:4 186:21

Verona 28:19

versus 4:9 98:4

vertical 169:12

vertigo 207:24

vet 95:4

Vickie 17:17

video 107:17 108:7 161:21 171:22,25 172:14,23 173:18 175:4,13 208:25 219:10,12,14

videoconference 4:16

videos 89:24 90:1,3 121:11 210:3,4

Viga 72:19

Villages 52:18 56:20 60:5 62:22

VIN 55:21 128:21

Vintage 26:19

violence 41:12

visible 72:11

visit 59:4

visited 139:22

visiting 136:12

voice 173:24 174:1 189:11

Voltz 4:9 5:8,15,22,23 11:16 12:8,15,18 13:10 19:17,19 21:2 45:5 76:24 79:15 86:12 89:17 108:6 109:16 124:2,20 125:4,6,8, 15,16,17 126:1,6,9,10 127:5,12 139:2 145:2,19 208:14 209:21 212:11 217:15 218:21

Voltz's 209:17

volume 218:20

---

## W

W-E-I-S-S-E-R-T 118:24

wage 97:7 145:25 146:8

wages 97:10

wait 6:21 13:15 39:22 43:13 149:7 201:16

waited 147:12

waiting 52:8

wake 35:16 159:4

waking 111:20

walk 23:16 68:24 69:22 71:1 93:22 100:25 177:21

walked 38:4 57:4 180:25 181:9

walking 66:17 176:6 181:25 217:23

wall 201:24 202:2,3,6,7,9

Walmart 27:18 61:22 114:20 122:6 149:9,16 150:1,7 193:14 194:17 217:7

Walmarts 177:1 194:15 195:2

wanted 14:16 25:19 101:24 107:8 110:9 118:4 139:4 149:18,24 164:21 165:6,7 167:12,19 170:8 213:21

wanting 29:12 43:9 170:18 218:2

warehouse 10:14 56:14, 19 60:4 202:2

wash 189:1 215:14,18

Washington 198:19

waste 213:13,15

watch 90:1

watched 198:6

watching 7:7

water 72:17

weapon 38:19 40:2

weapons 73:3 80:12 87:21

wear 68:23 72:4,8 94:8,10, 14 178:2

wearing 71:24 72:6,7 94:12

website 12:2

websites 127:14

week 34:5 95:4,12,16 104:23 105:9 119:24,25 129:2,9 147:11 149:22 178:16 203:11,14 206:21

weekdays 136:21

weekend 104:22

weekends 136:21

weekly 34:6

weeks 6:2 43:3,7 95:12,16 119:24 129:19,21 130:24 136:4 179:2

weigh 16:6,11

weight 16:7,8

weird 20:7 113:22 210:19

Weissert 118:24

welding 27:14,22 28:1

well-being 192:14

Wellbutrin 33:25 148:12

west 17:7 43:18 98:16

western 64:14

whatchamacallit 114:9

whatnot 207:15 208:4 216:19

whatsoever 29:21 80:25 213:2

wheel 87:22 93:16 130:19

When's 49:2 101:10 102:13 103:1,9,12 104:7, 19 105:2 120:9 145:1

White 118:15,18,19

whoops 171:8

wide 77:20,21

wife 14:3 30:1 117:22 118:8 149:12,18,21

Wildwood 123:17

William 118:24

win 198:12

windows 162:11 163:2

wire 54:12

wise 208:25

witness' 164:6 176:13 179:25 180:9

witnesses 36:17 80:25 213:2

Wood 124:23

woods 179:22

word 71:17 75:11 208:24 212:25

words 70:20 71:18 87:13 139:4 173:13,14,15 190:18 203:7

work 11:9 12:11 22:5,6,7, 23,24 26:3 27:23 28:1 53:18 62:7 63:23 85:24 86:4,5 97:21 112:17 120:17 125:20 129:22 130:9,10 131:6 133:24 139:3 141:22 142:20 149:15,25 150:1 161:5,13 178:13

worked 27:16,18 60:13 88:23 114:15,19,20

workers' 22:4

working 12:7 22:6 98:9 111:24 114:15,18 129:3,10 130:22 136:21 145:11 149:9 150:9 181:3

ANTHONY S. VOLTZ
JANUARY 25, 2023

JOB NO. 441270

**workmen's** 132:20

**works** 45:4 60:10 62:23
64:5 127:13,18 161:4

**worried** 207:4

**worse** 93:21 119:9 151:14

**worst** 93:11

**worth** 196:16,21 210:15

**wound** 90:20 91:5 96:8,14

**Wow** 30:25

**wrapped** 191:24

**wrapping** 94:17 204:2

**wrestling** 23:24

**wrist** 201:1 202:4

**write** 30:6 149:10

**writes** 139:13

**writing** 25:20 36:25 105:18

**written** 105:23 145:23
204:10

**wrong** 109:20

**wrote** 41:25 141:3

_____

**Y**

_____

**yanking** 104:2

**yea** 128:18

**year** 13:12,13 18:13 24:7,
11,13,14,15 26:8 30:2
31:23 37:22 38:23 47:14,
16 48:2,14 49:5,10 57:25
105:3 132:4,8 135:9 136:4
141:17 149:13 150:8,9,16,
18,20,25 195:24

**Year's** 101:12,13,14
102:16 103:11

**years** 11:1 12:16 14:24
18:14 19:23 21:15 28:21
33:15 34:11 35:13 42:15,
23 43:4 44:19 46:4 50:19
62:4,5 67:25 113:11 114:6
117:9 118:7 126:11 127:6
130:11 138:22 145:4,8,19
147:20 195:7 200:14,21
201:8,14,19 202:16

**yell** 189:16

**yelled** 71:6 83:7

**yelling** 35:12 70:18,22
81:18 170:20 189:11
191:16 193:12

**yellow** 184:19 185:13

**yes-or-no** 65:2,4

**yesterday** 122:21,25

**York** 37:25 38:2,15 40:2,17
41:21 64:10 140:10,14,15,
16,18,23,25

**younger** 42:6 148:23

_____

**Z**

_____

**zipping** 215:8

**Zoom** 4:15 161:21 171:22,
25 172:14,23 173:18
175:4,13