4/5/23, 8:19 AM
Filevine - Voltz, Anthony v. TA Operting LLC d/b/a Travel Centers of America; HPT Properties Trust and James R. Simmons, Jr.
Case 5:22-cv-00431-JSM-PRL   Document 25-3   Filed 04/05/23   Page 1 of 6 PageID 399

Printed from 

# Voltz, Anthony v. TA Operting LLC d/b/a Travel Centers of America;...

Anthony S. Voltz

## Activity

📝 Write a note

 ✉️ **SERVICE OF COURT DOCUMENTS | Voltz, Anthony v. TA Operting LLC d/b/a Travel Centers of America; HPT Properties Trust and James R. Simmons, Jr. | CASE NO.: 5:22-CV-00431**
From: Celina Brito cbrito@800goldlaw.com (mailto:cbrito@800goldlaw.com?cc=VoltzAnthony7756920@projects.filevine.com)
To: mcorrenti@mtwlegal.com (mailto:mcorrenti@mtwlegal.com?cc=VoltzAnthony7756920@projects.filevine.com), VoltzvTAOperatingLLC@mtwlegal.com (mailto:VoltzvTAOperatingLLC@mtwlegal.com?cc=VoltzAnthony7756920@projects.filevine.com), e.service@mtwlegal.com (mailto:e.service@mtwlegal.com?cc=VoltzAnthony7756920@projects.filevine.com) e.service, service@wsvlegal.com (mailto:service@wsvlegal.com?cc=VoltzAnthony7756920@projects.filevine.com), lcrouch@wsvlegal.com (mailto:lcrouch@wsvlegal.com?cc=VoltzAnthony7756920@projects.filevine.com)
Cc: Voltzanthony7756920@projects.filevine.com (mailto:Voltzanthony7756920@projects.filevine.com) voltzanthony7756920@projects.filevine.com (mailto:voltzanthony7756920@projects.filevine.com), PMcBride@800goldlaw.com (mailto:PMcBride@800goldlaw.com?cc=VoltzAnthony7756920@projects.filevine.com) Paul McBride
Date: Wed, 15 Feb 2023 21:36:38 +0000

COURT:
United States District Court, Middle District of Florida, Ocala Division
CASE STYLE:
Voltz, Anthony v. TA Operting LLC d/b/a Travel Centers of America; HPT Properties Trust and James R. Simmons, Jr.
CASE NUMBER:
5:22-CV-00431
DOCUMENTS TO BE SERVED:
Plaintiff's Expert Witness List
SUBMITTED BY:

**COMPOSITE EXHIBIT C**

4/5/23, 8:19 AM                                         Filevine - Voltz, Anthony v. TA Operating LLC d/b/a Travel Centers of America, HPT Properties Trust and James B. Simmons, Jr.

Case 5:22-cv-00431-JSM-PRL Document 25-3 Filed 04/05/23 Page 2 of 6 PageID 300

Paul William McBride, Esquire
(561) 697-4440

Note: As of Aug. 1, 2022, our main office has a new mailing address. See below.

Celina Brito, FRP
Senior Litigation Paralegal to Paul William McBride, Esq.
[cid1376063123*image005.jpg@01D8A755.608CAB40]https://800goldlaw.com/ (https://800goldlaw.com/)
"We hold accountable those who hurt others." (tm)

Law Offices of Craig Goldenfarb
1641 Worthington Road, Suite 300
West Palm Beach, FL 33409

Office: (561) 697-4440
Fax: (561) 687-1950

POST A GOOGLE REVIEW: West Palm Beach | Port St. Lucie
LET'S GET SOCIAL: Facebook | Instagram | YouTube | LinkedIn
[Graphical user interface Description automatically generated with medium confidence]
Privileged and Confidential Electronic Communication is not a secure mode of communication and may be accessed by unauthorized persons. This communication originates from the Law Offices of Craig Goldenfarb, P.A., and is protected under the Electronic Communication Privacy Act, 18 U.S.C. S2510-2521. The information contained in this E-mail message is privileged and confidential under Fla. R. Jud. Admin. 2.420 and information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. Personal messages express views solely of the sender and shall not be attributed to the law firm. If you received this communication in error, please notify the sender immediately by email or by telephone at (800) GOLD-LAW and destroy all copies of the original message. Thank you.

Posted by you on 2/15/2023 at 4:40 PM.    Received

📄 Plt Expert Witness List(1).pdf
📄 Michael Gerard C.V.(1)(1).pdf

✏ Add Tags

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MOODY

CASE NO.: 5:22-CV-00431

ANTHONY S. VOLTZ,

    Plaintiff,

vs.

TA OPERATING LLC, a Foreign Limited
Liability Company, d/b/a TRAVEL
CENTERS OF AMERICA; HPT TA
PROPERTIES TRUST, a Declaration of
Trust; and JAMES R. SIMMONS, JR.,
Individually,

    Defendants.
_____/

## PLAINTIFF'S EXPERT WITNESS LIST

COMES NOW the Plaintiff, ANTHONY S. VOLTZ, by and through his undersigned counsel, and pursuant to this Court's Order Setting Jury Trial and Directing Pretrial and Mediation Procedures, files this his Expert Witness List as follows:

### TRIAL WITNESSES

1.     Michael Gerard
    Robson Forensics, Inc.
    354 North Prince Street
    Lancaster, PA 17603

Mr. Gerard relies to form his opinion based on his skill, education, and experience. It is anticipated that Mr. Gerard will testify regarding the conditions of the property on which this incident occurred and specifically regarding conditions such as lighting, security, etc. which are alleged to have negligently created an unsafe and/or dangerous premises. Mr. Gerard's C.V. is attached.

2.     Records Custodian and/or
       Adam Iglesias, Ph.D.
       11211 Prosperity Farms Road, Suite 110C
       Palm Beach Gardens, FL 33410

3.     Records Custodian and/or
       Alexandra Berger, M.D.
       1701 SE Hillmoor Dr, Suite 5
       Port St. Lucie, FL 34952

4.     Records Custodian and/or
       American Medical Response
       Richard Cote, AMR Paramedic
       Nicholas Irving, AMR EMT
       3867 West Market St, PBM 155
       Akron, OH 44333

5.     Records Custodian and/or
       Central Florida Oral & Facial Surgery
       Jad Jaffal, DMD
       1950 Laurel Manor Dr., Ste 174
       The Villages, FL 32162

6.     Records Custodian and/or
       Diagnostic Centers of the Treasure Coast
       Alv Sakrisson, M.D.
       1501 SE Lennard Road
       Port St. Lucie, FL 34952

7.     Records Custodian and/or
       ENT and Allergy Associates of Florida
       Neil G. Goldhaber, M.D.
       10075 Jog Road, Suite 309
       Boynton Beach, FL 33437

8.     Records Custodian and/or
       Ocala Regional Medical Center
       Dana Taylor, M.D.
       Jad Jaffal, DMD
       Dian Feng, M.D.
       Steven Vuu, M.D.
       Laurence Ferber, M.D.
       Jeremy Tseng, M.D.
       Carmen Villanueva, M.D.
       Joshua Hagan, M.D.
       Jason M. Clark, M.D.

        Michael Gregory, M.D.
        1431 SW 1st Ave.
        Ocala, FL 34474

9.      Records Custodian and/or
        Premier Neurology & Wellness Center
        Noor S. Yono, M.D.
        Colton Keener, PD-C
        1050 SE Monterey Rd, Ste 201
        Stuart, FL 34994

10.     Records Custodian and/or
        Radiology Associates of Ocala
        703 20th Street
        Columbus, GA 31902

11.     Records Custodian and/or
        Sheridan Emergency Physician Services, Inc.
        P.O. Box 80217
        Philadelphia, PA 19101

12.     Records Custodian and/or
        Sheridan Healthcorp, Inc.
        1613 North Harrison Parkway, Suite 200
        Sunrise, FL 33323

      All of Plaintiff's treating physicians listed above as witnesses will be testifying in their capacity as experts in their field and with respect to Plaintiff's medical condition. Each witness is not a retained expert, but rather is a treating healthcare provider. Unless stated otherwise, neither the undersigned law firm, nor Plaintiff, has paid his/her hourly fee for treatment. Neither has this witness been furnished the entire medical records of Plaintiff for a review and opinion as is customarily done with a witness hired to conduct a compulsory medical examination. Each treating physician is presumed by the undersigned to be an expert in their stated field and will so testify at trial. As a result, this designated treating physician will testify within their respective medical specialty as to Plaintiff's complaints, history of injury, and any responses to doctor's questioning. They will testify as to their opinions concerning Plaintiff's prior treatment, health conditions, reasonableness of Plaintiff's present and future healthcare needs, Plaintiff's current and future health and work restrictions, the causation of Plaintiff's current complaints and injuries, whether Plaintiff has a permanent impairment as a result of these injuries, and/or Plaintiff's need for future care plus the cost for all treatment rendered in the past and to be obtained in the future. This witness further has written progress notes as required by Florida law and is available to both parties through discovery procedures and HIPAA forms. As far as is known, these non-retained experts have been available for deposition by subpoena by either side to provide opinions which will be elicited at trial. Those opinions at trial will be preceded by the expert's testimony as to their credentials, relationship to the patient,

treatment and care rendered, expense of said treatment and care, whether or not Plaintiff has suffered a permanent injury, impairment rating, loss of bodily function, or significant scarring and whether the expert relates his/her involvement and expense to the event sued upon. Said non-retained experts will also give opinions within a reasonable degree of medical probability within their field of testimony, about the future needs of Plaintiff in terms of care, frequency of visits, follow up surgeries, prescriptions, imaging, home care, physical therapy, P.R.N., household or job changes or aides, assistive devices, hospitalizations necessary, procedures necessary, and the projected costs of all these along with any other foreseeable needs and expenses within the expertise of this treating doctor. All expenses, both past and future, will be given in present day dollars. These non-retained expert opinions will not be solely limited to his/her records, therefore, it is recommended that defense counsel take the deposition of this physician to fully illicit all opinions this expert may have at trial.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served and E-Filed to Michael Correnti, Esq. (mcorrenti@mtwlegal.com; VoltzvTAOperatingLLC@mtwlegal.com; e.service@mtwlegal.com;) of McDonald Toole Wiggins, P.A., 111 N. Magnolia Ave., Suite 1200, Orlando, FL 32801 (Counsel for TA Operating and HPT TA Properties); and Paul M. Weekley, Esq. (service@wsvlegal.com; lcrouch@wsvlegal.com;) of Weekley, Schulte, Valdes, Murman, Tonelli, 1635 North Tampa Street, Tampa, FL 33602 (Counsel for Simmons) on this 15th day of February, 2023.

LAW OFFICES OF CRAIG GOLDENFARB, P.A.
Counsel for Plaintiff
1641 Worthington Road, Ste 300
West Palm Beach, FL 33409
Phone: (561) 697-4440
VoltzAnthony7756920@projects.filevine.com
PMcBride@800goldlaw.com
CBrito@800goldlaw.com
SGoldman@800goldlaw.com

By:  */s/ Paul William McBride*
     **PAUL WILLIAM McBRIDE, ESQ.**
     *Florida Bar Number: 1003056*

4